1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
   Telephone:   (510) 396-0012
3  Facsimile:   (510) 291-2237
4  E-Mail:      ydx@netbula.com

5  *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONGXIAO YUE, | Case No. |
|---|---|
| Plaintiff, | CV 08 0019 |
| v. | CERTIFICATION OF INTERESTED PARTIES OR PERSONS |
| CHORDIANT SOFTWARE, INC., a Delaware corporation; Derek P. Witte, an individual; Steven R. Springsteel, an individual; Oliver Wilson, an individual; and DOES 1-1000, inclusive, | |
| Defendants. | |

-1-

Case No.                                          CERTIFICATION OF INTERESTED PARTIES

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Northern District Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, forms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1)    Netbula, LLC

Dated: January 2, 2008

By: _____
    Dongxiao Yue
    *Pro Se*

-2-

Case No.                           CERTIFICATION OF INTERESTED PARTIES