UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dongxiao Yue,                                                  No. C08-0019 BZ

     Plaintiff(s).

     v.                                                  NOTICE OF IMPENDING
                                                               REASSIGNMENT TO A UNITED
                                                               STATES DISTRICT COURT JUDGE

Chordiant Software, Inc., et al.,

       Defendant(s).

_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **April 14, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: January 8, 2008

                               Richard W. Wieking, Clerk
                               United States District Court

                               *Lashanda Scott*

                               By: Lashanda Scott - Deputy Clerk to
                               Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DONGXIAO YUE,

          Plaintiff,

  v.

CHORDIANT SOFTWARE et al,

          Defendant.

_____ /

Case Number: CV08-00019 BZ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577

Dated: January 8, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk