LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for
CHORDIANT SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>Defendants. | Case No. C-08-00019-SI<br><br>**ADMINISTRATIVE MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:   The Honorable Susan Illston |

ADMINISTRATIVE MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO
COMPLAINT

CASE NO. C-08-00019-SI

1    Defendant Chordiant Software, Inc. ("Chordiant") hereby submits this administrative
2 Motion for an Enlargement of Time to Respond to the Complaint, pursuant to Civil Local
3 Rule 6-3, until after all defendants in this action are served. Chordiant was served with the
4 complaint in this action on January 3, 2008, making its response due on January 23, 2008.
5 Although the factual allegations and all counts are brought against all defendants, Plaintiff
6 Dongxiao Yue ("Yue") has rejected Chordiant's request for an extension of time until all
7 defendants have been served. Thus Chordiant respectfully requests relief from the Court.

8    All of the individually named defendants, Steven Springsteel, Derek P. Witte, and Oliver
9 Wilson ("Chordiant Employee Defendants"), are employees of Chordiant: the CEO, Vice
10 President and General Counsel, and a software manager, respectively. Yue has sued all the
11 defendants, purportedly for an amount "likely to exceed $20 million," for alleged personal liability
12 for Chordiant's distribution of software alleged to contain copies of code purportedly belonging to
13 plaintiff. Yue has acknowledged not having served the Chordiant Employee Defendants. *See*
14 Declaration of Laurence Pulgram ("Pulgram Decl.") ¶ 2, Exh. 1.

15    All counts in the complaint and the factual allegations are directed against all defendants.
16 Accordingly, it is most efficient and reasonable for Chordiant and Defendants to coordinate a
17 single response to the complaint, which was filed on January 2, 2008.

18    Despite Chordiant's efforts, Yue has rejected Chordiant's request for a stipulation to
19 extend the defendants' time to respond to the complaint until all defendants have been served with
20 the summons and complaint. On January 15, 2008, Chordiant contacted Yue and explained its
21 reasons for seeking an extension of time. *See id.* In addition, Chordiant offered to help Yue
22 coordinate the service of the summons and complaint on the Chordiant Employee Defendants. *See*
23 *id.* Nevertheless, Yue, who is proceeding *pro se*, declined the requested extension with the
24 explanation that he was not aware of any legal basis or good cause requiring him to do so. *See id.*

25    As there have been no previous time modifications in this case, an enlargement of time for
26 Chordiant's response would not result in an appreciable delay in the schedule of this case. *See*
27 *Burlington Ins. Co. v. Hotel Sunrise, LLC*, 2007 U.S. Dist. LEXIS 91076, *at* *1-*2 n.1 (N.D. Cal.
28 Dec. 3, 2007) (granting enlargement of time where no appreciable delay resulted). Furthermore,

ADMINISTRATIVE MOTION FOR ENLARGEMENT OF TIME        -2-        CASE NO. C-08-00019-SI

1 Yue would not be prejudiced, since Chordiant's response will occur at the same time as that of the
2 Chordiant Employee Defendants, who still have to be served. Finally, an extension would allow
3 Chordiant and the Chordiant Employee Defendants to respond to the complaint in a coordinated
4 manner, avoiding duplicative pleadings and disjointed scheduling of these proceedings.

5      For the foregoing reasons, Chordiant respectfully requests that the Court enter the attached
6 order, permitting Chordiant to file its response to the complaint twenty (20) days after service of
7 the summons and complaint on the Chordiant Employee Defendants.[1]

Dated: January 15, 2008                        FENWICK & WEST LLP

                                               By:      /s/
                                                     Laurence F. Pulgram

                                               Attorneys for Defendant
                                               CHORDIANT SOFTWARE, INC.

25689/00400/LIT/1277024.1

---

[1] Chordiant will be shortly filing a motion to deem this case related to one or more other actions brought in this district by Yue and his company, Netbula, LLC, if Yue does not stipulate to relate them. Those cases (*Dongxiao Yue v. Storage Technology Corporation, Sun Microsystems, Inc., et al.,* Case Number C07-05850-MJJ; *Netbula, LLC v. Storage Technology Corporation, Sun Microsystems, Inc., et al.*, Case Number C06-07391-MJJ; *Netbula, LLC v. BindView Development Corporation et al.*, Case Number C06-00711-MJJ) are being handled by Judge Jenkins. The present motion is being filed first, given the imminent due date for Chordiant's responsive pleading.

ADMINISTRATIVE MOTION FOR
ENLARGEMENT OF TIME                    -3-                        CASE NO. C-08-00019-SI

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
3  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
4  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:     (415) 281-1350

8  Attorneys for Defendant Chordiant Software, Inc.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| DONGXIAO YUE, | Case No.  C-08-00019-SI |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |
| CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual, | Judge:   The Honorable Susan Illston |
| Defendants. | |

On January 15, 2008, Defendant Chordiant Software, Inc. filed a miscellaneous adminstrative motion for enlargement of time to respond to the complaint in this action.

The matter having been submitted, and after considering the Motion, and all papers filed in support and in opposition, IT IS HEREBY ORDERED THAT:

Pursuant to L.R. 6-3, Defendant Chordiant Software, Inc. shall respond to the complaint in this action within twenty days of the last date of service of the summons and complaint on defendants Derek P. Witte, Steven R. Springsteel, and Oliver Wilson.

//

1 **IT IS SO ORDERED**.

2

3 Dated: _____

4 _____
The Honorable Susan Illston
United States District Court Judge

5

6

7 25689/00405/LIT/1278462.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
ENLARGEMENT OF TIME             2                           C-08-00019-SI