1   LAURENCE F. PULGRAM (CSB NO. 115163)
    lpulgram@fenwick.com
2   JEDEDIAH WAKEFIELD (CSB NO. 178058)
    jwakefield@fenwick.com
3   ALBERT L. SIEBER (CSB NO. 233482)
    asieber@fenwick.com
4   LIWEN A. MAH (CSB NO. 239033)
    lmah@fenwick.com
5   FENWICK & WEST LLP
    555 California Street, 12th Floor
6   San Francisco, CA  94104
    Telephone:     (415) 875-2300
7   Facsimile:     (415) 281-1350

8   Attorneys for Defendant
    Chordiant Software, Inc.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  DONGXIAO YUE,                      Case No.  C-08-00019-SI

15          Plaintiff,

16  v.                                 **DECLARATION OF LAURENCE F.**
                                        **PULGRAM IN SUPPORT OF**
17  CHORDIANT SOFTWARE, INC., a        **CHORDIANT SOFTWARE, INC.'S**
    Delaware corporation; DEREK P. WITTE, **MOTION FOR ENLARGEMENT OF TIME**
18  an individual; STEVEN R.           **TO RESPOND TO COMPLAINT**
    SPRINGSTEEL, an individual; and
19  OLIVER WILSON, an individual,      Judge:   The Honorable Susan Illston

20          Defendants.

21

22          I, Laurence F. Pulgram, declare as follows:

23          1.      I am an attorney admitted to practice before this Court, and I am a partner at the

24  law firm of Fenwick & West LLP, counsel for defendant Chordiant Software, Inc. ("Chordiant").

25  I have personal knowledge of the facts set forth in this declaration, and if called to testify I could

26  and would testify competently to the same.

27          2.      On January 15, 2008, I contacted Plaintiff Dongxiao Yue by e-mail to request a

28  stipulated extension of time for Chordiant to respond to the complaint in this action until twenty

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    days after the proper service of the summons and complaint on the other individual defendants,

2    who are all employees of Chordiant. In response on the same day, plaintiff declined to give

3    Chordiant an extension of time. A true and correct copy of this e-mail exchange is attached as

4    **Exhibit 1**.

5           I declare under penalty of perjury that the foregoing is true and correct.

6           Executed in San Francisco on January 15, 2008.

7

8                  /s/  Laurence F. Pulgram

9                     Laurence F. Pulgram

10               Attorneys for Defendant
               CHORDIANT SOFTWARE, INC.

11

12   25689/00405/LIT/1278297.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF LAURENCE F.
PULGRAM IN SUPPORT OF MOTION FOR     2               C08-00019-SI
ENLARGEMENT OF TIME

# Exhibit 1

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Tuesday, January 15, 2008 4:49 PM
To: Laurence Pulgram
Cc: Jedediah Wakefield
Subject: Re: Yue v. Chordiant

Dear Mr. Pulgram,

I have not made any definitive arrangement with Ms. Rivkin regarding the Yue v. Chordiant case. Please do not include her in our communications regarding the Yue v. Chordiant matter.

Each of the defendants is required to answer or otherwise defend pursuant to FRCP 12(a)(A)(i), which speaks about "[a] defendant". I see no legal basis or good cause for Chordiant Software, Inc ("CSI") to delay answer the complaint simply because some of the defendants have not yet been served. CSI had been made aware of the potential legal action many months ago.

Plaintiff will serve the additional named defendants within the time limit of FRCP 4(m) -- It will be done much sooner than that.

Sincerely,

Dongxiao Yue


------------------------
"Laurence Pulgram" <LPulgram@Fenwick.com>:

Dr.
Yue,

This firm represents
Chordiant Software, which was served with a complaint filed by you in Federal Court the day after New Years.  I understand that you are not presently represented by counsel in this lawsuit, but that Ms. Rivkin may begin to represent you in the future.  If this changes, please let me know and I will communicate with her.

It is my
understanding that the individual Chordiant employees named as defendants
in your complaint have not been served.   In order to coordinate
responses to the complaint, Chordiant requests an extension of its time to respond until 20 days after service of the individual defendants.  Please let me know if you are agreeable to this approach.  Chordiant could be willing to coordinate service on these individuals if you are willing to cooperate in response dates.

Given the timing of
this matter, please let me know today if you are agreeable.  If you would like to discuss arrangements, you may call me or Jed Wakefield at 415 875 2300.

Sincerely,

Laurence
Pulgram