LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendant
Chordiant Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>Defendants. | Case No.  C-08-00019-SI<br><br>**SUPPLEMENTAL DECLARATION OF LAURENCE F. PULGRAM IN SUPPORT OF CHORDIANT SOFTWARE, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:   The Honorable Susan Illston |

I, Laurence F. Pulgram, declare as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP, counsel for defendant Chordiant Software, Inc. ("Chordiant"). I have personal knowledge of the facts set forth in this declaration, and if called to testify I could and would testify competently to the same.

2. Pursuant to L.R. 6-3(a), I submit this declaration as to the reasons for the requested extension of time for Chordiant to respond to the complaint in this action (which reasons were also included in the original Motion for Enlargement, but not in the original declaration).

SUPP. DECLARATION OF LAURENCE F. PULGRAM IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME

C08-00019-SI

3. This extension is sought because the complaint in this action was filed on January 2, 2008 and served on Chordiant on January 3, 2008, making the response due on January 23, 2008. Three individual defendant employees of Chordiant are named in the complaint (the Chordiant Employee Defendants) but have not yet been served. The allegation that these employees are individually liable for copyright infringement rests on their purported involvement in Chordiant's distribution of product that incorporates software components allegedly owned by plaintiff Yue or his company, Netbula, LLC. All the Chordiant Employee Defendants are named in all causes of action without differentiation, based on the same facts alleged against Chordiant.

4. As noted in my prior declaration and its Exhibit 1, I requested, on January 15, 2008, that plaintiff agree to an enlargement of Chordiant's time to respond to the complaint until the time that the Chordiant Employee Defendants' responses were due. I further offered to coordinate service on the Chordiant Employee Defendants for everyone's convenience if the responses to the complaint were also coordinated. On the same day, plaintiff refused.

5. The requested extension will not prejudice plaintiff, as the Chordiant Employee Defendants' responses will in any event not be due until after they are served. However, if the Court does not change the time, it will result in duplicative pleadings, disjointed scheduling, and piecemeal assertion of issues, without any need or justification. This would cause unnecessary expense to the defendants, unnecessary effort by the Court, with no benefit to the administration of justice, and no benefit to the plaintiff other than ability to inflict inconvenience and costs on others.

6. No prior modifications have been made to the schedule in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California on January 16, 2008.

/s/ Laurence F. Pulgram
Laurence F. Pulgram

Attorneys for Defendant
CHORDIANT SOFTWARE, INC.

SUPP. DECLARATION OF LAURENCE F. PULGRAM IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME     2     C08-00019-SI

25689/00405/LIT/1278297.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| SUPP. DECLARATION OF LAURENCE F. PULGRAM IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME | 3 | C08-00019-SI |
|---|---|---|