**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE, | No. C 08-0019 SI |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| CHORDIANT SOFTWARE, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the Court *sua sponte* refers this case to Judge Jenkins for a determination of whether this action is related to *Yue v. Storage Technology Corporation, et al.*, C 07-5850 MJJ.

**IT IS SO ORDERED.**

Dated: January 16, 2008

SUSAN ILLSTON
United States District Judge