1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
3  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
4  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:     (415) 281-1350

8  Attorneys for Defendant
   Chordiant Software, Inc.
9

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION


| DONGXIAO YUE, | Case No. C-08-00019-SI |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual, | Judge:  The Honorable Susan Illston |
| Defendants. | |

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Bank of America Building, 555 California, Suite 1200, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

1. **Administrative Motion for Enlargement of Time to Respond to Complaint;**

2. **Proposed Order Granting Enlargement of Time to Respond to Complaint;**

3. **Declaration of Laurence F. Pulgram in Support of Chordiant Software, Inc.,'s Motion for Enlargement of Time to Respond to Complaint;**

4. **Supplemental Declaration of Laurence F. Pulgram In Support of Chordiant Software, Inc.'s Motion for Enlargement of Time to Respond to Complaint**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577

Telephone: 510.396.0012
Facsimile: 510.2912.2237
Email: ydx@netbula.com

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

☐ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

PROOF OF SERVICE                                    Case No. C08-00019-SI

☒ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: January 16, 2008

_____
Reba Williams-Jones

Fenwick & West LLP
Attorneys At Law
Mountain View