1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
   Telephone:   (510) 396-0012
3  Facsimile:   (510) 291-2237
4  E-Mail:      ydx@netbula.com

5  *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONGXIAO YUE, | Case No. C08-0019-SI |
|---|---|
| Plaintiff, | **DECLARATION OF DONGXIAO YUE IN OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| CHORDIANT SOFTWARE, INC., a Delaware corporation; Derek P. Witte, an individual; Steven R. Springsteel, an individual; Oliver Wilson, an individual; and DOES 1-1000, inclusive, | |
| Defendants. | |

I, DONGXIAO YUE, declare:

1. I have personal knowledge of the facts I am about to state and, if called on to do so, I could competently testify to those facts.

2. I am the *pro se* plaintiff in the above captioned action.

3. On January 16, 2008, I sent the following inquiry to Mr. Laurence Pulgram via email:

> please let me know whether the individuals Steven R. Springsteel,
> Derek P. Witte and Oliver Wilson have retained you or any of your

-1-

Case No. C08-0019-SI                                   DECL IOP MOTION TO ENLARGE TIME

colleague as counsel for the c08-19 matter, so I have a proper understanding on whether these individuals are represented parties.

4. Mr. Plugram responded: "Messrs. Springsteel, Witte and Wilson have not been served and so are not yet parties."

5. I then replied to Mr. Pulgram, stating that I would assume that they are not represented by Mr. Pulgram or his colleagues.

6. Mr. Pulgram then responded, stating: "You should not assume anythng[sic] to be true other than what was stated in my last email...Chordiant believes that the claims against these individuals are meritless and improper and we urge you to dismiss them immediately."

7. Attached Exhibit A is a true copy of the string of email exchanges between Mr. Pulgram and me.

I declare under penalty of perjury of the laws of the State of California and the federal laws that forgoing declaration is true and correct to the best of my knowledge. This declaration was executed in San Leandro, California, on January 18, 2008.

*/s/ DONGXIAO YUE*

# EXHIBIT A

 

**Re: RE: RE: Yue v. Chordiant**

**Sender:** "Laurence Pulgram" <LPulgram@Fenwick.com>
**Recipient:** <ydx@netbula.com>, "Rosalinda Lopez" <rlopez@fenwick.com>
**Copy to:** <yuedongxiao@gmail.com>, "Jedediah Wakefield" <JWakefield@Fenwick.com>, "Liwen Mah" <LMah@fenwick.com>
**Time:** Thu, 17 Jan 2008 10:00:20 -0800

Dr. Yue,

You should not assume anythng to be true other than what was stated in my last email.

If you wish to coordinate service of a summons to initiate your claims against the individual employees, Chordiant previously offered to do so, but you have thus far declined.

Finally, lest someone misconstrue this offer, Chordiant believes that the claims against these individuals are meritless and improper and we urge you to dismiss them immediately.

Laurence Pulgram

Sent from my GoodLink synchronized handheld (www.good.com)

```
-----Original Message-----
From:   ydx@netbula.com [mailto:ydx@netbula.com]
Sent:   Thursday, January 17, 2008 09:44 AM Pacific Standard Time
To:     Rosalinda Lopez; Laurence Pulgram
Cc:     ydx@netbula.com; yuedongxiao@gmail.com; Jedediah Wakefield;
Liwen Mah
Subject:        Re: RE: RE: Yue v. Chordiant
```

Dear Mr. Pulgram,

I suspect that Messrs. Springsteel and Witte were notified about the action and noticed that they are named as defendants in the Yue v. CSI case. My question was whether these three individual defendants have retained you and/or your colleague for the Yue v. CSI case.

My understanding is that Messrs. Springsteel and Witte have not retained you or your colleague as counsel. Please let me know if my understanding is incorrect.

I appreciate your prompt response.

Sincerely,

Dongxiao Yue

------------------------
"Rosalinda Lopez" <rlopez@fenwick.com>:
Messrs. Springsteel, Witte and Wilson have not been served and so are not yet parties. If they are served, they will appear through counsel at that time.

Laurence Pulgram

```
-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Wednesday, January 16, 2008 1:12 PM
To: Laurence Pulgram
Cc: ydx@netbula.com; yuedongxiao@gmail.com; Jedediah Wakefield; Liwen
```

```
Mah
Subject: Re: RE: Yue v. Chordiant

Dear Mr. Pulgram,

I do not have access to ECF. I agree to service by email for all papers
filed in the Yue v. CSI matter (C08-19).

Also, please let me know whether the individuals Steven R. Springsteel,
Derek P. Witte and Oliver Wilson have retained you or any of your
colleague as counsel for the c08-19 matter, so I have a proper
understanding on whether these individuals are represented parties.

Sincerely,

Dongxiao Yue


------------------------
"Laurence Pulgram" :
Dr. Yue,

I understand that you are not enrolled in the ECF filing system.  If
this is incorrect, please notify me.  If this is correct, please advise
whether you are agreeable that each side in the Yue v. Chordiant action
may serve the other by email as to pleadings that need to be filed with
the Court, with the effective time of service being the same as having
served by ECF filing at the same time.

Laurence Pulgram

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Wednesday, January 16, 2008 12:47 PM
To: Laurence Pulgram
Cc: ydx@netbula.com; yuedongxiao@gmail.com; Jedediah Wakefield; Liwen
Mah
Subject: Re: Yue v. Chordiant

Dear Mr. Pulgram,

I received your motion for enlargement of time for answering the Yue v.
CSI complaint. Plaintiff will oppose the motion.

Please note that if CSI fails to answer pursuant to FRCP Rule 12
(a)(1)(A)(i) or the time allowed by a valid and lawful court order,
plaintiff will move for default judgment.

Sincerely,

Dongxiao Yue


------------------------
"Laurence Pulgram" :

Dr.
Yue,

This firm represents
Chordiant Software, which was served with a complaint filed by you in
Federal Court the day after New Years.  I understand that you are not
presently represented by counsel in this lawsuit, but that Ms. Rivkin
may begin to represent you in the future.  If this changes, please let
me know and I will communicate with her.

It is my
understanding that the individual Chordiant employees named as
defendants
```

in your complaint have not been served.  In order to coordinate responses to the complaint, Chordiant requests an extension of its time to respond until 20 days after service of the individual defendants. Please let me know if you are agreeable to this approach.  Chordiant could be willing to coordinate service on these individuals if you are willing to cooperate in response dates.

Given the timing of
this matter, please let me know today if you are agreeable.  If you would like to discuss arrangements, you may call me or Jed Wakefield at 415 875 2300.

Sincerely,

Laurence
Pulgram

------------------------------------------

IRS Circular 230  Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Fenwick & West LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

------------------------------------------
ATTENTION:
The information contained in this message may be legally privileged and confidential.  It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited.

If you have received this message in error, please immediately notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and delete or destroy any copy of this message.

Attachment:
Content-Type: text/plain;
        charset="US-ASCII"
Content-Transfer-Encoding: quoted-printable

--------------------

--------------------

--------------------