LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendant Chordiant Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>    Defendants. | Case No.  C-08-00019-SI<br><br>**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:   The Honorable Susan Illston |

On January 15, 2008, Defendant Chordiant Software, Inc. filed a miscellaneous adminstrative motion for enlargement of time to respond to the complaint in this action.

The matter having been submitted, and after considering the Motion, and all papers filed in support and in opposition, IT IS HEREBY ORDERED THAT:

Pursuant to L.R. 6-3, Defendant Chordiant Software, Inc. shall respond to the complaint in this action within twenty days of the last date of service of the summons and complaint on defendants Derek P. Witte, Steven R. Springsteel, and Oliver Wilson.

//

[PROPOSED] ORDER GRANTING
ENLARGEMENT OF TIME

C-08-00019-SI

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge

25689/00405/LIT/1278462.1