1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
3  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
4  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:     (415) 281-1350

8  Attorneys for Defendants Chordiant Software, Inc.,
   Derek P. Witte, Steven R. Springsteel, and Oliver
9  Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE, <br><br> Plaintiff, <br><br> v. <br><br> CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual, <br><br> Defendants. | Case No.  C-08-00019-SI <br><br> **STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT OLIVER WILSON TO RESPOND TO COMPLAINT** <br><br> Judge:   The Honorable Susan Illston |

WHEREAS, on January 22, 2008, the Court granted Defendant Chordiant Software, Inc.'s ("Chordiant") motion for an enlargement of time, allowing Chordiant to respond to the complaint in this action within twenty days of the last date of service of the summons and complaint on Defendants Derek P. Witte, Steven R. Springsteel, and Oliver Wilson.

WHEREAS, Plaintiff Dongxiao Yue has initiated service of the summons and complaint on Defendants Derek P. Witte, Steven R. Springsteel, and Oliver Wilson.

//

1    WHEREAS, service on Oliver Wilson was effective on January 24, 2008, making his answer or response to the complaint due on February 13, 2008.

WHEREAS, under section 415.20 of the California Code of Civil Procedure, service on Derek P. Witte and Steven R. Springsteel will be effective on February 4, 2008, the tenth day after the mailing of the summons and complaint by Plaintiff, making the answers or responses of Mssrs. Witte and Springsteel due on February 25, 2008.

WHEREAS, all the Defendants in this action believe it will be most efficient to have a single response date for all of them;

WHEREAS, a stipulation without Court order is permissible under Local Rule 6-1(a) because the proposed uniform response date of February 25, 2008 will not alter the date of any event or any deadline already fixed by Court order.

IT IS THEREFORE STIPULATED AND AGREED by the parties that Defendants Chordiant, Derek P. Witte, Steven R. Springsteel, and Oliver Wilson have until and including February 25, 2008 to answer or otherwise respond to the complaint in this action.

Dated: January 31, 2008                FENWICK & WEST LLP

By:      /S/  LAURENCE F. PULGRAM
            Laurence F. Pulgram

Attorneys for Defendants
CHORDIANT SOFTWARE, INC., DEREK P. WITTE, STEVEN R. SPRINGSTEEL, AND OLIVER WILSON

Dated: January 31, 2008                By:      /S/ DONGXIAO YUE
            Dongxiao Yue

*In propria persona*

STIP. FOR ENLARGEMENT OF TIME TO ANSWER OR RESPOND TO COMPLAINT         2         C-08-00019-SI

1  **ATTORNEY ATTESTATION**

2  Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this

3  document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within

4  this e-filed document.

5

6                                                          /S/ LAURENCE F. PULGRAM
                                                              Laurence F. Pulgram

7

8  25689/00405/LIT/1278462.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. FOR ENLARGEMENT OF TIME TO
ANSWER OR RESPOND TO COMPLAINT               3                    C-08-00019-SI