1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   Silicon Valley Center
6  555 California Street, 12th Floor
   San Francisco, CA  94104
7  Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
8
   Attorneys Appearing Specially for
9  Defendant OLIVER WILSON

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  DONGXIAO YUE,                          Case No.  C-08-0019

15          Plaintiff,                     **[PROPOSED] ORDER GRANTING DEFENDANT OLIVER WILSON'S**
16  v.                                     **MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

17  CHORDIANT SOFTWARE, INC., a
    Delaware corporation; DEREK P. WITTE,  Date:    Tuesday, April 1, 2008
18  and individual; STEVEN R.              Time:    9:30 a.m.
    SPRINGSTEEL, an individual; OLIVER     Dept:    11, 19th Floor
19  WILSON, an individual; and DOES 1-     Judge:   Hon. Martin J. Jenkins
    1000, inclusive,
20
            Defendants.
21

22
            On April 1, 2008, at 9:30 a.m., the Court heard the Motion to Dismiss for Lack of
23
    Personal Jurisdiction brought by Defendant Oliver Wilson in this action pursuant to Federal Rule
24
    of Civil Procedure 12(b)(2).  The matter having been submitted and after considering the Motion,
25
    all papers filed in support and in opposition thereof, arguments of counsel and unrepresented
26
    parties, and all other matters on file in this action presented to the Court,
27
    / / /
28

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS FOR LACK OF PERSONAL                                              C-08-0019-MJJ
JURISDICTION

1  IT IS HEREBY ORDERED that since this Court lacks personal jurisdiction over
2  Defendant Oliver Wilson, the Motion is GRANTED, and the action against him is DISMISSED.
3  IT IS SO ORDERED.

6  IT IS SO ORDERED.

8  DATED: _____, 2008

   _____
   HON. MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE

18  26257/00401/LIT/1280944.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS FOR LACK OF PERSONAL           -2-                              C-08-0019-MJJ
JURISDICTION