1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
3  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
4  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 875-2300
7  Facsimile:    (415) 281-1350

8  Attorneys Appearing Specially for Defendant
   Oliver Wilson

9

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12             SAN FRANCISCO DIVISION

13

14  DONGXIAO YUE,                    Case No.  C-08-00019-MJJ

15          Plaintiff,

16  v.                               **DECLARATION OF OLIVER WILSON IN
                                     SUPPORT OF MOTION TO DISMISS FOR
17                                   LACK OF PERSONAL JURISDICTION**

18  CHORDIANT SOFTWARE, INC., a      Judge:   The Honorable Martin J. Jenkins
    Delaware corporation; DEREK P. WITTE,
19  an individual; STEVEN R.
    SPRINGSTEEL, an individual; and
20  OLIVER WILSON, an individual,

21          Defendants.

22        I, Oliver Wilson, declare as follows:

23        1.      I have been named as a defendant in this action, *Dongxiao Yue v. Chordiant*

24  *Software, Inc. et al.*, Case No. C-08-0019-SI.  I make this declaration in support of my motion to

25  dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).  I

26  have personal knowledge of the facts stated herein and, if called to do so, I could and would

27  competently testify thereto.  By making this declaration, I do not consent to the jurisdiction of the

28  federal or state courts in California, nor am I making a general appearance in this action.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.      I have resided and have been domiciled in Bedford, New Hampshire since April 2005.  Prior to April 2005, I had only resided in the United Kingdom.  I am eligible to vote in local elections in New Hampshire, and have a New Hampshire driver's license.

3.      I work as a Product Owner in the Bedford, New Hampshire office of Chordiant Software, Inc. ("Chordiant"). I am responsible for new features for the Marketing Director product suite and Chordiant's new Cx Marketing application. I plan and prioritize the product features that developers should implement.

4.      I have never visited California for business, either for Chordiant or any other employer.  (I visited California once for a week of vacation over 10 years ago.)  Although I have had work communications with Chordiant's office in Cupertino, California, my supervisor is not located in California, and I am not the supervisor of any employees there. I have no plans to visit California.

5.      I have never resided in California. I have never had a California address or phone number.  I have never owned or leased any real property in California. I have never paid California personal income tax.  I have never maintained any bank or other financial accounts in California.  I have never been licensed by any California governmental agency.  I have never registered to vote in California.  With the exception of the present action, I have never been named in a lawsuit in California, nor have I sued anyone in any court in California.

6.      I have never had a business in California, never had any offices in California, and never had any employees or agents for service of process in California.

7.      I have never worked on a computer in California, never developed software in California, and never copied or utilized computer software in California.

8.      I was not personally served with summons in California in this action.

9.      My contact with Netbula, LLC ("Netbula") or plaintiff Dongxiao Yue began in March 2007, at which time I e-mailed Netbula for technical assistance. My e-mail was entitled "ONC-RPC – Vista" and inquired about problems Chordiant was having using Netbula RPC code in a Vista version  A person calling himself "Dave" (a pseudonym I have been informed Mr. Yue used when providing support) provided some advice and gave me the opportunity to download

DECLARATION OF OLIVER WILSON ISO
MOTION TO DISMISS FOR LACK OF                    2                    C08-00019-SI
PERSONAL JURISDICTION

some demonstration software.  Netbula offered to assist in solving the Vista problem and said nothing about any restriction on Chordiant's preparation of a Vista version.  Several months later, on August 23, 2007, Mr. Yue e-mailed me a request to identify what Chordiant products used Netbula RPC.  I responded and also thanked Mr. Yue for the prior assistance, advising that we had completed our work to get a Vista version working.  Mr. Yue responded on August 24, 2007 by requesting a license usage report regarding Netbula's RPC software, stating:  "Also, the original license Chordiant purchased does not cover Windows Vista."  This e-mail, after the work on the Vista version was finished, was the first I ever heard about any Netbula issue relating to Vista.  I forwarded this request to Chordiant's General Counsel via my manager.  A true and accurate copy of these e-mails is attached as **Exhibits 1, 2,** and **3**.

10.    To the best of my recollection, before the present litigation, I never knew that Netbula or Mr. Yue were in or from California or anywhere else for that matter.  Their location was immaterial to me because my only written correspondence with Netbula or Mr. Yue was by e-mail and my only other communication with Mr. Yue was a brief telephone call I unexpectedly received on or after August 29, 2007. I have never met Mr. Yue or any agent or representative of Netbula in person.  I have never traveled to California for the purpose of meeting Mr. Yue or any agent or representative of Netbula. All of my communications with Netbula or Mr. Yue occurred while I was physically present in New Hampshire.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Bedford, New Hampshire on February 19, 2008.

_____
/s/ Oliver Wilson
Oliver Wilson

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

## ATTORNEY ATTESTATION

2        Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this

3   document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within

4   this efiled document.

5

6                                              /S/ Liwen Mah
                                              Liwen Mah

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF OLIVER WILSON ISO
MOTION TO DISMISS FOR LACK OF            4                    C08-00019-SI
PERSONAL JURISDICTION

# Exhibit 1

**From:**   support@netbula.com
**Sent:**   Friday, April 13, 2007 2:06 PM
**To:**     Oliver Wilson
**Subject:** Re: RE: FW: ONC RPC - Vista

You may download the demo version from our web site.

Dave

------------------------
"Oliver Wilson" :

Can you send me the latest version of the
code? It will probably be easier for us to test here. If not we can try and
setup a little test harness to demo the issue.

Thanks

Oliver

From:
support@netbula.com [mailto:support@netbula.com]

Sent: Friday, April 13, 2007 1:59
PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista

Oliver,

Could you
reduce the problem to the simplest form and provide us the test source code?

We have made various changes to the RPC code, so it's unsure that we can
reproduce your problem using the current Netbula RPC SDK.

Dave

9/17/2007

-----------------------

"Oliver Wilson" :

Chordiant software purchased 1 developer license, 1000

runtime licenses (s10303) from you several years ago. We have been successfully

usi! ng this in our product for many years. I think you may have been in contact

with Toye Akande or Saleem

Abdelsayed in the past.


We are now trying to get our application to run on Vista
but we are having some problems. I have looked on

your web site and there isn't any reference to Vista

support.


My team has noticed the following


Upon investigation I have found that the exception is raised

while calling the xdr_string function of the pwrpc32.dll (called by

xdr_columndataval, a function defined in dbrpc_xdr.c file - This file is

generated by RPCGEN). When xdr_string function is called with XDR_ENCODE /

XDR_DECODE operation it works fine but when called with XDR_FR! EE operation it

raises this exception. I also ran the program on my Win XP box and the

arguments passed to the xdr_string function during the XDR_FREE operation are
NOT identical! in both the cases.


Can you confirm if this is a problem you are aware of and if

it is something you are planning to address?

Thank you

_____

Oliver Wilson

Chordiant Program Manager for the Marketing Director Product Suite

Chordiant Software, Inc.

É Tel:     1

- 603 - 621 - 4319

Ê Fax:

1 - 603 - 621 - 4330

H  Office: http://www.chordiant.com/company/contact/usOffices.html

þ  Web: www.chordiant.com


The information transmitted herewith is sensitive information of Chordiant
Software or its customers and is intended only for use to the indi! vidual or
entity to which it is addressed. If the reader of this messa ge is not the
intended recipient, you are hereby notified that any review, retransmission,
dissemination, distribution, copying or other use of, or taking of ! any action
in reliance upon, this information is strictly prohibited. If you have received
this communication in error, please contact the sender and delete the material
from your computer.

Attachment:

Content-Type: text/plain;

charset="us-ascii"

Content-Transfer-Encoding: quoted-printable

------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/)

The information transmitted herewith is sensitive information of Chordiant Software or its customers
and is intended only for use to the individual or entity to which it is addressed. If the reader of this
message is not the intended recipient, you are hereby notified that any review, retransmission,
dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this
information is strictly prohibited. If you have received this communication in error, please contact the
sender and delete the material from your computer.

9/17/2007

Attachment:
Content-Type: text/plain;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable


------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)
The information transmitted herewith is sensitive information of Chordiant Software or its
customers and is intended only for use to the individual or entity to which it is
addressed. If the reader of this message is not the intended recipient, you are hereby
notified that any review, retransmission, dissemination, distribution, copying or other use
of, or taking of any action in reliance upon, this information is strictly prohibited. If
you have received this communication in error, please contact the sender and delete the
material from your computer.

# Exhibit 2

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Wednesday, August 29, 2007 5:06 PM
To: Oliver Wilson
Subject: On License Usage Report

Oliver,

We require the following information for a license usage report:

1) Your customer order number (or any other tracking number you use for the transaction)
2) Installation date
3) Platform (Such as Windows 2000)
4) Install type (client or server)
5) Number of copies

We ask such information so that the report can be later verified if neccessary. Please note that we do not request confidential information such as customer name.

Regards,

Don

------------------------
"Oliver Wilson" :

Don,


The problem was with an XDR_FREE call that we were making incorrectly. Once we removed these, everything worked.



I have asked for a report on our license usage to be prepared. We will get back in contact with you once that is done.



Thanks

Oliver


From: ydx@netbula.com
[mailto:ydx@netbula.com]

Sent: Friday, August 24 2007 1:38
PM

To: Oliver Wilson

Subject: Re: RE: FW: ONC RPC - Vista

Oliver,

How did
you fix the problem? I suspected that it was a problem with the caller code.

Could you
provide us the contact information with the person who manages third party licensing? We
would like to get a license usage report for the past years.
Also, the original license Chordiant purchased does not cover Windows Vista.

Regards,

Don

------------------------

"Oliver Wilson" :

Don,

Chordiant Marketing Director is the only

application that we use Netbula RPC. We use this as we have a thick VB.NET

client application that communicates with our C/C++ server components. Most of Chordiant's

other products are J2EE.

Thanks you for your help with this issue,

I can't remember if I responded, but we are now able to get our

application running on MS Vista.

Thanks

Oliver

From: netbula@gmail.com

[mailto:netbula@gmail.com] On Behalf Of Don

Yue

Sent: Thursday, August 23 2007

10:13 PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista


Oliver,


Could you provide information on the names of the Chordiant products

that use Netbula RPC?

We know Chordiant Market Director is one of the produ! cts. Are there

other products that use Netbula RPC?


Regards,


Don Yue


On 4/13/07, Oliver

Wilson

wrote:

Can you send me the latest version of the code? It will

probably be easier for us to test here. If not we can try and setup a little

test harness to demo the issue.

Thanks

Oliver

From: support@netbula.com

[mailto:support@netbula.com]

Sent: Friday, April 13, 2007 1:59

PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista

Oliver,

Could you

reduce the problem to the simplest form and provide us the test source code?

We have made various changes to the RPC code, so it's unsure that we can

reproduce your problem using the current Netbula RPC SDK.

Dave

-----------------------

"Oliver Wilson" :

Chordiant

software purc! hased 1 developer license, 1000

runtime licenses (s10303) from you several years ago. We have

been successfully

using this in our product for many years. I think you may have

been in contact

with Toye Akande or Saleem

Abdelsayed in the past.

We are now trying to get our application to run on Vista but we are having some problems. I have looked on

your web site and there isn't any reference to Vista

support.

My team has noticed the following

Upon investigation I have found that the exception is raised

while calling the xdr_string function of the pwrpc32.dll (called

by

xdr_columndataval, a function defined in dbrpc_xdr.c file - This

file is

generated by RPCGEN). When xdr_string function is called with

XDR_ENCODE /

XDR_DECODE operation it works fine but when called with XDR_FR! EE operation it

raises this exception. I also ran the program on my Win XP box

and the

arguments passed! to the xdr_string function during the XDR_FREE

operation are NOT identical in both the cases.

Can you confirm if this is a problem you are aware of and if

it is something you are planning to address?

Thank you

_____

Oliver Wilson

Chordiant

Program Manager for the Marketing Director Product Suite

Chordiant

Software, Inc.

É Tel:    1

- 603 - 621 - 4319

Ê Fax:

1 - 603 - 621 - 4330

H  Office:

http://www.chordiant.com/company/contact/usOffices.html

þ  Web: www.chordiant.com

The information transmitted herewith is sensitive information of Chordiant Software or its customers and is

intended only for use to the indi! vidual or entity to which it is addressed.

If the reader of this messa ge i! s not the intended recipient, you are hereby

notified that any revi ew, retransmission, dissemination, distribution, copying

or other use of, or taking of any action in reliance upon, this information is

strictly prohibited. If you have received this communication in error, please

contact the sender and delete the material from your computer.

Attachment:

Content-Type: text/plain;

charset="us-ascii"

Content-Transfer-Encoding: quoted-printable

-------------------

Email sent using AnyEmail ( http://netbula.com/anyemail/)

The information transmitted herewith is sensitive

information of Chordiant

Software or its customers and is intended only for use to the individual or

entity to which it is addressed. If the reader of this message is not the

intended recipient, you are hereby notified that any review, retransmission,

dissemination, distribution, copying or other use of, or taking of any action

in reliance upon, this information is strictly prohibited. If you have receive!
d

this communication in error, please contact the sender and delete the material

from your computer.


The information transmitted herewith is sensitive information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

Attachment:

Content-Type: text/plain;

charset="iso-8859-1"

Content-Transfer-Encoding: quoted-printable

------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/)

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

Attachment:
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

------------------

Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

-------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

Exhibit 3

**From:** ydx@netbula.com
**Sent:** Wednesday, August 29, 2007 9:19 AM
**To:** Oliver Wilson
**Subject:** Re: RE: RE: RE: RE: FW: ONC RPC - Vista

Oliver,

What is on the server side for RPC? A Chordiant customer referred to PowerRPC portmapper. It appears to me that Netbula RPC is also used on the server part. Is this the case with Chordiant Marketing Director or is it some other product?

Also, how many VB.NET clients are connected to each server?

Don

-----------------------
"Oliver Wilson" <oliver.wilson@chordiant.com>:
That's correct.

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Tuesday, August 28 2007 8:01 PM
To: Oliver Wilson
Subject: Re: RE: RE: RE: FW: ONC RPC - Vista

Oliver,

Based on what some Chordiant customers told us, my understanding is that Chordiant Marketing Direct has a server, then desktop users run a VB.NET based application (which uses RPC) to communicate with the server and perform tasks, right?

Don

-----------------------
"Oliver Wilson" :
Don,

We just have a simple client server application. The client just uses RPC to make some remote calls on the server.

Thanks
Oliver

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Tuesday, August 28 2007 11:37 AM
To: Oliver Wilson
Subject: Re: RE: RE: FW: ONC RPC - Vista

Oliver,

9/17/2007

Could you provide us a description of how Netbula RPC is used in Chordiant's product? A description of the overall system and the particular pieces that use Netbula RPC will be very helpful.  My understanding is the Pmapsvc.exe is also used in your product.

Regards,

Don

------------------------
"Oliver Wilson" :

Don,

The problem was with an XDR_FREE call that
we were making incorrectly. Once we removed these, everything worked.

I have asked for a report on our license usage
to be prepared. We will get back in contact with you once that is done.

Thanks

Oliver

From: ydx@netbula.com
[mailto:ydx@netbula.com]

Sent: Friday, August 24 2007 1:38
PM

To: Oliver Wilson

Subject: Re: RE: FW: ONC RPC - Vista

Oliver,

How did
you fix the problem? I suspected that it was a problem with the
caller code.

Could you
provide us the contact information with the person who manages third party
licensing? We would like to get a license usage report for the past years.
Also, the original license Chordiant purchased does not cover Windows Vista.

Regards,

Don

------------------------

9/17/2007

"Oliver Wilson" :

Don,

Chordiant Marketing Director is the only

application that we use Netbula RPC. We use this as we have a thick VB.NET

client application that communicates with our C/C++ server components. Most of Chordiant's

other products are J2EE.

Thanks you for your help with this issue,

I can't remember if I responded, but we are now able to get our

application running on MS Vista.

Thanks

Oliver

From: netbula@gmail.com

[mailto:netbula@gmail.com] On Behalf Of Don

Yue

Sent: Thursday, August 23 2007

10:13 PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista

Oliver,

Could you provide information on the names of the Chordiant products

that use Netbula RPC?

We know Chordiant Market Director is one of the produ! cts. Are there

other products that use Netbula RPC?

Regards,

9/17/2007

Don Yue

On 4/13/07, Oliver

Wilson

wrote:

Can you send me the latest version of the code? It will

probably be easier for us to test here. If not we can try and setup a little

test harness to demo the issue.

Thanks

Oliver

From: support@netbula.com

[mailto:support@netbula.com]

Sent: Friday, April 13, 2007 1:59

PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista

Oliver,

Could you

reduce the problem to the simplest form and provide us the test source code?

We have made various changes to the RPC code, so it's unsure that we can

reproduce your problem using the current Netbula RPC SDK.

Dave

-----------------------

"Oliver Wilson" :

Chordiant

software purc! hased 1 developer license, 1000

9/17/2007

**From:**   ydx@netbula.com
**Sent:**    Wednesday, August 29, 2007 9:19 AM
**To:**       Oliver Wilson
**Subject:** Re: RE: RE: RE: RE: FW: ONC RPC - Vista

Oliver,

What is on the server side for RPC? A Chordiant customer referred to PowerRPC portmapper. It appears to me that Netbula RPC is also used on the server part. Is this the case with Chordiant Marketing Director or is it some other product?

Also, how many VB.NET clients are connected to each server?

Don

-----------------------
"Oliver Wilson" <oliver.wilson@chordiant.com>:
That's correct.

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Tuesday, August 28 2007 8:01 PM
To: Oliver Wilson
Subject: Re: RE: RE: RE: FW: ONC RPC - Vista

Oliver,

Based on what some Chordiant customers told us, my understanding is that Chordiant Marketing Direct has a server, then desktop users run a VB.NET based application (which uses RPC) to communicate with the server and perform tasks, right?

Don

-----------------------
"Oliver Wilson" :
Don,

We just have a simple client server application. The client just uses RPC to make some remote calls on the server.

Thanks
Oliver

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Tuesday, August 28 2007 11:37 AM
To: Oliver Wilson
Subject: Re: RE: RE: FW: ONC RPC - Vista

Oliver,

9/17/2007

Could you provide us a description of how Netbula RPC is used in Chordiant's product? A description of the overall system and the particular pieces that use Netbula RPC will be very helpful.  My understanding is the Pmapsvc.exe is also used in your product.

Regards,

Don

------------------------
"Oliver Wilson" :

Don,

The problem was with an XDR_FREE call that
we were making incorrectly. Once we removed these, everything worked.

I have asked for a report on our license usage
to be prepared. We will get back in contact with you once that is done.

Thanks

Oliver

From: ydx@netbula.com
[mailto:ydx@netbula.com]

Sent: Friday, August 24 2007 1:38
PM

To: Oliver Wilson

Subject: Re: RE: FW: ONC RPC - Vista

Oliver,

How did
you fix the problem? I suspected that it was a problem with the
caller code.

Could you
provide us the contact information with the person who manages third party
licensing? We would like to get a license usage report for the past years.
Also, the original license Chordiant purchased does not cover Windows Vista.

Regards,

Don

------------------------

9/17/2007

"Oliver Wilson" :

Don,

Chordiant Marketing Director is the only

application that we use Netbula RPC. We use this as we have a thick VB.NET

client application that communicates with our C/C++ server components. Most of Chordiant's

other products are J2EE.

Thanks you for your help with this issue,

I can't remember if I responded, but we are now able to get our

application running on MS Vista.

Thanks

Oliver

From: netbula@gmail.com

[mailto:netbula@gmail.com] On Behalf Of Don

Yue

Sent: Thursday, August 23 2007

10:13 PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista

Oliver,

Could you provide information on the names of the Chordiant products

that use Netbula RPC?

We know Chordiant Market Director is one of the produ! cts. Are there

other products that use Netbula RPC?

Regards,

9/17/2007

Don Yue

On 4/13/07, Oliver

Wilson

wrote:

Can you send me the latest version of the code? It will

probably be easier for us to test here. If not we can try and setup a little

test harness to demo the issue.

Thanks

Oliver

From: support@netbula.com

[mailto:support@netbula.com]

Sent: Friday, April 13, 2007 1:59

PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista

Oliver,

Could you

reduce the problem to the simplest form and provide us the test source code?

We have made various changes to the RPC code, so it's unsure that we can

reproduce your problem using the current Netbula RPC SDK.

Dave

------------------------

"Oliver Wilson" :

Chordiant

software purc! hased 1 developer license, 1000

runtime licenses (s10303) from you several years ago. We have

been successfully

using this in our product for many years. I think you may have

been in contact

with Toye Akande or Saleem

Abdelsayed in the past.

We are now trying to get our application to run on Vista
but we are having some problems. I have looked on

your web site and there isn't any reference to Vista

support.

My team has noticed the following

Upon investigation I have found that the exception is raised

while calling the xdr_string function of the pwrpc32.dll (called

by

xdr_columndataval, a function defined in dbrpc_xdr.c file - This

file is

generated by RPCGEN). When xdr_string function is called with

XDR_ENCODE /

XDR_DECODE operation it works fine but when called with XDR_FR! EE operation it

raises this exception. I also ran the program on my Win XP box

and the

arguments passed! to the xdr_string function during the XDR_FREE

operation are NOT identical in both the cases.

Can you confirm if this is a problem you are aware of and if

it is something you are planning to address?

Thank you

9/17/2007

---

Oliver Wilson

Chordiant

Program Manager for the Marketing Director Product Suite

Chordiant

Software, Inc.

É Tel:    1

- 603 - 621 - 4319

Ê Fax:

1 - 603 - 621 - 4330

H  Office:

http://www.chordiant.com/company/contact/usOffices.html

þ  Web: www.chordiant.com

The information transmitted herewith is sensitive information of Chordiant Software or its customers and is

intended only for use to the indi! vidual or entity to which it is addressed.

If the reader of this messa ge i! s not the intended recipient, you are hereby

notified that any revi ew, retransmission, dissemination, distribution, copying

or other use of, or taking of any action in reliance upon, this information is

strictly prohibited. If you have received this communication in error, please

contact the sender and delete the material from your computer.

Attachment:

Content-Type: text/plain;

charset="us-ascii"

Content-Transfer-Encoding: quoted-printable

-------------------

9/17/2007

Email sent using AnyEmail ( http://netbula.com/anyemail/ )

The information transmitted herewith is sensitive

information of Chordiant

Software or its customers and is intended only for use to the individual or

entity to which it is addressed. If the reader of this message is not the

intended recipient, you are hereby notified that any review, retransmission,

dissemination, distribution, copying or other use of, or taking of any action

in reliance upon, this information is strictly prohibited. If you have receive!
d

this communication in error, please contact the sender and delete the material

from your computer.

The information transmitted herewith is sensitive information of Chordiant
Software or its customers and is intended only for use to the individual or
entity to which it is addressed. If the reader of this message is not the
intended recipient, you are hereby notified that any review, retransmission,
dissemination, distribution, copying or other use of, or taking of any action
in reliance upon, this information is strictly prohibited. If you have received
this communication in error, please contact the sender and delete the material
from your computer.

Attachment:

Content-Type: text/plain;

charset="iso-8859-1"

Content-Transfer-Encoding: quoted-printable

------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/)

The information transmitted herewith is sensitive     information of Chordiant Software or its customers and is intended only
for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are
hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in
reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the
sender and delete the material from your computer.

Attachment:
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

--------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive    information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

--------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive    information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

--------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)


The information transmitted herewith is sensitive information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.