1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
3  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
4  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 875-2300
7  Facsimile:    (415) 281-1350

8  Attorneys for Defendants
   Chordiant Software, Inc., Derek P. Witte, Steven R.
9  Springsteel, and specially appearing for Oliver
   Wilson

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  DONGXIAO YUE,                        Case No.  C-08-00019-MJJ

16              Plaintiff,

17  v.                                   **DECLARATION OF DEREK P. WITTE IN
                                         SUPPORT OF OLIVER WILSON'S
18                                       MOTION TO DISMISS FOR LACK OF
                                         PERSONAL JURISDICTION AND
19  CHORDIANT SOFTWARE, INC., a          DEFENDANTS' NOTICE OF MOTION
    Delaware corporation; DEREK P. WITTE, AND MOTION TO DISMISS AND STRIKE
20  an individual; STEVEN R.             [FED. R. CIV. P. 12(b)(1), 12(b)(6), 12(f),
    SPRINGSTEEL, an individual; and      17(a)]**
21  OLIVER WILSON, an individual,

22              Defendants.              Judge:   The Honorable Martin J. Jenkins

23       I, Derek P. Witte, declare as follows:

24       1.      I am an attorney, Vice President, and General Counsel for Defendant Chordiant

25  Software, Inc. ("Chordiant"). I have personal knowledge of the facts set forth in this declaration,

26  and if called to testify I could and would testify competently to the same.

27       2.      The Complaint in this matter refers to e-mails with me and quotes extensively but

28  selectively from those e-mails. True and correct copies of these e-mails are attached as **Exhibit 1**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF DEREK P. WITTE ISO
MOTIONS TO DISMISS                                          C08-00019-MJJ

1    and **Exhibit 2**. As shown therein, in my role as General Counsel, I received a forwarded

2    August 29, 2007 e-mail from Dongxiao Yue of Netbula, LLC ("Netbula"). I responded to

3    Mr. Yue by e-mail. Aside from the e-mail exchanges reflected in **Exhibits 1** and **2**, I have had no

4    communications with Mr. Yue.

5

6         I declare under penalty of perjury that the foregoing is true and correct.

7         Executed in Cupertino, California on February 25, 2008.

8                           /s/ Derek P. Witte

9                           Derek P. Witte

10

11                       **<u>ATTORNEY ATTESTATION</u>**

12         Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this

13    document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within

14    this efiled document.

15

16                           /S/ Liwen Mah

                         Liwen Mah

17

18    25689/00405/LIT/1278297.1

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# Exhibit 1

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Monday, September 17, 2007 3:32 PM
To: Derek Witte
Subject: Re: RE: On License Usage Report

Dear Mr. Witte,

The license information should be reflected on the purchase order Chordiant made and the software delivered to Chordiant, which should have a click-through button on standard terms.

Our license are always limited in licensed OS type. When Chordiant licensed the software, Windows Vista did not exist.

The information we request is based on a standard audit form we use.

Regards,

Don Yue


------------------------
"Derek Witte" <Derek.Witte@chordiant.com>:
Dear Mr. Yue,

Your request for information has been forwarded to me.  We are collecting information on use of Netbula's software and I expect to be back to you with more information before long.

I do have questions about the scope of your request for information, which seemed unusual.  I also was surprised by your statement in the e-mail string below that our run time license does not cover Windows Vista.  Would it be possible for you to send me a copy of the signed license you have with Chordiant, or whatever other documentation you have, so that I can better understand your position on these issues?  Thank you for your cooperation.

Regards,

Derek Witte
Vice President and General Counsel
Chordiant Software, Inc.
20400 Stevens Creek, Blvd.
Cupertino, CA 95014
Phone:  408-517-6169
Fax:  408-517-4989
Cell:  408-406-6476

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Wednesday, August 29, 2007 5:06 PM
To: Oliver Wilson
Subject: On License Usage Report

Oliver,

We require the following information for a license usage report:

1) Your customer order number (or any other tracking number you use for the transaction)
2) Installation date
3) Platform (Such as Windows 2000)
4) Install type (client or server)
5) Number of copies

We ask such information so that the report can be later verified if neccessary. Please note that we do not request confidential information such as customer name.

Regards,

Don

-----------------------
"Oliver Wilson" :

Don,


The problem was with an XDR_FREE call that we were making incorrectly. Once we removed these, everything worked.



I have asked for a report on our license usage to be prepared. We will get back in contact with you once that is done.



Thanks

Oliver


From: ydx@netbula.com
[mailto:ydx@netbula.com]

Sent: Friday, August 24 2007 1:38
PM

To: Oliver Wilson

Subject: Re: RE: FW: ONC RPC - Vista


Oliver,

How did
you fix the problem? I suspected that it was a problem with the caller code.

Could you
provide us the contact information with the person who manages third party licensing? We
would like to get a license usage report for the past years.
Also, the original license Chordiant purchased does not cover Windows Vista.

Regards,

Don

------------------------

"Oliver Wilson" :

Don,


Chordiant Marketing Director is the only

application that we use Netbula RPC. We use this as we have a thick VB.NET

client application that communicates with our C/C++ server components. Most of Chordiant's

other products are J2EE.


Thanks you for your help with this issue,

I can't remember if I responded, but we are now able to get our

application running on MS Vista.


Thanks

Oliver

From: netbula@gmail.com

[mailto:netbula@gmail.com] On Behalf Of Don

Yue

Sent: Thursday, August 23 2007

10:13 PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista


Oliver,


Could you provide information on the names of the Chordiant products

that use Netbula RPC?

We know Chordiant Market Director is one of the produ! cts. Are there

other products that use Netbula RPC?


Regards,


Don Yue


On 4/13/07, Oliver

Wilson

wrote:

Can you send me the latest version of the code? It will

probably be easier for us to test here. If not we can try and setup a little

test harness to demo the issue.

Thanks

Oliver


From: support@netbula.com

[mailto:support@netbula.com]

Sent: Friday, April 13, 2007 1:59

PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista


Oliver,

Could you

reduce the problem to the simplest form and provide us the test source code?

We have made various changes to the RPC code, so it's unsure that we can

reproduce your problem using the current Netbula RPC SDK.

Dave

-----------------------

"Oliver Wilson" :

Chordiant

software purc! hased 1 developer license, 1000

runtime licenses (s10303) from you several years ago. We have

been successfully

using this in our product for many years. I think you may have

been in contact

with Toye Akande or Saleem

Abdelsayed in the past.

We are now trying to get our application to run on Vista but we are having some problems. I have looked on

your web site and there isn't any reference to Vista

support.

My team has noticed the following

Upon investigation I have found that the exception is raised

while calling the xdr_string function of the pwrpc32.dll (called

by

xdr_columndataval, a function defined in dbrpc_xdr.c file - This

file is

generated by RPCGEN). When xdr_string function is called with

XDR_ENCODE /

XDR_DECODE operation it works fine but when called with XDR_FR! EE operation it

raises this exception. I also ran the program on my Win XP box

and the

arguments passed! to the xdr_string function during the XDR_FREE

operation are NOT identical in both the cases.

Can you confirm if this is a problem you are aware of and if

it is something you are planning to address?

Thank you

_____

Oliver Wilson

Chordiant

Program Manager for the Marketing Director Product Suite

Chordiant

Software, Inc.

É Tel:    1

- 603 - 621 - 4319

Ê Fax:

1 - 603 - 621 - 4330

H  Office:

http://www.chordiant.com/company/contact/usOffices.html

þ  Web: www.chordiant.com


The information transmitted herewith is sensitive information of Chordiant Software or its customers and is

intended only for use to the indi! vidual or entity to which it is addressed.

If the reader of this messa ge i! s not the intended recipient, you are hereby

notified that any revi ew, retransmission, dissemination, distribution, copying

or other use of, or taking of any action in reliance upon, this information is

strictly prohibited. If you have received this communication in error, please

contact the sender and delete the material from your computer.

Attachment:

Content-Type: text/plain;

charset="us-ascii"

Content-Transfer-Encoding: quoted-printable

-------------------

Email sent using AnyEmail ( http://netbula.com/anyemail/)

The information transmitted herewith is sensitive

information of Chordiant

Software or its customers and is intended only for use to the individual or

entity to which it is addressed. If the reader of this message is not the

intended recipient, you are hereby notified that any review, retransmission,

dissemination, distribution, copying or other use of, or taking of any action

in reliance upon, this information is strictly prohibited. If you have receive!
d

this communication in error, please contact the sender and delete the material

from your computer.


The information transmitted herewith is sensitive information of Chordiant Software or its
customers and is intended only for use to the individual or entity to which it is addressed. If the
reader of this message is not the intended recipient, you are hereby notified that any review,
retransmission, dissemination, distribution, copying or other use of, or taking of any action in
reliance upon, this information is strictly prohibited. If you have received this communication in
error, please contact the sender and delete the material from your computer.

Attachment:

Content-Type: text/plain;

charset="iso-8859-1"

Content-Transfer-Encoding: quoted-printable

------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/)

The information transmitted herewith is sensitive     information of Chordiant Software or its
customers and is intended only for use to the individual or entity to which it is addressed. If the
reader of this message is not the intended recipient, you are hereby notified that any review,
retransmission, dissemination, distribution, copying or other use of, or taking of any action in
reliance upon, this information is strictly prohibited. If you have received this communication in
error, please contact the sender and delete the material from your computer.

Attachment:
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

------------------

Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive     information of Chordiant Software or its
customers and is intended only for use to the individual or entity to which it is addressed. If the
reader of this message is not the intended recipient, you are hereby notified that any review,
retransmission, dissemination, distribution, copying or other use of, or taking of any action in
reliance upon, this information is strictly prohibited. If you have received this communication in
error, please contact the sender and delete the material from your computer.

-------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive     information of Chordiant Software or its
customers and is intended only for use to the individual or entity to which it is addressed. If the
reader of this message is not the intended recipient, you are hereby notified that any review,
retransmission, dissemination, distribution, copying or other use of, or taking of any action in
reliance upon, this information is strictly prohibited. If you have received this communication in
error, please contact the sender and delete the material from your computer.

# Exhibit 2

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Wednesday, January 02, 2008 9:48 AM
To: Derek Witte
Subject: Re: RE: RE: RE: RE: RE: On License Usage Report

Dear Mr. Witte,

I have put Chordiant Software, Inc. ("CSI") on notice of its infringing acts back in August 2007 in the form of software usage inquiries. In my emails to Mr. Wilson and you and my letter to Mr. Springsteel, I made very specific requests of information, the purpose of which was to determine the extent of infringement. We are in the software business, and I would like to avoid litigation and have the infringer pay whatever it should under the law and have the infringement stopped, but as we often find out, litigation is unavoidable.

I never heard of CSI until quite recently and I realized that CSI is a Delaware company with its office just across the bay. I sent you a copy of a purchase order signed by another company in UK, which was for the purchase of 1000 client runtime licenses for Windows NT/2K/XP/Server 2003. I don't have anything to show that CSI has any license.

Previously, I asked you whether your company agreed to Netbula's license terms, you failed to answer. I also requested you to produce a copy of the CD which you copied and examined, you also failed to respond. This indicated to me that CSI indeed had no licenses at all. So to your repeated questions about a signed agreement with CSI, we both understood that there was no such license grant to CSI. Yet our investigation show that CSI created both RPC server and client applications and distributed them to numerous large corporations, which require both server and client runtime licenses. CSI has none of the required licenses, nor does its customers.

I suspect that even some of your customers had doubts on whether CSI had proper licenses.

Sincerely,

Dongxiao Yue


-----------------------
"Derek Witte" <Derek.Witte@chordiant.com>:
Dear Mr. Yue,

The tone of your e-mail is regrettable, and its assertions and insinuations are incorrect.

1)  Chordiant has complied with any obligations it has to provide Netbula with information. Netbula has still never substantiated the existence of any signed agreement nor any other basis for requiring any of the information you requested.  And even under the purported terms of the blank form contract included (without click through or other review being required) as a file on the CD sent to Chordiant, the only obligation is to count and report copies, which is what we have done.

2)  This e-mail is the first time you have ever mentioned copyright infringement, and you provide no basis for your claim that "we have determined that Chordiant has infringed our copyright."  If you and Netbula have some basis for this conclusion, I suggest you explain it.  In our view,  that assertion is baseless, and any legal claim based on it would be meritless.  Our distribution and use count totals less than the 1000 units paid for.  But even if the count had been

more, that would obviously not be copyright infringement; it would require payment for additional units pursuant to our license.

3)  No one has attempted to destroy or conceal anything--at least on Chordiant's side.  Assuming that your reference to "spoliation" is now threatening a lawsuit, this is also the first time you have done that.  Chordiant complies with its legal obligations, and expects Netbula to do so as well, including refraining from making unsupportable claims.

Sincerely,

Derek Witte

Derek Witte
Vice President and General Counsel
Chordiant Software, Inc.
20400 Stevens Creek Blvd, Suite 400
Cupertino, CA 95014
408-517-6169
408-406-6476 (cell)
408-517-4989 (fax)
-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Friday, December 21, 2007 11:07 AM
To: Derek Witte
Subject: Re: RE: RE: RE: RE: RE: On License Usage Report

Dear Mr. Witte,

I have asked Chordiant to provide a detailed report specifying the information I requested in my previous communications.

We have determined that Chordiant has infringed our copyright. There is no point for you to conceal the infringement.

Please noted that any evidence that has been destroyed in the past few months will be viewed as spoliation.

Sincerely,

Dongxiao Yue

-----------------------
"Derek Witte" :
Dear Mr. Yue,

We have collected information in order to count the number of copies of the Netbula software that Chordiant has distributed.  This process has taken some time to complete.  We appreciate your patience.

As to customers for whom Chordiant is currently providing support, the information reflects a total of 685 copies of the licensed Netbula programs distributed or in use.  As to customers for whom we do not currently provide support, the number distributed or in use is calculated based

on the particular information Chordiant has for such customers, coupled with a calculation for those Chordiant customers (and for one currently supported customer) as to which we don't have particular information, applying the same average number of copies per customer as the average number for customers for whom we have particular information.  This process yields an additional 268 copies.  For all customers, the total number is thus 953 copies.

I should also advise you that Chordiant has decided to replace Netbula's code with substitute code not provided by Netbula.  We therefore do not anticipate needing anything further from your company.

Best wishes for the holiday season and the year to come.

Sincerely

Derek Witte
Vice President and General Counsel
Chordiant Software, Inc.
20400 Stevens Creek Blvd, Suite 400
Cupertino, CA 95014
408-517-6169
408-406-6476 (cell)
408-517-4989 (fax)

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Friday, October 05, 2007 1:42 PM
To: Derek Witte
Subject: Re: RE: RE: RE: RE: On License Usage Report

Dear Mr. Witte,

My question to Chordiant is this: did Chordiant agree to and abide by Netbula's license terms?

Please answer that question by 4:00PM today. I have given your company plenty of time to reflect your positions.

Regards,

Don Yue

------------------------
"Derek Witte" :
Dear Mr. Yue:

We seem to be talking past each other.  You assert below that Chordiant has "evaded" most of your questions.  That's not right.  I've said from the beginning that if you are going to ask Chordiant for the unusual and burdensome information you've been talking about, you need to show me where in any agreement it is required for Chordiant to provide that information.  We take our contractual obligations seriously.  Therefore I ask you again:  please show me what agreement you claim requires anything of the sort you're requesting, or please acknowledge that there is no such requirement.

I also asked you below to give me any information or documentation that you claim indicates that when Chordiant purchased its licenses, it accepted any of the purported restrictions that you are now relying on. I assume that you're acknowledging now that there was no click wrap agreement. So I ask you again: if you have any record of Chordiant's acceptance of any particular terms, including anything that suggests that Chordiant agreed to limitation on which versions of windows operations systems it could distribute its products, please show me.

Your e-mail below says that Mr. Wilson told you that Chordiant used Netbula RPC only for clients. I don't see that anywhere. Can you tell me when and how you claim Mr. Wilson told you that? Also, the PO you sent appears to refer to runtime licenses for "2k" (a server OS) and "Server 2003." Can we agree that, having sold runtime licenses for these server operating systems, Netbula isn't now going to claim that the runtime was prohibited from running on those very servers? Since your most recent email now adds a request for information about server runtimes, I'd like to get straight on this issue.

We are continuing to collect information about the number of copies distributed. However, I am able at this time to give you the information you requested last week about use of the SDK, which was relatively easier to collect. The information we have is that only a single developer within the company has, at any time given time, used the SDK. One developer used the SDK from inception until he left two years ago; to replace him, only one developer has used it thereafter.

Sincerely,

Derek Witte
Vice President and General Counsel
Chordiant Software, Inc.
20400 Stevens Creek, Blvd.
Cupertino, CA 95014
Phone: 408-517-6169
Fax: 408-517-4989
Cell: 408-406-6476

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Monday, October 01, 2007 4:27 PM
To: Derek Witte
Subject: Re: RE: RE: RE: On License Usage Report

Dear Mr. Witte,

Could you provide me a copy of the CD Chordiant received?

We normally do not request customers to perform audits unless we already have evidence indicating that there were issues. So far, Chordiant has evaded almost all of my questions. Mr. Wilson told me that Chordiant used Netbula RPC for some Visual Basic client only. However, the information we obtained indicates that Chordiant was using it for server.

I am attaching the purchase order Chordiant sent Netbula in April 2004.

To resolve this issue, I suggest Chordiant provide us verifiable information requested by the end of this week. In particular, we need to know the number of server licenses. If you cannot, please let me know.

Sincerely,

Don Yue

------------------------
"Derek Witte" :
Dear Mr. Yue,

You continue to request more and different information from Chordiant, but have avoided responding to my inquiries to you.  I asked you two weeks ago for a copy of the signed license agreement, or for any other documentation you had.  You haven't given me anything.  You apparently don't have a signed license.  You wrote that there was a click wrap agreement--but when I told you that we had no evidence of any click wrap, and asked you to provide me documentation that one existed, you didn't respond to that request.  I also asked you for a copy of the purchase order or invoice, but you didn't respond to that request, either.  If you have those documents, it would be helpful if you would provide them.

At this point, I don't have anything that suggests that Chordiant agreed to obtain or provide to Netbula all the types of information you've requested.  The CD that Chordiant purchased from Netbula specifies on the outside of the CD itself that Chordiant has a license.  However, it contains no click through process.  When we look at that CD now, we are able to find a .txt file titled "Netbula-ONC_RPC_License-tmpl," which appears to be some sort of form license terms. But the form is full of blanks waiting to be filled in.  It is unsigned, and does not refer to or purport to govern or be accepted by Chordiant.  So I must ask you again:  do you have any information or indication that Chordiant ever knew of, or accepted any written agreement providing the terms you are claiming apply?

In any event, even the unsigned form agreement does not require someone who had signed it to provide the information you're asking for.  It says that Netbula can ask a licensee to "count the number of copies distributed," which is the process Chordiant now has ongoing. Your statement that you are asking for information on Netbula's "standard audit form" does not help me understand why Netbula believes it is entitled to anything more.

The unsigned form also does not prevent Chordiant from distributing its products for all Windows platforms.  It does refer to limited platforms for use under the development license, but the distribution license contains no limitation.

Notwithstanding all the above points, Chordiant would like to resolve this matter and is working to collect information about the number of copies distributed.  I hope that you are genuinely interested in reaching a resolution as well, and will provide me with the information I have requested in this process, so we can move forward.

Sincerely,

Derek Witte
Vice President and General Counsel
Chordiant Software, Inc.
20400 Stevens Creek, Blvd.

Cupertino, CA 95014
Phone:  408-517-6169
Fax:  408-517-4989
Cell:  408-406-6476

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Tuesday, September 25, 2007 5:39 PM
To: Derek Witte
Subject: Re: RE: RE: On License Usage Report

Dear Mr. Witte,

It has been over a month since we requested a report. From communications from Chordiant customers, we learnt that Chordiant had been using Netbula RPC in its products.

In addition to the copies of runtime files distributed to your customers, we also need to know the number of developers who used the Netbula RPC SDK.

We need to have the usage report by October 1, 2007.

The information requested was from our standard audit form. If Chordiant does not have any license grant of Netbula RPC on record, please let me know.

Regards,

Don

-----------------------
"Derek Witte" :
Mr. Yue,

We are making progress on collecting information, but it is taking some time. It looks as though we got this product quite some time ago, which extends the process.

I also still need to get clear on the basis for your unusual information requests, which was why my last e-mail asked for any documentation you have regarding license terms.  I take it from your response of September 17 that there was no signed agreement. You refer to a purchase order Chordiant made--could you send a copy of that, please, and any invoices you might have? That would help us better understand your requests.  Also, you state that the software delivered to Chordiant should have a click-through button for some standard terms. We have no record of any click through, so could you send us the documentation of that, also, as I requested before?

As to your statement that a license was limited in licensed OS type, are you claiming that there was an agreement that said that Chordiant could not distribute its products with the Netbula code for future operating systems? If so, this continues to be a surprise, and, as stated before, it would be helpful to see where and how you claim that Chordiant agreed to that provision.

Thanks for your cooperation,

Derek

Derek Witte
Vice President and General Counsel
Chordiant Software, Inc.
20400 Stevens Creek, Blvd.
Cupertino, CA 95014
Phone:  408-517-6169
Fax:  408-517-4989
Cell:  408-406-6476

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Saturday, September 22, 2007 6:21 PM
To: Derek Witte
Subject: Re: RE: On License Usage Report

Dear Mr. Witte,

I noticed that we requested Chordiant to provide a report one month ago on August 23, 2007.

Can you let me know whether we can receive a report by September 28, 2007?

Regards,

Don

------------------------
"Derek Witte" :
Dear Mr. Yue,

Your request for information has been forwarded to me.  We are collecting information on use of
Netbula's software and I expect to be back to you with more information before long.

I do have questions about the scope of your request for information, which seemed unusual.  I
also was surprised by your statement in the e-mail string below that our run time license does not
cover Windows Vista.  Would it be possible for you to send me a copy of the signed license you
have with Chordiant, or whatever other documentation you have, so that I can better understand
your position on these issues?  Thank you for your cooperation.

Regards,

Derek Witte
Vice President and General Counsel
Chordiant Software, Inc.
20400 Stevens Creek, Blvd.
Cupertino, CA 95014
Phone:  408-517-6169
Fax:  408-517-4989
Cell:  408-406-6476

-----Original Message-----
From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Wednesday, August 29, 2007 5:06 PM

To: Oliver Wilson
Subject: On License Usage Report

Oliver,

We require the following information for a license usage report:

1) Your customer order number (or any other tracking number you use for the transaction)
2) Installation date
3) Platform (Such as Windows 2000)
4) Install type (client or server)
5) Number of copies

We ask such information so that the report can be later verified if neccessary. Please note that we do not request confidential information such as customer name.

Regards,

Don

------------------------
"Oliver Wilson" :

Don,

The problem was with an XDR_FREE call that we were making incorrectly. Once we removed these, everything worked.

I have asked for a report on our license usage to be prepared. We will get back in contact with you once that is done.

Thanks

Oliver

From: ydx@netbula.com
[mailto:ydx@netbula.com]

Sent: Friday, August 24 2007 1:38
PM

To: Oliver Wilson

Subject: Re: RE: FW: ONC RPC - Vista

Oliver,

How did
you fix the problem? I suspected that it was a problem with the caller code.

Could you

provide us the contact information with the person who manages third party licensing? We would like to get a license usage report for the past years.
Also, the original license Chordiant purchased does not cover Windows Vista.

Regards,

Don

------------------------

"Oliver Wilson" :

Don,

Chordiant Marketing Director is the only

application that we use Netbula RPC. We use this as we have a thick VB.NET

client application that communicates with our C/C++ server components. Most of Chordiant's

other products are J2EE.

Thanks you for your help with this issue,

I can't remember if I responded, but we are now able to get our

application running on MS Vista.

Thanks

Oliver

From: netbula@gmail.com

[mailto:netbula@gmail.com] On Behalf Of Don

Yue

Sent: Thursday, August 23 2007

10:13 PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista

Oliver,

Could you provide information on the names of the Chordiant products

that use Netbula RPC?

We know Chordiant Market Director is one of the produ! cts. Are there

other products that use Netbula RPC?

Regards,

Don Yue

On 4/13/07, Oliver

Wilson

wrote:

Can you send me the latest version of the code? It will

probably be easier for us to test here. If not we can try and setup a little

test harness to demo the issue.

Thanks

Oliver

From: support@netbula.com

[mailto:support@netbula.com]

Sent: Friday, April 13, 2007 1:59

PM

To: Oliver Wilson

Subject: Re: FW: ONC RPC - Vista

Oliver,

Could you

reduce the problem to the simplest form and provide us the test source code?

We have made various changes to the RPC code, so it's unsure that we can

reproduce your problem using the current Netbula RPC SDK.

Dave

-----------------------

"Oliver Wilson" :

Chordiant

software purc! hased 1 developer license, 1000

runtime licenses (s10303) from you several years ago. We have

been successfully

using this in our product for many years. I think you may have

been in contact

with Toye Akande or Saleem

Abdelsayed in the past.

We are now trying to get our application to run on Vista but we are having some problems. I have looked on

your web site and there isn't any reference to Vista

support.

My team has noticed the following

Upon investigation I have found that the exception is raised

while calling the xdr_string function of the pwrpc32.dll (called

by

xdr_columndataval, a function defined in dbrpc_xdr.c file - This

file is

generated by RPCGEN). When xdr_string function is called with

XDR_ENCODE /

XDR_DECODE operation it works fine but when called with XDR_FR! EE operation it

raises this exception. I also ran the program on my Win XP box

and the

arguments passed! to the xdr_string function during the XDR_FREE

operation are NOT identical in both the cases.

Can you confirm if this is a problem you are aware of and if

it is something you are planning to address?

Thank you

_____

Oliver Wilson

Chordiant

Program Manager for the Marketing Director Product Suite

Chordiant

Software, Inc.

É Tel:    1

- 603 - 621 - 4319

Ê Fax:

1 - 603 - 621 - 4330

H  Office:

http://www.chordiant.com/company/contact/usOffices.html

þ   Web: www.chordiant.com

The information transmitted herewith is sensitive information of Chordiant Software or its customers and is

intended only for use to the indi! vidual or entity to which it is addressed.

If the reader of this messa ge i! s not the intended recipient, you are hereby

notified that any revi ew, retransmission, dissemination, distribution, copying

or other use of, or taking of any action in reliance upon, this information is

strictly prohibited. If you have received this communication in error, please

contact the sender and delete the material from your computer.

Attachment:

Content-Type: text/plain;

charset="us-ascii"

Content-Transfer-Encoding: quoted-printable

-------------------

Email sent using AnyEmail ( http://netbula.com/anyemail/)

The information transmitted herewith is sensitive

information of Chordiant

Software or its customers and is intended only for use to the individual or

entity to which it is addressed. If the reader of this message is not the

intended recipient, you are hereby notified that any review, retransmission,

dissemination, distribution, copying or other use of, or taking of any action

in reliance upon, this information is strictly prohibited. If you have receive!
d

this communication in error, please contact the sender and delete the material

from your computer.

The information transmitted herewith is sensitive information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

Attachment:

Content-Type: text/plain;

charset="iso-8859-1"

Content-Transfer-Encoding: quoted-printable

------------------- Email sent using AnyEmail
(http://netbula.com/anyemail/)

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

Attachment:
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

-------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

-------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

-------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

-------------------

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

-------------------

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

-------------------

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.
-------------------

The information transmitted herewith is sensitive      information of Chordiant Software or its customers and is intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.