LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH
*lmah@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:       (415) 281-1350

Attorneys for Defendant
CHORDIANT SOFTWARE, INC., DEREK P. WITTE, STEVEN R. SPRINGSTEEL, and specially appearing for OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, and individual; STEVEN R. SPRINGSTEEL, an individual; OLIVER WILSON, an individual; and DOES 1-1000, inclusive,<br><br>　　　　Defendants. | Case No.  C-08-0019-MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND STRIKE**<br><br>Date:　　Tuesday, April 1, 2008<br>Time:　　9:30 a.m.<br>Dept:　　11, 19th Floor<br>Judge:　　Hon. Martin J. Jenkins |

On _____, 2008, at 9:30 a.m., the Court heard the Motion to Dismiss and Strike brought by Defendants Chordiant Software, Inc., Derek P. Witte, Steven R. Springsteel, and Oliver Wilson in this action pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 12(f), and/or 17(a).  The matter having been submitted and after considering the Motion, all papers filed in support and in opposition thereof, arguments of counsel and unrepresented parties, and all other matters on file in this action presented to the Court,

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS AND STRIKE　　　　　　　　　　　　　　　　　　　　　C-08-0019-MJJ

1    IT IS HEREBY ORDERED that Plaintiff cannot assert, *pro se* and without attorney representation, claims assigned to him by his business entity, Netbula, LLC, without violating the proscription against lay prosecution of claims of corporate entities without representation of such entities by an attorney admitted to practice before the Court; and

IT IS HEREBY ORDERED that the Court lacks jurisdiction over alleged infringement of Plaintiff's purportedly copyrighted works that were unregistered at the time of commencement of this action; and

IT IS THEREFORE ORDERED that:

1.    The Motion to Dismiss is therefore GRANTED and this action is dismissed in its entirety without leave to amend.

2.    In the alternative, the allegations in Paragraph 2 of the Complaint relating to the copyright registered as authored and owned by Netbula, but impermissibly assigned to Netbula's principal, are stricken and shall not be part of this action.

3.    In the alternative, the allegations in Paragraph 2 of the Complaint relating to the unregistered copyright are stricken and shall not be part of this action

IT IS FURTHER ORDERED that the Motion is GRANTED and all claims against Derek P. Witte and Steven R. Springsteel are dismissed without leave to amend for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that the Motion to Strike is GRANTED and Paragraphs 8 and 11 of the Complaint's Prayer for Relief are stricken.

IT IS SO ORDERED.

DATED: _____, 2008

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE