LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
DEREK P. WITTE, STEVEN R. SPRINGSTEEL,
and specially appearing for OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>             Plaintiff,<br><br>      v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>             Defendants. | Case No.  C-08-0019-MJJ<br><br>**ERRATA TO DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' RULE 12(b)(6) AND 12(f) MOTIONS TO DISMISS AND STRIKE**<br><br>Date:    Tuesday, April 1, 2008<br>Time:   9:30 A.M.<br>Dept:    11, 19th Floor<br>Judge:  Hon. Martin J. Jenkins |

Defendants Chordiant Software, Inc., Derek P. Witte, Steven R. Springsteel, and Oliver Wilson, by and through their attorneys of record, respectfully submit this Errata to Defendants' Memorandum of Points and Authorities in Support of Defendants' Rule 12(b)(6) and 12(f) Motions to Dismiss and Strike, e-filed with this Court as Document 24, on February 25, 2008, as follows:

1  Attached as Exhibit A to this Errata is an updated Table of Contents and a completed
2  Table of Authorities to Defendants' Memorandum of Points and Authorities in Support of
3  Defendants' Rule 12(b)(6) and 12(f) Motions to Dismiss and Strike.

4  The foregoing updated Table of Contents and completed Table of Authorities attached as
5  Exhibit A does not affect Defendants' argument with respect to the motion before this Court.

6  Dated: February 26, 2008                FENWICK & WEST LLP

8  By:    /S/ LAURENCE F. PULGRAM
         Laurence F. Pulgram

10  Attorneys for Defendants
    CHORDIANT SOFTWARE, INC.,
    DEREK P. WITTE, STEVEN R. SPRINGSTEEL,
11  and specially appearing for OLIVER WILSON

15  26257/00401/DOCS/1864826.1

ERRATA TO MPA ISO DEFENDANTS'
RULE 12(b)(6) AND 12(f) MOTIONS TO            -2-                CASE NO. C-08-0019-MJJ
DISMISS AND TO STRIKE

# EXHIBIT A

LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
DEREK P. WITTE, STEVEN R. SPRINGSTEEL,
and specially appearing for OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>    Defendants. | Case No.  C-08-0019-MJJ<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE [FED. R. CIV. P. 12(b)(1), 12(b)(6), 12(f), 17(a)]**<br><br>Date:   Tuesday, April 1, 2008<br>Time:   9:30 A.M.<br>Dept:   11, 19th Floor<br>Judge:  Hon. Martin J. Jenkins |

MPA ISO DEFENDANTS' RULE 12(b)(6)
AND 12(f) MOTIONS TO DISMISS AND TO
STRIKE

CASE NO. C-08-0019-MJJ

# TABLE OF CONTENTS

Page

NOTICE OF MOTION AND MOTION ............................................................................................ 1

MEMORANDUM OF POINTS AND AUTHORITIES .................................................................. 1

INTRODUCTION ............................................................................................................................. 1

SUMMARY OF ISSUES PRESENTED .......................................................................................... 3

ALLEGATIONS OF THE COMPLAINT ........................................................................................ 3

    A.    Netbula LLC and the Copyrights in Suit ................................................................. 3

    B.    Allegations of the Complaint as to Individual Defendants ..................................... 4

    C.    The Allegations Regarding Mr. Witte ..................................................................... 5

    D.    The Allegations Regarding Mr. Springsteel ............................................................ 7

    E.    Previous Cases by Dr. Yue and Netbula Targeting Defendant Corporations' Individual Employees .............................................................................................. 7

ARGUMENT ..................................................................................................................................... 8

I.    DR. YUE'S LACKS STANDING TO ASSERT AS A PRO SE LITIGANT CLAIMS THAT BELONGED TO HIS COMPANY AND TO ASSERT CLAIMS IN COPYRIGHTS UNREGISTERED AT THE COMMENCEMENT OF THIS ACTION ............................................................................................................................. 9

    A.    Courts Routinely Refuse to Recognize Assignments That Would Otherwise Permit Claims Originally Belonging to a Company to Be Brought by an Individual ................................................................................................................. 9

    B.    Under The Governing Standards, Plaintiff's Purported Assignment of Claims in Netbula LLC's Copyright Registration Should Be Disregarded .......... 12

    C.    The Copyright Dr. Yue Claims as an Individual Has No Valid Registration, So Dr. Yue Has No Standing to Sue on It, Either. ................................................. 16

II.    COPYRIGHT CLAIMS AGAINST DEREK P. WITTE AND STEVEN R. SPRINGSTEEL FAIL AS A MATTER OF LAW ........................................................ 18

    A.    A Pleading Alleging Copyright Infringement May Not Rely on Legal Conclusions And Must State Facts Showing How a Defendant Infringed ........... 19

    B.    Dr. Yue Fails to State a Cause of Action Against Mr. Springsteel for Either Direct, Contributory, or Vicarious Copyright Infringement ................................. 22

    C.    Dr. Yue Fails to State a Cause of Action Against Mr. Witte for Either Direct, Contributory, or Vicarious Copyright Infringement ................................. 23

Fenwick & West LLP
Attorneys At Law
San Francisco

**TABLE OF CONTENTS**
**(continued)**

Page

III. THE COURT SHOULD STRIKE PLAINTIFF'S PRAYER FOR ATTORNEYS' FEES AND STATUTORY DAMAGES ............................................................... 24

CONCLUSION ............................................................................................................................ 25

# TABLE OF AUTHORITIES

**Page(s)**

## CASES

*Balistreri v. Pacifica Police Dep't.*,
   901 F.2d 696 (9th Cir. 1988) .................................................................................................. 9

*Bell Atl. Corp. v. Twombly*,
   127 S. Ct. 1955 (2007) ........................................................................................ 8, 9, 19, 22

*Bell v. Carlsen Motor Cars, Inc.*,
   Case No. 06-CIV-2974-LBS, 2007 U.S. Dist. LEXIS 75623
   (S.D.N.Y. Oct. 10, 2007) ..................................................................................................... 12

*Bell v. South Bay European Corp.*,
   486 F. Supp. 2d 257 (S.D.N.Y. 2007) ................................................................................. 12

*Berry v. Penguin Group, Inc.*,
   448 F. Supp. 2d 1202 (W.D. Wash. 2006) ............................................................... 16, 17, 18

*Brought to Life Music, Inc. v. MCA Records, Inc.*,
   2003 U.S. Dist. LEXIS 1967 (S.D.N.Y. 2003) ............................................................... 20, 22

*Bureerong v. Uvawas*,
   922 F. Supp. 1450 (C.D. Cal. 1996) ................................................................................... 24

*Carell v. Shubert Org.*,
   104 F. Supp. 2d 236 (S.D.N.Y. 2000) ............................................................. 20, 21, 22, 23

*Caterpillar, Inc. v. Williams*,
   482 U.S. 386 (1987) ............................................................................................................ 18

*Chang v. McKesson HBOC, Inc.*,
   2007 U.S. Dist. LEXIS 95088 (N.D. Cal. Dec. 17, 2007) ..................................................... 8

*Cinema Concepts Theatre Service Co. v. Filmack Studios*,
   No. 89 C 0024, 1989 U.S. Dist. LEXIS 5640,
   (N.D. Ill. May 15, 1989) ...................................................................................................... 21

*CNN, L.P. v. GoSMS.com, Inc.*,
   2000 U.S. Dist. LEXIS 16156 (S.D.N.Y. 2000) ..................................................... 21, 22, 23

*Cognotec Servs. v. Morgan Guar. Trust Co.*,
   862 F. Supp. 45 (S.D.N.Y. 1994) ........................................................................................ 25

*ConnectU LLC v. Zuckerberg*,
   482 F. Supp. 2d 3 (D. Mass. 2007) ..................................................................................... 18

*Corbis Corp. v. Amazon.com, Inc.*,
   351 F. Supp. 1090 (W.D. Wash. 2004) ............................................................................... 16

*Demetriades v. Kaufmann*,
   680 F. Supp. 658 (S.D.N.Y. 1988) ...................................................................................... 17

*Dongxiao Yue v. Storage Technology Corporation,
Sun Microsystems, Inc., et al.*,
   Case Number C07-05850-MJJ (the "*STK II*" action) .................................................... passim

*Estelle v. Gamble*,
   429 U.S. 97 (1976) .............................................................................................................. 11

# TABLE OF AUTHORITIES
### (continued)

**Page(s)**

*Galiano v. Harrah's Operating Co.*,
 No. 00-0071, 2004 U.S. Dist. LEXIS 8265
 (E.D. La. May 10, 2004) .................................................................................................. 21

*Goes Litho. Co. v. Banta Corp.*,
 26 F. Supp. 2d 1042 (N.D. Ill. 1998) ................................................................................ 21

*Google, Inc. v. Affinity Engines, Inc.*,
 No. C-05-0598, 2005 U.S. Dist. LEXIS 37369
 (N.D. Cal. Aug. 12, 2005) ................................................................................................ 25

*Gully v. First National Bank*,
 299 U.S. 109 (1936) .......................................................................................................... 18

*In re Elevator Antitrust Litig.*,
 502 F.3d 47 (2d Cir. 2007) ................................................................................................ 19

*In re Neiman*,
 379 B.R. 299 (Bankr. N.D. Ill. 2007) ................................................................................ 12

*Jacobs v. Patent Enforcement Fund, Inc.*,
 230 F.3d 565 (2d Cir. 2000) .............................................................................................. 12

*Jones* and *Ultracashmere House, Ltd. v. Nordstrom, Inc.*,
 123 F.R.D. 435 (S.D.N.Y. 1988) ...................................................................................... 11

*Jones v. Niagara Frontier Transp. Authority*,
 722 F.2d 20, 22 (2d Cir. 1983) ......................................................................... 10, 11, 12, 15

*Kelly v. L.L. Cool J*,
 145 F.R.D. 32 (S.D.N.Y. 1992) ................................................................................... 19, 20

*La Resolana Architects v. Clay Realtors Angel Fire*,
 416 F.3d 1195 (10th Cir. 2005) ........................................................................................ 17

*Lattanzio v. COMTA*,
 481 F.3d 137 (2d Cir. 2007) .............................................................................................. 10

*Literary Works in Electronic Databases Litigation*,
 509 F.3d 116 (2d Cir. 2007) .............................................................................................. 17

*Livnat v. Lavi*,
 1997 U.S. Dist. LEXIS 13633 (S.D.N.Y. 1997) ............................................................... 23

*Loree Rodkin Mgmt. Corp. v. Ross-Simons, Inc.*,
 315 F. Supp. 2d 1053 (C.D. Cal. 2004) ............................................................................ 17

*Lutin v. New Jersey Steel Corp.*,
 Case No. 95-CIV-4965, 1996 U.S. Dist. LEXIS 16340
 (S.D.N.Y. Nov. 1, 1996) ............................................................................................. 11, 13

*Marvullo v. Gruner & Jahr*,
 105 F. Supp. 2d 225 (E.D.N.Y. 2000) ............................................................. 19, 20, 23, 24

*Mercu-Ray Indus., Inc. v. Bristol-Myers, Co.*,
 392 F. Supp. 16 (S.D.N.Y. 1974),
 *aff'd*, 508 F.2d 837 (2d Cir.) ............................................................................................. 11

*Miller v. Cont'l Airlines, Inc.*,
 260 F. Supp. 2d 931 (N.D. Cal. 2003) ................................................................................ 9

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

<mark>

**TABLE OF AUTHORITIES**
(continued)

Page(s)

*Nat'l Independent Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.*,
   748 F.2d 602 (11th Cir. 1984) .................................................................................. 12

*Netbula, LLC v. BindView Development Corporation et al.*,
   Case Number C06-00711-MJJ ............................................................................. passim

*Netbula, LLC v. Greenwich Capital Markets, Inc.*,
   Case Number C06-07143 .................................................................................... 1, 2, 3

*Netbula, LLC v. Storage Technology Corporation,
   Sun Microsystems, Inc., et al.*,
   Case Number C06-07391-MJJ (the "*STK I*" action) ............................................. passim

*Nike, Inc. v. Comercial Iberica de Exclusivas Deportivas, S.A.*,
   20 F.3d 987 (9th Cir. 1994) ...................................................................................... 14

*Palazzo v. Gulf Oil Corp.*,
   764 F.2d 1381 (11th Cir. 1985) ................................................................................ 10

*Parfums Givenchy v. C & C Beauty Sales*,
   832 F. Supp. 1378 (C.D. Cal. 1993) ......................................................................... 24

*Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*,
   494 F.3d 788 (9th Cir. 2007) ......................................................................... 9, 22, 23

*Pridgett v. Andresen*,
   113 F.3d 391 (2d Cir. 1997) ..................................................................................... 10

*Robinson v. Princeton Review, Inc.*,
   1996 WL 663880 (S.D.N.Y. 1996) ........................................................................... 17

*Rowland v. Cal. Men's Colony*,
   506 U.S. 194 (1993) .................................................................................................. 10

*Ryan v. Carl Corp.*,
   1998 U.S. Dist. LEXIS 9012 (N.D. Cal. 1998) ........................................................ 17

*Sallen v. Corinthians Licenciamentos LTDA*,
   273 F.3d 14 (1st Cir. 2001) ...................................................................................... 18

*Sanyo Laser Prods., Inc. v. Royal Ins. Co. of Am.*,
   No. 1:03-CV-1151, 2003 U.S. Dist. LEXIS 20129
   (S.D. Ind. Nov. 7, 2003) .............................................................................................. 9

*Schueneman v. 1st Credit of Am., LLC*,
   Case No. 05-04505-MHP, 2007 U.S. Dist. LEXIS 48981
   (N.D. Cal. July 6, 2007) ............................................................................................ 10

*SmileCare Dental Group v. Delta Dental Plan of Cal., Inc.*,
   88 F.3d 780 (9th Cir. 1996) ........................................................................................ 8

*Transphase Sys. v. Southern California Edison*,
   839 F. Supp. 711 (C.D. Cal. 1993) ........................................................................... 19

*United States v. High Country Broad. Co.*,
   3 F.3d 1244 (9th Cir. 1993) ................................................................................ 10, 12

*Wiesbuch v. County of Los Angeles*,
   119 F.3d 778 (9th Cir. 1997) ...................................................................................... 9

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TABLE OF AUTHORITIES**
**(continued)**

**Page(s)**

**STATUTES**

17 U.S.C. § 410(a) ........................................................................................................... 16, 17

17 U.S.C. § 410(b) ................................................................................................................ 17

17 U.S.C. § 410(d) ................................................................................................................ 17

17 U.S.C. § 411 .................................................................................................................. 16, 17

17 U.S.C. § 411(a) ................................................................................................................ 16

17 U.S.C. § 412 ........................................................................................................... 3, 24, 25

28 U.S.C. § 1359 ................................................................................................................... 14

28 U.S.C. § 1654 ................................................................................................................... 10

**RULES**

Fed. R. Civ. P. 12 ................................................................................................................. 24

Fed. R. Civ. P. 12(b)(1) ......................................................................................................... 1

Fed. R. Civ. P. 12(b)(6) ................................................................................................. 1, 8, 19

Fed. R. Civ. P. 12(f) ............................................................................................................... 1

Fed. R. Civ. P. 17(a) ............................................................................................................... 1

Fed. R. Civ. P. 24 ................................................................................................................. 12

Fed. R. Civ. P. 25 ................................................................................................................. 12

**OTHER AUTHORITIES**

William F. Patry, *Patry on Copyright* § 17-213 (2007) ....................................................... 17

William F. Patry, *Patry on Copyright* § 17-224 to 17-225 (2007) ....................................... 17

William F. Patry, *Patry on Copyright* § 17-226 (2007) ....................................................... 17