1 | LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
2 | JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
3 | ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
4 | LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
5 | FENWICK & WEST LLP
555 California Street, 12th Floor
6 | San Francisco, CA  94104
Telephone:    (415) 875-2300
7 | Facsimile:     (415) 281-1350

8 | Attorneys for Defendants
Chordiant Software, Inc., Derek P. Witte, Steven R.
9 | Springsteel, and specially appearing for Oliver Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE, | Case No.  C-08-00019-MJJ |
| Plaintiff, | |
| v. | **DECLARATION OF DEREK P. WITTE IN SUPPORT OF DEFENDANTS' REPLY REGARDING MOTION TO DISMISS AND STRIKE [FED. R. CIV. P. 12(b)(1), 12(b)(6), 12(f), 17(a)]** |
| CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual, | Judge:   The Honorable Martin J. Jenkins |
| Defendants. | |

I, Derek P. Witte, declare as follows:

1. I am an attorney, Vice President, and General Counsel for Defendant Chordiant Software, Inc. ("Chordiant"). I have personal knowledge of the facts set forth in this declaration, and if called to testify I could and would testify competently to the same.

2. On October 1, 2007, Chordiant received a facsimile that Plaintiff Dongxiao Yue addressed to Steven R. Springsteel, with a cc to me. **Exhibit A** is a true and correct copy of this

1  fax. Mr. Springsteel referred this inquiry to me, and I subsequently responded to Mr. Yue.

2  ///

3  I declare under penalty of perjury that the foregoing is true and correct.

4  Executed in Cupertino, California on March 17, 2008.

/s/ Derek P. Witte
Derek P. Witte

## **ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

/S/ Liwen Mah
Liwen Mah

25689/00405/LIT/1278297.1

REPLY DECLARATION OF DEREK P. WITTE ISO MOTION TO DISMISS      2      C08-00019- MJJ

# Exhibit A

# FAX COVER SHEET

| | |
|---|---|
| TO | CEO Steven R. Springsteel |
| COMPANY | Chordiant Software,. Inc |
| FAX NUMBER | 14085174989 |
| FROM | NETBULA LLC |
| DATE | 2007-10-01 22:44:56 GMT |
| RE | Netbula RPC usage report |

## COVER MESSAGE

Please see attached

October 1, 2007

Steven R. Springsteel
President and CEO
Chordiant Software, Inc.
20400 Stevens Creek Blvd. Suite 400
Cupertino, CA   95014

Dear Mr. Springsteel,

Recently, it has come to my attention that your company, Chordiant Software, Inc. ('Chordiant"), has been distributing Chordiant Marketing Director and potentially other Chordiant software products developed with Netbula RPC SDK (the "relevant Chordiant software") for several years. In August 2007, I requested to contact the person(s) in charge of Chordiant's software licensing to obtain a report on Chordiant's use of Netbula RPC software with the following information: (1) Your customer order number (or any other tracking number you use for the transaction); (2) Installation date; (3) Platform (Such as Windows 2000); (4) Install type (client or server); (5) Number of copies. My request was forwarded to Mr. Derek Witte, Chordiant's in-house counsel. I have not yet received any report as of the time of this letter.

The report I requested is needed to determine the following: (1) the number of Chordiant developers who used the Netbula RPC SDK to create derivative works; (2) whether Chordiant distributed server applications that use Netbula RPC; (3) whether Chordiant developed/distributed applications on unlicensed operating systems; (4) the number of copies of relevant Chordiant software that Chordiant has made or authorized its customers to make and the application type (client or server); (5) whether Chordiant allowed unlimited copying of relevant Chordiant software (which contained Netbula RPC software) by its customers.

Thank you for your cooperation.

Dongxiao Yue, Ph. D.
2777 Alvarado Str
Suite C
San Leandro, CA 94577


cc: Mr. Derek Witte