1   LAURENCE F. PULGRAM (CSB NO. 115163)
    *lpulgram@fenwick.com*
2   JEDEDIAH WAKEFIELD (CSB NO. 178058)
    *jwakefield@fenwick.com*
3   ALBERT L. SIEBER (CSB NO. 233482)
    *asieber@fenwick.com*
4   LIWEN A. MAH (CSB NO. 239033)
    *lmah@fenwick.com*
5   FENWICK & WEST LLP
    555 California Street, 12th Floor
6   San Francisco, CA  94104
    Telephone: (415) 875-2300
7   Facsimile:  (415) 281-1350

8   Attorneys for Defendants
    CHORDIANT SOFTWARE, INC.,
9   DEREK P. WITTE, STEVEN R. SPRINGSTEEL,
    and specially appearing for OLIVER WILSON

10
    **[ADDITIONAL PARTY APPEARS ON**
11  **SIGNATURE PAGE]**

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

16  | | |
    |---|---|
    | DONGXIAO YUE, | Case No.  C-08-00019-MJJ |
    | Plaintiff, | **STIPULATION AND [PROPOSED]** |
    | v. | **ORDER CONTINUING VARIOUS MOTIONS** |
    | CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual, | |
    | Defendant. | |

STIPULATION AND [PROPOSED]                                    C-07-05850-MJJ
ORDER RE VARIOUS MOTIONS

1  WHEREAS, Plaintiff Dongxiao Yue ("Plaintiff") has filed three motions in the related case of *Yue v. Storage Technology Corp.*, C-07-5850-MJJ (N.D. Cal.) ("*Yue-STK*"), a Motion for Disqualification of Assigned Judge ("*Yue-STK* Motion for Disqualification of Judge") [*Yue-STK* Docket No. 58], a Motion to Disqualify Opposing Counsel ("*Yue-STK* Motion to Disqualify Opposing Counsel"), and a Motion for Relief from Judgment Pursuant to Rule 60(b) ("*Yue-STK* Motion for Relief from Judgment");

WHEREAS, Plaintiff has noticed a hearing date of April 30, 2008 on both the *Yue-STK* Motion to Disqualify Opposing Counsel and the *Yue-STK* Motion for Relief from Judgment, and such hearing dates have not been vacated by the Court;

WHEREAS, Plaintiff has also filed two motions in this action ("*Chordiant*"), a Motion for Disqualification of Assigned Judge ("*Chordiant* Motion for Disqualification of Judge") [*Chordiant* Docket No. 37] and a Motion to Disqualify Opposing Counsel ("*Chordiant* Motion to Disqualify Opposing Counsel") [*Chordiant* Docket No. 32];

WHEREAS, Plaintiff originally noticed for a hearing date of April 22, 2008 on the *Chordiant* Motion to Disqualify Opposing Counsel, which hearing date was subsequently vacated by the Court [*Chordiant* Docket No. 36];

WHEREAS, on March 18, 2008, Defendants in *Yue-STK* (Sun Microsystems, Inc., Michael Melnick, Julie DeCecco, Michael Abramovitz, Lisa Rady and Jonathan Schwartz) filed a Motion for Attorneys' Fees and Costs in this action ("*Yue-STK* Motion for Attorneys' Fees") [*Yue-STK* Docket No. 53], noticing a hearing date of April 22, 2008;

WHEREAS, on March 24, 2008, the *Yue-STK* Motion for Attorneys' Fees was referred to Magistrate Judge Laporte for hearing on the originally-scheduled date of April 22, 2008 [*Yue-STK* Docket No. 60];

WHEREAS, the parties in this action believe that the interests of judicial economy are better served by continuing the hearing on the *Yue-STK* Motion for Attorneys' Fees until after the hearing on the *Yue-STK* Motion to Disqualify Opposing Counsel and the *Yue-STK* Motion for Relief from Judgment;

WHEREAS, the parties in this action believe that the interests of judicial economy are

STIPULATION AND [PROPOSED] ORDER RE VARIOUS MOTIONS    2    C-07-05850-MJJ

1  better served by consolidating the hearings on the *Yue-STK* Motion to Disqualify Opposing
2  Counsel and the *Chordiant* Motion to Disqualify Opposing Counsel;

3    IT IS THEREFORE STIPULATED AND AGREED by the parties, subject to the Court's
4  approval, that the hearing on the *Yue-STK* Motion for Attorneys' Fees, currently scheduled for
5  April 22, 2008, will be continued to a date after the hearings on the *Yue-STK* Motion to
6  Disqualify Opposing Counsel and the *Yue-STK* Motion for Relief from Judgment, or if the *Yue-*
7  *STK* Motion for Relief from Judgment is referred to Magistrate Judge Laporte, concurrently with
8  hearing on the *Yue-STK* Motion for Relief from Judgment;

9    IT IS FURTHER STIPULATED AND AGREED by the parties, subject to the Court's
10  approval, that the hearing on the *Chordiant* Motion to Disqualify Opposing Counsel is continued
11  until the date of the hearing on *Yue-STK* Motion to Disqualify Opposing Counsel, currently
12  scheduled for April 30, 2008;

13    IT IS FURTHER STIPULATED AND AGREED by the parties, subject to the Court's
14  approval, that the oppositions and replies, if any, to the *Chordiant* Motion to Disqualify Opposing
15  Counsel will be based on the April 30, 2008 hearing date currently set for the *Yue-STK* Motion to
16  Disqualify Opposing Counsel, or such later dates as the Court may set.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED]
ORDER RE VARIOUS MOTIONS         3                            C-07-05850-MJJ

Respectfully,

Dated: March 31, 2008                    FENWICK & WEST LLP


By:  /s/ JEDEDIAH WAKEFIELD
                Jedediah Wakefield

Attorneys for Named Defendants SUN MICROSYSTEMS, INC., MICHAEL MELNICK, JULIE DECECCO, MICHAEL P. ABRAMOVITZ, LISA K. RADY, and JONATHAN SCHWARTZ


Dated: March 31, 2008                    By:         /S/  DONGXIAO YUE
                                                      Dongxiao Yue

                                         Plaintiff


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____      _____

                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE VARIOUS MOTIONS            4                              C-08-00019-MJJ

## **ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

                                              /S/ JEDEDIAH WAKEFIELD
                                                Jedediah Wakefield

26257/00401/LIT/1283035.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO