LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
DEREK P. WITTE, STEVEN R. SPRINGSTEEL,
and specially appearing for OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>        Plaintiff,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>        Defendant. | Case No.  C-08-00019-MJJ<br><br>**DECLARATION OF JEDEDIAH WAKEFIELD STIPULATION AND PROPOSED ORDER CONTINUING VARIOUS MOTIONS** |

I, Jedediah Wakefield, declare as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for named Defendants Sun Microsystems, Inc., Storage Technology Corporation, Michael Melnick, Julie DeCecco, Michael P. Abramovitz, Lisa K. Rady, and Jonathan Schwartz ("*Yue-STK* Defendants") in *Yue v. Storage Technology Corp.*, 07-05850-MJJ (N.D. Cal.) ("*Yue-STK*"), and named Defendants Chordiant Software, Inc., Derek Witte, Steven Springsteel and Oliver Wilson ("*Chordiant* Defendants") in *Yue v. Chordiant Software, Inc.*, 08-00019-MJJ (N.D. Cal.) ("*Chordiant*"). I submit this declaration pursuant to Civil Local Rule 6-2(a). I have personal knowledge of the facts set forth in this declaration, and if called to testify I could and would testify competently to the same.

2. After conferring with Dongxiao Yue ("Plaintiff"), named plaintiff in both *Yue-STK* and *Chordiant*, and in light of the several motions pending in both actions, we have stipulated to continue various hearing dates to maximize judicial economy and efficiency.

3. There have been two previous extensions of time in the *Chordiant* matter: (1) an order permitting the *Chordiant* Defendants to file a response within 20 days of the last date of service of the summons of the complaint on named defendants Derek Witte, Steven Springsteel, and Oliver Wilson [*Chordiant* Docket No. 16], and (2) an order pursuant to stipulation memorializing a agreed-upon deadline of February 25, 2008 for all *Chordiant* Defendants to file a response [*Chordiant* Docket No. 19]. The *Chordiant* Defendants subsequently filed a motion to dismiss and to strike, hearing on which has been vacated by the Court pending reassignment.

4. There have also been two previous extensions of time in the *Yue-STK* matter: (1) on December 14, 2007, the Court ordered that no responsive pleading would be due until such time as the Court set a date at the upcoming status conference [*Yue-STK* Docket No. 41], and (2) an order pursuant to stipulation continuing a Case Management Conference scheduled for February 12, 2008. The *Yue-STK* Defendants subsequently filed a motion to dismiss, which was granted and judgment entered thereon.

5. It is not anticipated that these proposed scheduling changes will affect the overall schedule in either the *Chordiant* or *Yue-STK* cases. There is no trial date set in the *Chordiant* or

WAKEFIELD DECL. ISO STIPULATION            3            C-08-00019-MJJ

1  *Yue-STK* matters.  Judgment has been entered in the *Yue-STK* matter, and there are motions to
2  dismiss and strike pending (but with no current hearing dates) in the *Chordiant* case.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed in San Francisco on March 31, 2008.

6      /s/  JEDEDIAH WAKEFIELD
7      Jedediah Wakefield

9  26257/00401/LIT/1283054.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WAKEFIELD DECL. ISO STIPULATION     3     C-08-00019-MJJ