LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
DEREK P. WITTE, STEVEN R. SPRINGSTEEL,
and specially appearing for OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>             Plaintiff,<br><br>      v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>             Defendants. | Case No. C-08-0019-JW<br><br>**DEFENDANTS' AMENDED NOTICE MOTION TO DISMISS AND STRIKE [FED. R. CIV. P. 12(b)(1), 12(b)(6), 12(f), 17(a)]**<br><br>Date:  Monday, June 9, 2008<br>Time:  9:00 A.M.<br>Dept:  8, 4th Floor<br>Judge: Honorable James Ware |

TO PLAINTIFF DONGXIAO YUE, appearing *pro se*:

NOTICE IS HEREBY GIVEN that on June 9, 2008 at 9:00 A.M., or as soon thereafter as this matter may be heard, in the United States District Court for the Northern District of California (San Jose Division), located at 280 S. First Street, San Jose, California, in the courtroom of the Honorable James Ware, Defendants Chordiant Software, Inc. ("Chordiant"),

1  Derek P. Witte, Steven R. Springsteel, and Oliver Wilson (collectively "Defendants") will and

2  hereby do move the Court,

3      (a) pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6) and/or 17(a), to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, and

4      (b) pursuant to Federal Rule of Civil Procedure 12(f), to strike Plaintiff's prayers for attorneys' fees and statutory damages (and, if it does not dismiss the Complaint entirely, to strike Plaintiff's claims based on Plaintiff's unregistered copyright and the copyright assigned by his LLC), on the grounds that such claims are untenable as a matter of law.

This motion is based upon this Notice of Motion, the Motion and Memorandum of Points and Authorities filed February 26, 2008 [Docket No. 29], the accompanying Request for Judicial Notice [Docket No. 27], Declaration of Derek P. Witte [Docket No. 25], pleadings and other papers on file in this action, and other oral or written submissions as the Court may entertain.

Dated: April 17, 2008                    FENWICK & WEST LLP

By:    /S/ JEDEDIAH WAKEFIELD
        Jedediah Wakefield

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
DEREK P. WITTE, STEVEN R. SPRINGSTEEL,
and specially appearing for OLIVER WILSON

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Bank of America Building, 555 California, Suite 1200, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

**DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS AND STRIKE [FED.R.CIV.P. 12(b)(1), 12(b)(6), 12(f), 17(a)]**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Dongxiao Yue                              *Pro Se*
2777 Alvarado Street, Suite C
San Leandro, CA  94577
Telephone: 510.396.0012
Facsimile: 510.291.2237
Email: ydx@netbula.com

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

[X] **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: April 17, 2008                    _____/s/  REBA WILLIAMS-JONES_____
                                                         Reba Williams-Jones

26257/00401/LIT/1283838.1