LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys Appearing Specially for
Defendant Oliver Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>　　　　　Defendants. | Case No. C-08-0019-JW<br><br>**DEFENDANT OLIVER WILSON'S AMENDED NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**[FED. R. CIV. P. 12(b)(2)]**<br><br>Date:　　　　Monday, June 9, 2008<br>Time:　　　　9:00 A.M.<br>Courtroom:　8, 4th Floor<br>Judge:　　　Honorable James Ware |

TO PLAINTIFF DONGXIAO YUE, appearing *pro se*:

NOTICE IS HEREBY GIVEN that on June 9, 2008 at 9:00 A.M., or as soon thereafter as this matter may be heard, in the United States District Court for the Northern District of California (San Jose Division), located at 280 S. First Street, San Jose, California, in the courtroom of the Honorable James Ware, Defendant Oliver Wilson will, and hereby does, move this Court for entry of an Order dismissing the claims against him pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. This motion is based upon this Notice

1  of Motion, the Motion and Memorandum of Points and Authorities filed on February 25, 2008
2  [Docket No. 20], the Declarations of Oliver Wilson [Docket No. 22] and Derek P. Witte [Docket
3  No. 23], such other oral or written submissions as the Court shall entertain, and upon the papers
4  and pleadings filed in this action.

5  Dated: April 17, 2008                    FENWICK & WEST LLP

7                                            By  /S/ JEDEDIAH WAKEFIELD
8                                                Jedediah Wakefield

9                                            Attorneys Appearing Specially for
                                             Defendant Oliver Wilson

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDED NOTICE OF MOTION OF
WILSON'S RULE 12(B)(2) MOTION TO           -2-                    CASE NO. C-08-0019-JW
DISMISS

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Bank of America Building, 555 California, Suite 1200, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

**DEFENDANT OLIVER WILSON'S AMENDED NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [FED. R. CIV. P. 12(b)(2)]**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Dongxiao Yue                    *Pro Se*
2777 Alvarado Street, Suite C
San Leandro, CA  94577
Telephone: 510.396.0012
Facsimile: 510.291.2237
Email: ydx@netbula.com

☒ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: April 17, 2008                    /s/  REBA WILLIAMS-JONES
                                        Reba Williams-Jones

26257/00401/LIT/1283837.1

| AMENDED NOTICE OF MOTION OF WILSON'S RULE 12(B)(2) MOTION TO DISMISS | -3- | CASE NO. C-08-0019-JW |
|---|---|---|

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO