UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE, | No. C 08-00019 JW |
| Plaintiff(s), | |
| v. | |
| CHORDIANT SOFTWARE, INC., ET AL, | |
| Defendant(s). | |
| YUE | |
| Plaintiff(s), | No. C 07-05850 JW |
| v. | CLERK'S NOTICE CONTINUING MOTIONS FOR HEARING |
| STORAGE CRAFT TECHNOLOGY CORPORATION INC, ET AL | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following:

1. In C 07-05850 JW and C 08-0019 JW, Plaintiff's Motion to disqualify defense counsel Fenwick & West, LLP and Laurence Pulgram and

2. In C 08-0019 JW, Defendant Oliver Wilson's Motion to Dismiss for Lack of Personal Jurisdiction and Defendant Chordiant Software Inc and Derek P. Witte, Steven R. Springsteel, Oliver Wilson's Motion to Dismiss or Motion to Strike before Judge James Ware previously noticed for June 9, 2008 at 9:00 AM has been reset to **June 23, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: April 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:     /s/
Elizabeth Garcia
Courtroom Deputy