UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE, | No. C 08-00019 JW |
| Plaintiff(s), | |
| v. | |
| CHORDIANT SOFTWARE, INC., ET AL, | |
| Defendant(s). | |
| YUE | |
| Plaintiff(s), | No. C 07-05850 JW |
| v. | SECOND CLERK'S NOTICE CONTINUING MOTIONS FOR HEARING |
| STORAGE CRAFT TECHNOLOGY CORPORATION INC, ET AL | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following:

1. In C 07-05850 JW and C 08-0019 JW, Plaintiff's Motion to disqualify defense counsel Fenwick & West, LLP and Laurence Pulgram and

2. In C 08-0019 JW, Defendant Oliver Wilson's Motion to Dismiss for Lack of Personal Jurisdiction and Defendant Chordiant Software Inc and Derek P. Witte, Steven R. Springsteel, Oliver Wilson's Motion to Dismiss or Motion to Strike before Judge James Ware previously noticed for June 9, 2008 at 9:00 AM has been reset to **July 7, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

    The Court notes that the Plaintiff's Motion for Relief from Judgment in C 07-05850 JW has not be renoticed to be heard before Judge Ware. If Plaintiff intends to renotice this motion before Judge Ware on the July 7, 2008 hearing date, the motion should be refiled in accordance to the Local Rules of Civil Procedure.

Dated: April 21, 2008

                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk
                                              by:     /s/
                                              Elizabeth Garcia
                                              Courtroom Deputy