LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
DEREK P. WITTE, STEVEN R. SPRINGSTEEL,
and specially appearing for OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>    Defendants. | Case No. C-08-0019-MJJ<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effectively immediately Albert L. Sieber should be removed from the e-mail notification as he is no longer with the firm of Fenwick & West LLP and, in his place, Laurence F. Pulgram will act as attorney of record.

///

///

///

NOTICE OF CHANGE IN COUNSEL        -1-        CASE NO. C-08-0019-MJJ

| | |
|---|---|
| Dated: May 8, 2008 | FENWICK & WEST LLP |
| | By: /s/ Lawrence F. Pulgram<br>    LAWRENCE F. PULGRAM |
| | Attorneys for Defendants<br>CHORDIANT SOFTWARE, INC.,<br>DEREK P. WITTE, STEVEN R.<br>SPRINGSTEEL, and specially appearing for<br>OLIVER WILSON |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF CHANGE IN COUNSEL        -2-        CASE NO. C-08-0019-MJJ