LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Named Defendants
SUN MICROSYSTEMS, INC.,
MICHAEL MELNICK, JULIE DECECCO,
MICHAEL P. ABRAMOVITZ, LISA K. RADY,
JONATHAN SCHWARTZ, CHORDIANT
SOFTWARE, INC., DEREK P. WITTE,
STEVEN R. SPRINGSTEEL, and OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>             Plaintiff,<br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>             Defendants.<br><br>DONGXIAO YUE,<br><br>             Plaintiff,<br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>             Defendants. | Case No. C-07-05850-JW and<br>Case No. C-08-00019-JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CONSOLIDATED SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTIONS TO DISQUALIFY DEFENDANTS' COUNSEL**<br><br>Date:         June 30, 2008<br>Time:        9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:       Honorable James Ware |

1 | The Court having reviewed Defendants' Motion for Administrative Relief to File a
Consolidated Supplemental Brief, and the supporting declarations of Jedediah Wakefield, Laurence Pulgram, Connie Ellerbach, and Claude Stern, in Opposition to Plaintiff's motions to disqualify Defendants' counsel, and good cause appearing, the Court hereby

1. GRANTS Defendants' Motion for Administrative Relief to File the Supplemental Brief and supporting declarations, such papers to be filed by June __, 2008.

IT IS SO ORDERED.

Dated: _____, 2008        _____
                                                                Honorable James Ware
                                          Judge of the United States District Court

25689/00405/LIT/1286025.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING LEAVE  
TO FILE SUPPLEMENTAL BRIEF

CASE NO. C-07-05850-JW and  
CASE NO. C-08-00019-JW