1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
   Telephone:    (510) 396-0012
3  Facsimile:    (510) 291-2237
   E-Mail:    ydx@netbula.com
4
5  *Pro Se*

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
   DONGXIAO YUE,                          Case Nos. C07-05850-JW and
11                                                   C08-0019-JW
                  Plaintiff,
12                                         **DECLARATION OF DONGXIAO YUE IN**
         v.                                **SUPPORT OF ADMINISTRATIVE**
13                                         **MOTION TO COMPEL DEPOSITIONS**
                                           **OF DECLARANTS AND IN OPPOSITION**
14 Storage Technology Corporation, et al., **TO DEFENSE COUNSEL'S MOTION TO**
                                           **FILE SUPPLEMENTAL BRIEF**
15                Defendants.
   ------------------------------------------
16
   DONGXIAO YUE,                          Dept: 8, 4th Floor
17                                         Judge: Honorable James Ware
                  Plaintiff,
18
         v.
19
20 Chordiant Software, Inc., et al.,

21

22
23 I, DONGXIAO YUE, declare:

24 1.       I am the *pro se* plaintiff in the above captioned cases. I make this declaration in support

25 of the motion for an order to depose Claude M. Stern, Jedediah Wakefield, Connie L. Ellerbach

26
                                          -1-
27
   Case Nos. C07-05850-JW, C08-0019-JW              DECLARATION  IN SUPPORT OF MOTION
28                                                             TO ORDER DEPOSITIONS

1  and Laurence Pulgram, and in opposition to defendants' motion for leave to file a supplemental

2  brief on Plaintiff's motion to disqualify defense counsel.

3  2.        I have personal knowledge of the facts I am about to state and, if called on to do so, I

4  could competently testify to those facts.

5

6  3.        On April 24, 2008, after defense counsel indicated to me that they intended to file a

7  supplemental brief in opposition to Plaintiff's motion to disqualify Fenwick & West, LLP and

8  Laurence Pulgram, in email and voice-to-voice communications with defense counsel (Messrs.

9  Wakefield, Pulgram and Mah) that day, I asked defense counsel to give me the copy of their brief

10  "for review sooner."

11  4.        In the Joint Case Management Conference Statements filed on April 25, 2008, I stated:

12

13          Yue has requested Defense counsel to provide him a copy of such
            supplemental brief. If the Court allows such supplemental brief by
14          defense counsel to be filed, Plaintiff requests that he be given the
            opportunity to file further response.

15  See Docket No. 90 of the *Yue v. StorageTek* case, p.8:7-10.

16

17  5.        On June 2, 2008, I received an email from defense counsel with a draft of their

18  supplemental brief and request for stipulation to file it. But, defense counsel failed to attach the

19  exhibits and declarations to the supplemental brief. I only received the brief itself.

20  6.        I then requested the exhibits by email: "Dear Mr. Wakefield, Please send me the exhibits

21  for your supplemental brief."

22  7.        Defense counsel did not respond to my request for the exhibits, but filed the "Consolidated

23  Motion for Administrative Relief for Leave to File Defendants' Supplemental Brief In Opposition

24  to Motions to Disqualify Defense Counsel" with five attachments, including declarations from

25  Claude M. Stern, Jedediah Wakefield, Connie Ellerbach and Laurence Pulgram.

26                                                    -2-

27

28  Case Nos. C07-05850-JW, C08-0019-JW          DECLARATION IN SUPPORT OF MOTION
                                                  TO ORDER DEPOSITIONS

8    Previously, I requested Fenwick to provide information on the Claude M. Stern files, many times. On June 2, 2008, I asked Mr. Wakefield to provide me a list of cases in which he worked with Claude M. Stern, the Early Neutral in the *Netbula v. Distinct* dispute.  Mr. Wakefield refused to provide me the information in his email response.

9    I then requested to cross-examine the declarants supporting defense counsel's supplemental brief. On June 4, 2008, I sent four deposition notices to Claude M. Stern, Jedediah Wakefield, Connie L. Ellerbach and Laurence F. Pulgram. Attached Exhibit A is the set of deposition notices.

10.    Along with the deposition notices, I proposed, by email and fax, the following:

> Plaintiff will not oppose your June 3 administrative motion for leave to file supplemental brief under the following two conditions:
>
> 1)    Plaintiff is allowed to file a reply to your supplemental brief; and
>
> 2)    Depositions of Wakefield, Stern, Pulgram and Ellerbach are taken at least three days before Plaintiff's response to your supplemental brief is due.
>
> As for the location of the depositions, for your convenience, I can go to your San Francisco office.  Since I do not expect the depositions to take long, we can arrange to have at least two depositions taken per day. You may also take my deposition, as long as you focus on the facts relevant to the disqualification motion.

11.    I also informed defense counsel the following, by email:

> If I do not receive response to my depo notices by 10:00AM today (Friday, June 6, 2008), then I assume that you decline to have the depositions taken, and I will
> 1) File an administrative motion to have the depositions ordered;
> 2) Oppose your administrative motion for leave to file supplemental brief.

-3-

1   12.    On June 6, 2008, in response to my proposal, Mr. Wakefield wrote: "the short answer to

2   your proposal is: no."

3   13.    Attached Exhibit B is the true print out the email communications referenced above.

4
5   14.    I have sound reasons to believe that defense counsel made false or misleading factual

6   representations to the Court in their proposed supplemental brief and declarations in order to avoid

7   being disqualified.

8          I declare under penalty of perjury of the laws of the State of California and the federal laws

9   that forgoing declaration is true and correct to the best of my knowledge. This declaration was

10  executed in San Leandro, California, on June 6, 2008.

11

12

13                                                DONGXIAO YUE

14

15

16

17

18

19

20

21

22

23

24

25

26                                      -4-

27  Case Nos. C07-05850-JW, C08-0019-JW          DECLARATION IN SUPPORT OF MOTION
                                                 TO ORDER DEPOSITIONS
28

# EXHIBIT A

# FAX COVER SHEET

| TO | DONGXIAO YUE |
|---|---|
| COMPANY | |
| FAX NUMBER | 15102912237 |
| FROM | DONGXIAO YUE |
| DATE | 2008-06-04 19:18:48 GMT |
| RE | DEPO NOTICES FOR PULGRAM AND ELLERBACH |

## COVER MESSAGE

Dear Counsel,

Please see the attached deposition notices.

Plaintiff will not oppose your June 3 administrative motion for leave to file supplemental brief under the following two conditions:

1) Plaintiff is allowed to file a reply to your supplemental brief; and

2) Depositions of Wakefield, Stern, Pulgram and Ellerbach are taken at least three days before Plaintiff's response to your supplemental brief is due.

As for the location of the depositions, for your convenience, I can go to your San Francisco office.  Since I do not expect the depositions to take long, we can arrange to have at least two depositions taken per day. You may also take my deposition, as long as you focus on the facts relevant to the disqualification motion.

Sincerely,

Dongxiao Yue

DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone:    (510) 396-0012
Facsimile:    (510) 291-2237
E-Mail:    ydx@netbula.com

*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>Storage Technology Corporation, et al.,<br><br>Defendants.<br>-------------------------------------------------<br>DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>Chordiant Software, Inc., et al., | Case Nos. C07-05850-JW<br>C08-0019-JW<br><br>**PLAINTIFF'S NOTICE OF DEPOSITION FOR CLAUDE M. STERN** |

**TO CLAUDE M. STERN AND HIS COUNSEL OF RECORD:**

Plaintiff Dongxiao Yue, *pro se*, will take deposition upon oral examination of **CLAUDE M. STERN.**

**DEPONENT'S ADDRESS:**

-1-

Case Nos. C07-05850-JW, C08-0019-JW

1   c/o Fenwick & West LLP
    555 California Street, Suite 1200
2   San Francisco, CA 94104

3

4   **LOCATION OF DEPOSITION**:

5   2777 ALVARADO STR

6   SAN LEANDRO, CA 94577

7   **TOPICS OF DEPOSITION**

8   1) Deponent's knowledge of the *Netbula v. Distinct* dispute, the Early Neutral Evaluation,

9      and sharing of documents and or information regarding the same;

10  2) Facts alleged in deponent's declaration or other submissions to the U.S. District Court

11     in opposition to Plaintiff's motion to disqualify Fenwick & West, LLP.

12

13  **DATE AND TIME**: TO BE DETERMINED

14  The deposition will take place at the time and place indicated above and will continue

15  thereafter until it's completed. The disposition will be taken before a notary public or other office

16  authorized by law to administer oaths, and will be recorded by stenographic and video graphic

17  means.

18

19

20  Dated:   June 3, 2008

21

22  By:  _/s/_____

23       DONGXIAO YUE
         *Pro Se* Plaintiffs

24

25

26
                                    -2-
27
    Case Nos. C07-05850-JW, C08-0019-JW
28

1    DONGXIAO YUE
     2777 ALVARADO ST., SUITE C
2    SAN LEANDRO, CA 94577
     Telephone:    (510) 396-0012
3    Facsimile:    (510) 291-2237
4    E-Mail:    ydx@netbula.com

5    *Pro Se*

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10   DONGXIAO YUE,                          Case Nos. C07-05850-JW
                                                      C08-0019-JW
11                    Plaintiff,
                                            **PLAINTIFF'S NOTICE OF DEPOSITION
12          v.                              FOR JEDEDIAH WAKEFIELD**

13
14   Storage Technology Corporation, et al.,

15                    Defendants.
16   ------------------------------------------------
     DONGXIAO YUE,
17
                      Plaintiff,
18
19          v.
20   Chordiant Software, Inc., et al.,

21

22

23   **TO JEDEDIAH WAKEFIELD AND HIS COUNSEL OF RECORD:**

24          Plaintiff Dongxiao Yue, *pro se*, will take deposition upon oral examination of **Jedediah**

25   **Wakefield.**

26

27                                          -1-

28   Case Nos. C07-05850-JW, C08-0019-JW

**DEPONENT'S ADDRESS:**
c/o Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104

**LOCATION OF DEPOSITION:**

2777 ALVARADO STR

SAN LEANDRO, CA 94577

**TOPICS OF DEPOSITION**

1) Deponent's knowledge of the *Netbula v. Distinct* dispute, the Early Neutral Evaluation, and sharing of documents and or information regarding the same;

2) Facts alleged in deponent's declaration or other submissions to the U.S. District Court in opposition to Plaintiff's motion to disqualify Fenwick & West, LLP.

**DATE AND TIME:** TO BE DETERMINED

The deposition will take place at the time and place indicated above and will continue thereafter until it's completed. The disposition will be taken before a notary public or other office authorized by law to administer oaths, and will be recorded by stenographic and video graphic means.

Dated:   June 3, 2008

By:   _____
DONGXIAO YUE
*Pro Se* Plaintiffs

-2-

Case Nos. C07-05850-JW, C08-0019-JW

Case Nos. C08-0019-JW, C07-05850-JW (N.D. Cal)

Dongxiao Yue v. Chordiant Software, Inc., et al.
Dongxiao Yue v. Storage Technology Corp., et al.

## CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On June 4, 2008, I caused a copy of the following documents described as:

1) PLAINTIFF'S NOTICE OF DEPOSITION FOR JED WAKEFIELD

2) PLAINTIFF'S NOTICE OF DEPOSITION FOR CLAUDE M. STERN

to be served on all interested parties in said cause, by delivering a true copy as follows:

____ **(By Mail)**    By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

X    **(By E-Mail)**    By emailing the document(s) listed above in PDF format to the attorneys listed below pursuant to an agreement to service by email:

"Laurence Pulgram" <LPulgram@Fenwick.com>, "Jedediah Wakefield" <JWakefield@Fenwick.com>, "Liwen Mah" <LMah@fenwick.com>

And by FAX TO JED WAKEFIELD at (415) 281-1350

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 4, 2008, at San Leandro, California.

Dongxiao Yue

1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
   Telephone:    (510) 396-0012
3  Facsimile:    (510) 291-2237
   E-Mail:    ydx@netbula.com
4
5  *Pro Se*

6

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 DONGXIAO YUE,                        Case Nos. C07-05850-JW
11                                                C08-0019-JW
               Plaintiff,
12                                      **PLAINTIFF'S  NOTICE OF DEPOSITION**
          v.                            **FOR CONNIE L. ELLERBACH**
13
14 Storage Technology Corporation, et al.,

15               Defendants.
16 ----------------------------------------------
   DONGXIAO YUE,
17
               Plaintiff,
18
          v.
19
20 Chordiant Software, Inc., et al.,

21

22

23 **TO CONNIE L. ELLERBACH AND HER COUNSEL OF RECORD:**
   Plaintiff Dongxiao Yue, *pro se*, will take deposition upon oral examination of CONNIE L.
24 **ELLERBACH.**

25    **DEPONENT'S ADDRESS:**
      Fenwick & West LLP
26    555 California Street, Suite 1200
27                                    -1-

28 Case Nos. C07-05850-JW, C08-0019-JW

San Francisco, CA 94104

**LOCATION OF DEPOSITION:**

2777 ALVARADO STR

SAN LEANDRO, CA 94577

**TOPICS OF DEPOSITION**

1) Deponent's knowledge of the *Netbula v. Distinct* dispute, the Early Neutral Evaluation, and sharing of documents and or information regarding the same;

2) Facts alleged in deponent's declaration and Fenwick & West, LLP's submissions to the U.S. District Court in opposition to Plaintiff's motion to disqualify Fenwick & West, LLP.

**DATE AND TIME:** TBD, BUT BEFORE PLAINTIFF'S RESPONSE TO FENWICK WEST'S SUPPLEMENTAL OPPOSITION TO THE MOTION TO DISQUALIFY FENWICK & WEST LLP

The deposition will take place at the time and place indicated above and will continue thereafter until it's completed. The disposition will be taken before a notary public or other office authorized by law to administer oaths, and will be recorded by stenographic and video graphic means.

Dated:   June 4, 2008

By:   _____

DONGXIAO YUE

*Pro Se* Plaintiffs

-2-

Case Nos. C07-05850-JW, C08-0019-JW

DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone:    (510) 396-0012
Facsimile:    (510) 291-2237
E-Mail:    ydx@netbula.com

*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>        Plaintiff,<br><br>    v.<br><br>Storage Technology Corporation, et al.,<br><br>        Defendants.<br>------------------------------------------------<br>DONGXIAO YUE,<br><br>        Plaintiff,<br><br>    v.<br><br>Chordiant Software, Inc., et al., | Case Nos. C07-05850-JW<br>           C08-0019-JW<br><br>**PLAINTIFF'S  NOTICE OF DEPOSITION<br>FOR LAURENCE F. PULGRAM** |

**TO LAURENCE F. PULGRAM AND HIS COUNSEL OF RECORD:**

Plaintiff Dongxiao Yue, *pro se*, will take deposition upon oral examination of **LAURENCE F. PULGRAM.**

    **DEPONENT'S ADDRESS:**

-1-

Case Nos. C07-05850-JW, C08-0019-JW

c/o Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104

**LOCATION OF DEPOSITION:**

2777 ALVARADO STR

SAN LEANDRO, CA 94577

**TOPICS OF DEPOSITION**

1)  Deponent's knowledge of the *Netbula v. Distinct* dispute, the Early Neutral Evaluation, and sharing of documents and or information regarding the same;

2)  Facts alleged in deponent's declaration and Fenwick & West, LLP's submissions to the U.S. District Court in opposition to Plaintiff's motion to disqualify Fenwick & West, LLP.

   **DATE AND TIME:**  TBD, BUT BEFORE PLAINTIFF'S RESPONSE TO FENWICK WEST'S SUPPLEMENTAL OPPOSITION TO THE MOTION TO DISQUALIFY FENWICK & WEST LLP

   The deposition will take place at the time and place indicated above and will continue thereafter until it's completed. The disposition will be taken before a notary public or other office authorized by law to administer oaths, and will be recorded by stenographic and video graphic means.

Dated:   June 4, 2008

By:        /s/

                  DONGXIAO YUE
                  *Pro Se* Plaintiffs

-2-

Case Nos. C07-05850-JW, C08-0019-JW

Case Nos. C08-0019-JW, C07-05850-JW (N.D. Cal)

Dongxiao Yue v. Chordiant Software, Inc., et al.
Dongxiao Yue v. Storage Technology Corp., et al.

## <u>CERTIFICATE OF SERVICE</u>

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On June 4, 2008, I caused a copy of the following documents described as:

1) PLAINTIFF'S NOTICE OF DEPOSITION FOR LAURENCE PULGRAM

2) PLAINTIFF'S NOTICE OF DEPOSITION FOR CONNIE ELLERBACH

to be served on all interested parties in said cause, by delivering a true copy as follows:

___    **(By Mail)**    By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

<u>X</u>    **(By E-Mail)**    By emailing the document(s) listed above in PDF format to the attorneys listed below pursuant to an agreement to service by email:

"Laurence Pulgram" <<u>LPulgram@Fenwick.com</u>>, "Jedediah Wakefield" <<u>JWakefield@Fenwick.com</u>>, "Liwen Mah" <<u>LMah@fenwick.com</u>>

And by FAX TO JED WAKEFIELD at (415) 281-1350

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 4, 2008, at San Leandro, California.

Dongxiao Yue

# EXHIBIT B

**Date:**  3 Jun 2008 23:16:57 -0000

**CC:**  ydx@netbula.com, "Laurence Pulgram" <LPulgram@Fenwick.com>, "Liwen Mah" <LMah@fenwick.com>

**Subject:**  Re: Supplemental Opposition -- Exhibits

**To:**  "Jedediah Wakefield" <JWakefield@Fenwick.com>

**From:**  ydx@netbula.com

Dear Mr. Wakefield,

Please send me the exhibits for your supplemental brief.

Sincerely,

Dongxiao Yue

-----------------------
"Jedediah Wakefield" <JWakefield@Fenwick.com>:

Dear Dr.
Yue:

Attached is a draft
of Defendants' Consolidated Supplemental Opposition to your motions for

disqualification of counsel in the STK II and Chordiant cases.  Please
advise if you will stipulate to its being filed.  We intend to file
the request that the Court consider this supplemental brief
tomorrow.

Sincerely,

Jed
Wakefield


*******************************
Jedediah Wakefield
Fenwick & West LLP
555 California Street, 12th
Floor
San Francisco, CA 94104
phone: 415.875.2331
fax: 415.281.1350
email: jwakefield@fenwick.com

-------------------------------------------

IRS Circular 230  Disclosure:  To ensure compliance with requirements
 imposed by the IRS, we inform you that any U.S. federal tax advice in
 this communication (including attachments) is not intended or written by
 Fenwick & West LLP to be used, and cannot be used, for the purpose of
 (i) avoiding penalties under the Internal Revenue Code or (ii)
 promoting, marketing, or recommending to another party any transaction or matter
 addressed herein.

-------------------------------------------
ATTENTION:
The information contained in this message may be legally privileged and
 confidential.  It is intended to be read only by the individual or
 entity to whom it is addressed or by their designee. If the reader of this
 message is not the intended recipient, you are on notice that any
 distribution of this message, in any form, is strictly prohibited.

If you have received this message in error, please immediately notify
 the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and
 delete or destroy any copy of this message.

Attachment:
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Attachment: Supplemental Opp to Motion for
 Disqualification.pdfSupplemental Opp to Motion for Disqualification.pdf
Content-Type: application/octet-stream;
        name="Supplemental Opp to Motion for Disqualification.pdf"
Content-Transfer-Encoding: base64
Content-Description: Supplemental Opp to Motion for
 Disqualification.pdf
Content-Disposition: attachment;
        filename="Supplemental Opp to Motion for Disqualification.pdf"

-------------------



**RE: Supplemental Opposition--request for information on Claude Stern**

**Sender:**      "Jedediah Wakefield" <**JWakefield@Fenwick.com**>
**Recipient:**   <**ydx@netbula.com**>
**Copy to:**     "Laurence Pulgram" <**LPulgram@Fenwick.com**>, "Liwen Mah" <**LMah@fenwick.com**>
**Time:**        Tue, 3 Jun 2008 12:51:29 -0700

Dear Dr. Yue:

I have previously addressed the fact that I had no involvement in the
Early Neutral Evaluation in the unrelated Netbula v. Distinct trademark
case back in 2002, and that Mr. Stern left Fenwick in 2003.  Any cases I
had with Mr. Stern would necessarily have been three or more years
before you began suing your customers in 2006, and have nothing to do
with such matters.

Sincerely,

Jed Wakefield

-----Original Message-----
From: **ydx@netbula.com** [mailto:ydx@netbula.com]
Sent: Monday, June 02, 2008 10:46 PM
To: Jedediah Wakefield
Cc: ydx@netbula.com; Laurence Pulgram; Liwen Mah
Subject: Re: Supplemental Opposition--request for information on Claude
Stern

Dear Mr. Wakefield,

Many weeks ago, I requested you to give me a list of the cases (case
names, time, nature of suit) in which you and Mr. Claude Stern worked
together. You ignored my request. Could you provide that information?

Sincerely,

Dongxiao Yue


----------------------
"Jedediah Wakefield" <**JWakefield@Fenwick.com**>:

Dear Dr.
Yue:

Attached is a draft
of Defendants' Consolidated Supplemental Opposition to your motions for
disqualification of counsel in the STK II and Chordiant cases.  Please
advise if you will stipulate to its being filed.  We intend to file the
request that the Court consider this supplemental brief tomorrow.

Sincerely,

Jed
Wakefield


********************************
Jedediah Wakefield
Fenwick & West LLP
555 California Street, 12th
Floor
San Francisco, CA 94104
phone: 415.875.2331
fax: 415.281.1350
email: **jwakefield@fenwick.com**

--------------------------------------------

IRS Circular 230  Disclosure:  To ensure compliance with requirements
imposed by the IRS, we inform you that any U.S. federal tax advice in
this communication (including attachments) is not intended or written by
Fenwick & West LLP to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing, or recommending to another party any transaction

`or matter addressed herein.`

```
--------------------------------------------
ATTENTION:
The information contained in this message may be legally privileged and
confidential.  It is intended to be read only by the individual or
entity to whom it is addressed or by their designee. If the reader of
this message is not the intended recipient, you are on notice that any
distribution of this message, in any form, is strictly prohibited.

If you have received this message in error, please immediately notify
the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and
delete or destroy any copy of this message.

Attachment:
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Attachment: Supplemental Opp to Motion for
Disqualification.pdfSupplemental Opp to Motion for Disqualification.pdf
Content-Type: application/octet-stream;
        name="Supplemental Opp to Motion for Disqualification.pdf"
Content-Transfer-Encoding: base64
Content-Description: Supplemental Opp to Motion for Disqualification.pdf
Content-Disposition: attachment;
        filename="Supplemental Opp to Motion for Disqualification.pdf"

-------------------
```


**Reply**  **Reply All**  **Forward**    **RE: Request to depose Mr. Wakefield and Claude Stern**

| | |
|---|---|
| **Sender:** | "Jedediah Wakefield" <**JWakefield@Fenwick.com**> |
| **Recipient:** | <**ydx@netbula.com**> |
| **Copy to:** | "Laurence Pulgram" <**LPulgram@Fenwick.com**>, "Liwen Mah" <**LMah@fenwick.com**> |
| **Time:** | Fri, 6 Jun 2008 09:36:35 -0700 |

Dear Dr. Yue:

For the multiple reasons outlined in our oppositions to your motions for
disqualification, the reasons explained in the supplemental brief, and
for other procedural and substantive reasons, the short answer to your
proposal is: no.

We previously agreed, however, that we would not oppose the filing of a
responsive brief, if you wish to file one.

Sincerely,

Jed Wakefield

*******************************
Jedediah Wakefield
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
phone: 415.875.2331
fax: 415.281.1350
email: **jwakefield@fenwick.com**


-----Original Message-----
From: **ydx@netbula.com** [mailto:ydx@netbula.com]
Sent: Wednesday, June 04, 2008 9:54 AM
To: Jedediah Wakefield
Cc: ydx@netbula.com; Laurence Pulgram; Liwen Mah
Subject: Request to depose Mr. Wakefield and Claude Stern

Dear Mr. Wakefield,

I have not reviewed all the documents you filed yet. But I do want to
point out that you failed to provide me copies of the exhibits to your
supplemental brief before you filed the brief with the court.

Claude Stern made a declaration regarding the ENE. To be fair, I request
to exam (or cross-exam) Mr. Stern and you by deposition. It will be a
limited scope deposition specific to the Netbula v. Distinct matter (ENE
and relevance) and grounds for disqualification. I expect the deposition
to last no more than two hours for each of you.

Since Mr. Stern did not provide his contact information on his
declaration, and since you have been communicating with him, please
forward my request to him. If either of you decline to have deposition
taken, I will move for a court order to compel deposition.

Please let me know by 10:00AM, June 6, 2008.

Sincerely,

Dongxiao Yue

-------------------
-------------------------------------------
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform
you that any U.S. federal tax advice in this communication (including attachments) is not intended
or written by Fenwick & West LLP to be used, and cannot be used, for the purpose of (i) avoiding
penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another
party any transaction or matter addressed herein.
-------------------------------------------
ATTENTION:
The information contained in this message may be legally privileged and confidential.  It is
intended to be read only by the individual or entity to whom it is addressed or by their designee.

If the reader of this message is not the intended recipient, you are hereby notified that any distribution of this message, in any form, is strictly prohibited.

If you have received this message in error, please immediately notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and delete or destroy any copy of this message.