Case Nos. C08-0019-JW, C07-05850-JW (N.D. Cal)

Dongxiao Yue v. Chordiant Software, Inc., et al.
Dongxiao Yue v. Storage Technology Corp., et al.

## CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On June 6, 2008, I caused a copy of the following documents described as

1) PLAINTIFF'S CONSOLIDATED MOTION FOR ADMINISTRATIVE RELIEF FOR AN ORDER TO TAKE DEPOSITIONS OF CLAUDE M. STERN AND THREE OTHER DECLARANTS

2) PLAINTIFF'S OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTIONS TO DISQUALIFY DEFENSE COUNSEL

3) DECLARATION OF DONGXIAO YUE IN SUPPORT OF ADMINISTRATIVE MOTION TO COMPEL DEPOSITIONS OF DECLARANTS AND IN OPPOSITION TO DEFENSE COUNSEL'S MOTION TO FILE SUPPLEMENTAL BRIEF

to be served on all interested parties in said cause, by delivering a true copy as follows:

____ **(By Mail)** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

X **(By E-Mail)** By emailing the document(s) listed above in PDF format to the attorneys listed below pursuant to an agreement to service by email:

"Laurence Pulgram" <LPulgram@Fenwick.com>, "Jedediah Wakefield" <JWakefield@Fenwick.com>, "Liwen Mah" <LMah@fenwick.com>
Attorneys for Chordiant Software, Inc. (C08-0019-JW) and Storage Technology Corporation, Sun Microsystems, Inc, Jonathan Schwartz (C07-05850-JW), et al.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 6, 2008, at San Leandro, California.

_____
Dongxiao Yue