IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dongxiao Yue, | NO. C 07-05850 JW |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF; DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** |
| v. | |
| Storage Technology Corp., et al., | |
| Defendants. | |

Plaintiff Dongxiao Yue brings this action against Storage Technology Corporation, Sun Microsystems, Inc., Michael Melnick, Julie Dececco, Michael P. Abramovitz, Lisa K. Rady, and Jonathan Schwartz (collectively, "Defendants") alleging, *inter alia*, copyright infringement, 17 U.S.C. § 101, *et seq*. Presently before the Court are the parties' various administrative motions.[1] The Court addresses each motion in turn.

**A.     Defendants' Motion for Leave to File a Supplemental Brief**

Defendants move for leave to file a supplemental brief in opposition to Plaintiff's motions to disqualify defense counsel pursuant to Civ. L.R. 7-3(d), and 7-11. (Defendants' Motion.)

"[W]here new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond." Provenz v. Miller, 102 F.3d 1478, 1483 (9th Cir. 1996).

---

[1] (Plaintiff's Consolidated Motions for Administrative Relief for an Order to take Depositions, hereafter, "Plaintiff's Motion," Docket Item No. 109; Defendants' Motion for Leave to File Defendants' Supplemental Brief in Opposition to Motions to Disqualify Defense Counsel, hereafter, "Defendants' Motion," Docket Item No. 105.)

In his reply filed on April 17, 2008, Plaintiff introduced novel arguments, including, *inter alia*, that Defendants' counsel participated an early neutral evaluation in 2002 involving substantially the same issues being tried in the current action. (Response in Support Motion to Disqualify Defense Counsel Mr. Laurence Pulgram and Fenwick & West, LLP ¶ 14, hereafter, "Reply," Docket Item No. 85.) The Court finds good cause to GRANT Defendants' motion for leave to file a supplemental brief. Defendants shall file their supplemental brief on or before **June 25, 2008.**

### B. Plaintiff's Motion for Leave to Take Depositions

Plaintiff moves for administrative relief for an order to take depositions of opposing counsel. (Plaintiff's Motion.)

A court should consider the following factors when deciding whether to allow a party to depose opposing counsel: (1) deposition of opposing counsel is the only means of obtaining information sought, (2) information sought is relevant and nonpriviliged, and (3) information sought is crucial to the preparation of the case. American Casualty Co. v. Krieger, 160 F.R.D. 582, 587 (S.D. Cal. 1995) (citing Shelton v. Am. Motors Corp., 805 F.2d 1323, 1327 (8th Cir. 1987)).

Plaintiff contends he is entitled to depose lawyers of Fenwick and West, LLP, who are opposing counsel in this case, to challenge the veracity of statements they made in their declarations. (Plaintiff's Motion at 2.) By submitting their declarations to the Court, Defendants have certified their truthfulness under Fed. R. Civ. P. 11. Plaintiff's motion makes no factual allegations in support of his belief that counsel for Defendants were not truthful in their declarations, and he has not demonstrated that the information he seeks is crucial to his case. To the extent Plaintiff believes that opposing counsel have made untruthful statements in their declarations, Plaintiff may move the Court for sanctions pursuant to Rule 11. Accordingly, the Court DENIES Plaintiff's motion for administrative relief for an order to take depositions of current opposing counsel.

Dated: June 24, 2008

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elena Rivkin Franz ELENA@RIVKINLEGALGROUP.COM
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com

Dongxiao Yue
c/o Elena Rivkin Franz
3145 Molinaro Street
Santa Clara, CA 95054

**Dated:  June 24, 2008**                                **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers
                                                               Elizabeth Garcia
                                                               Courtroom Deputy**