LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Named Defendants
SUN MICROSYSTEMS, INC.,
MICHAEL MELNICK, JULIE DECECCO,
MICHAEL P. ABRAMOVITZ, LISA K. RADY,
JONATHAN SCHWARTZ, CHORDIANT
SOFTWARE, INC., DEREK P. WITTE,
STEVEN R. SPRINGSTEEL, and OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>Defendants. | Case No. C-07-05850-JW and<br>Case No. C-08-00019-JW<br><br>**DECLARATION OF CONNIE ELLERBACH IN OPPOSITION TO MOTION TO DISQUALIFY DEFENSE COUNSEL**<br><br>Date: June 30, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Honorable James Ware |
| DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>Defendants. | |

I Connie Ellerbach, declare as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP ("Fenwick"). I have personal knowledge of the facts set forth in this declaration, and if called to do so I could and would testify competently to the same.

2. Other than discussing the facts set forth in this declaration, I have not had any communications with anyone at Fenwick concerning the Early Neutral Evaluation in the *Netbula v. Distinct* case (the "ENE"). I did not communicate with Claude Stern concerning the ENE, I did not participate in the ENE, and I have never received or reviewed any documents concerning the ENE.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2008

_____
Connie Ellerbach

25689/00405/LIT/1285977.1