UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** June 30, 2008
**Case No.:** C-07-05850 JW
**Related Case No.:**
    C- 08-0019 JW Dongxiao Yue v. Chordiant Software Inc et al
    C-06-07391 JW Netbula LLC v. Storage Technology Corporation Inc.

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

## TITLE

C-07-05850 JW Dongxiao Yue v. Storage Technology Corporation et al
C- 08-0019 JW Dongxiao Yue v. Chordiant Software Inc et al

**Attorney(s) for Plaintiff(s)**: Dongxiao Yue (in C 07-05850 JW, 08-0019 JW)
**Attorney(s) for Defendant(s)**: Laurence Pulgram, Jed Wakefield

## PROCEEDINGS

1. Plaintiff's Motion to disqualify defense counsel Fenwick & West, LLP and Laurence Pulgram [Docs. in 08-0019 JW, 47 (renotice), 32(original). Docs in 070058 JW, 83 (renotice), 65 (original)]
2. Defendants' Motions to Dismiss or Motion to Strike [Docs. in C 08-0019 45 and 46 (renotices) 20, 29 (original motions)]
3. Plaintiff's Motion to Disqualify Judge [Doc. 63 in 07-05850(original) Doc. (renotice)]
4. Plaintiff' Yue's Motion for Relief from Judgment Pursuant to FRCP 60(b) [Doc. 95 in 07-5850)]
5. Case Management Conference in ALL cases

## ORDER AFTER HEARING

Hearing Held on the record. The Court took the motions noticed in C 07-05850 JW and C 08-0019 JW under submission after oral argument. The Court to issue further order on motions. The Court held the Case Management Conference off the record as to ALL cases. Plaintiff counsel in C 06-07391 JW was not present for the case management conference. The Court set an Order to Show Cause re Sanctions in C 06-07391 JW Netbula LLC. v. Storage Technology Corporation Inc. for **September 15, 2008 at 9:00 AM.** The Court set a further case management conference in **ALL cases  (C-07-05850 JW, 08-0019 JW** and **C-06-07391 JW)** for **September 15, 2008 at 10:00 AM.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: