**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netbula, LLC, et al., | NO. C 06-07391 JW |
| Plaintiff, | NO. C 07-05850 JW |
| v. | NO. C 08-00019 JW |
| Storage Technology Corporation, et al., | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |
| Dongxiao Yue | |
| Plaintiff, | |
| v. | |
| Storage Technology Corporation, et al., | |
| Defendants. | |
| Dongxiao Yue | |
| Plaintiff, | |
| v. | |
| Chordiant Software, Inc., et al., | |
| Defendants. | |

On June 30, 2008, the Court conducted a Case Management Conference for the above captioned related cases. Counsel for Defendants and *pro se* Plaintiff, Dr. Yue were present. Counsel for Plaintiff Netbula, LLC ("Netbula") was absent. Due to the absence of Counsel for

1  Netbula as well as issues regarding jurisdiction raised by the motions currently pending before the
2  Court, no schedule was set for further proceedings in any of the above captioned cases.
3        The Court sets a Further Case Management Conference for **September 15, 2008 at 10 a.m.**
4  to set schedules for Case Nos. 06-7391-JW and 08-0019-JW.  On or before **September 5, 2008**, the
5  parties shall submit a Joint Case Management Statement.

7  Dated:  July 2, 2008

                                        JAMES WARE
                                        United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
David Eiseman davideiseman@quinnemanuel.com
David M. Lacy Kusters dlacykusters@fenwick.com
Elena Rivkin Franz ELENA@RIVKINLEGALGROUP.COM
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com
Rachel Heather Smith rachelsmith@quinnemanuel.com
Stacy Marie Monahan stacymonahan@quinnemanuel.com
Stephanie Powers Skaff sskaff@fbm.com
Vonnah M Brillet brilletlaw@yahoo.com

Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577


**Dated:  July 2, 2008**                                  **Richard W. Wieking, Clerk**


                                                          **By:   /s/ JW Chambers          **
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**