DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone: (510) 396-0012
Facsimile: (510) 291-2237
E-Mail: ydx@netbula.com

*Pro Se*

RECEIVED 2008 JUL 31 AM 10:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE, <br><br> Plaintiff, <br><br> v. <br><br> Storage Technology Corporation, et al., <br><br> Defendants. <br>---------------------------------------------------<br> DONGXIAO YUE, <br><br> Plaintiff, <br><br> v. <br><br> Chordiant Software, Inc., et al., <br><br> Defendants. | Case Nos. C07-05850-JW and C08-0019-JW <br><br> **PLAINTIFF'S EX PARTE MOTION TO E-FILE** <br><br> **AND** <br><br> **[PROPOSED] ORDER** <br><br> Judge: Honorable James Ware |

-1-

1  Pro Se Plaintiff Dongxiao Yue has the necessary computer hardware and software and
2  meets the other technical requirements for E-FILING. Allowing Plaintiff to e-file would reduce
3  the cost for the Court and the parties of the cases.
4  Pursuant to the instructions on ECF Registration for Pro Se parties on the ECF web site[1] of
5  the Northern District of California, Plaintiff hereby requests the Court to grant permission for him
6  
7  to E-FILE in the *Yue v. Sun* (C07-05850-JW) and *Yue v. CSI* (C08-0019-JW) cases.
8  Respectfully submitted,
9  Dated: July 31, 2008

DONGXIAO YUE (*Pro Se*)

[PROPOSED] ORDER

IT IS ORDERED that Dongxiao Yue, Plaintiff Pro Se, is permitted to E-FILE in the Yue v. Sun (C07-05850-JW) and Yue v. Chordiant Software, Inc (C08-0019-JW) cases.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

---

[1] https://ecf.cand.uscourts.gov/cand/newreg/reg-pro-se-reg.htm

-2-

Case Nos. C07-05850-JW, C08-0019-JW                                           MOTION TO E-FILE