ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
317 Sylvia Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Netbula, LLC and
Dongxiao Yue

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE and NETBULA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHORDIANT SOFTWARE, INC., *et al.* <br><br> Defendant | CASE NO. CV 08-0019-JW <br><br> **ENTRY OF APPEARANCE OF COUNSEL** |

The undersigned hereby enters his appearance as counsel for Plaintiffs Netbula, LLC and Dongxiao Yue in the above-captioned matter. Please direct all future notices and communications, and serve all papers, on the undersigned using the above contact information and/or, as appropriate, the undersigned's email address, which is corteslaw@comcast.net.

DATED: September 2, 2008

_____/S/_____
Antonio L. Cortes,
Counsel for Plaintiff

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
ENTRY OF APPEARANCE OF COUNSEL