1   ANTONIO L. CORTÉS
    Attorney at Law (CA Bar No. 142356)
2   528 Wisteria Way
    San Rafael, California 94903
3   Tel: 415-256-1911
    Fax: 415-256-1919
4

5   Attorney for Plaintiff Netbula, LLC
    and Counter-Defendant Dongxiao Yue
6

7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8

9   DONGXIAO YUE,                      )   CASE NO.  CV 08-00018-JW
                                       )
10              Plaintiff,             )   **JOINT CASE MANAGEMENT**
                                       )   **STATEMENT**
11      v.                             )
                                       )
12  CHORDIANT SOFTWARE INC., *et al.,* )
                                       )
13                                     )
                Defendants             )
14  _____ )
                                       )
15

16      **1.  Background.**

17          This case was commenced on January 2, 2008.  On July 24, 2008, the Court

18  granted Defendants' Motion to dismiss the complaint due to lack of representation of the

19  corporate Plaintiff, granting leave to file an amended complaint by September 8, 2008.  The

20  Court also granted Defendant Oliver Wilson's motion to dismiss him as a party and denied

21  Plaintiff's motion to disqualify Fenwick & West as counsel.  Netbula, LLC and Dr.

22  Dongxiao Yue have recently retained counsel, counsel entered his appearance on September

23  2, 2008, and counsel will have filed the amended complaint by September 8, 2008.

24

25

26

27  ANTONIO L. CORTÉS
    528 WISTERIA WAY
    SAN RAFAEL, CA 94903
    (415) 256-1911
28  FAX: (415) 256-1919

                                    1
    JOINT CASE MANAGEMENT STATEMENT                    CV 08-00018-JW

**2. Discovery.**

No discovery has yet been taken in this matter, and the pleadings have not

closed.

**3. Motions.**

Plaintiffs do not at this time see the need for any motions, but may after the

case has progressed.  Plaintiff anticipates that a protective order may be required to

facilitate discovery.

Chordiant Software, Inc. ("Chordiant") is presently unable to identify what

motions may be required as it has not been served with a complaint and does not yet know

what defendants will be named in this case or what claims will be asserted against them..

**4. Evidence Preservation.**

Plaintiff requests an order preserving evidence, as follows:

> The Parties shall not destroy, conceal, or alter any paper or
> electronic files, other data and metadata generated by and/or stored
> on your computer systems and storage media (e.g., hard disks,
> floppy disks, backup tapes), or any other electronic data, such as
> voicemail, if such files might contain any information related to, or
> likely to lead to information concerning, any factual issue in this
> matter.  This includes, without limitation:  email and other
> electronic communications; word processing documents;
> spreadsheets; data bases; calendars; telephone logs; contact manager
> information; internet usage files; offline storage or information
> stored on removable media; information contained on laptops,
> personal digital assistants, or other portable devises; and network
> access information.  The parties reserve their rights to object to the
> production of electronic communications to the extent provided by
> F. R. Civ. Proc. Rule 34.

Chordiant does not believe that an evidence preservation order is warranted,

and further believes that the order proposed by plaintiff, which requires preservation of

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2

any materials that "might" contain "any information related to any factual issue in this matter" is vague, overly broad and unduly burdensome.

**5. Scheduling.**

Chordiant is not presently able to address scheduling, as it has not been served with the complaint and does not yet know what defendants will be named in this case or what claims will be asserted against them.

Plaintiff requests the following discovery and trial schedule:

a.   All written discovery to be served no later than June 1, 2009;

b.   All discovery to be completed no later than July 1, 2009;

c.   All discovery motions concerning matters other than Expert Testimony shall be heard no later than August 1, 2009;

d.   Disclosure of Expert Testimony to be completed by August 1, 2009;

e.   Depositions of Expert Witnesses may be taken between September 1, 2009 and September 20, 2009; and

f.   Any dispositive motions shall be set for hearing no later than October 5, 2009.

g.   Pretrial Disclosures shall be made on October 26, 2009.

h.   Pretrial Conference shall be held on _____, 2009, at _____:____ ____m

2.   <u>Trial</u>:  Plaintiff request a trial date as follows:  November 30, 2009.  Plaintiff anticipates that Trial will last approximately five to ten days.  Plaintiff will request a Jury Trial.

3

JOINT CASE MANAGEMENT STATEMENT                    CV 08-00018-JW

1    For the reasons stated above, Chordiant is not presently able to address the time or

2   duration of trial.

3    In the absence of an operative complaint, Chordiant is also unable to address

4   potential issues of jurisdiction, anticipated motions and pleadings, or ADR.  Chordiant

5   requests that the Court set a further Case Management Conference in 60-90 days to address

6

7   scheduling, after Chordiant has been served with the Amended Complaint and has had an

8   opportunity to prepare and file a response.

9   DATED:  September 5, 2008

10

11

12                                              _____/S/_____
                                                Antonio L. Cortes,
13                                              Counsel for Plaintiffs

14  DATED:  September 5, 2008

15

16

17                                              _____/S/_____
                                                Jedediah Wakefield, Fenwick & West, LLP,
18                                              Counsel for Chordiant Software, Inc.

19

20

21

22

23

24

25

26

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

27

28

4