LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
DEREK P. WITTE, and STEVEN R. SPRINGSTEEL

**[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

**GRANTED**
*Judge James Ware*
9/29/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE, <br><br>Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; and STEVEN R. SPRINGSTEEL, an individual,<br><br>Defendant. | Case No.  C-08-00019-JW<br><br>**STIPULATION CONTINUING DATE FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

1     WHEREAS, Plaintiffs Netbula, LLC and Dongxiao Yue (collectively "Plaintiffs") filed
2 and served their First Amended Complaint ("FAC") on September 8, 2008;

3     WHEREAS, Defendants Chordiant Software, Inc., Steven R. Springsteel, and Derek P.
4 Witte (collectively, "Defendants") have until September 24, 2008, to file and serve their
5 responses to the FAC;

6     WHEREAS, Defendants seek additional time to respond to the FAC so that they can meet
7 and confer with Plaintiffs regarding certain claims asserted in the FAC; and,

8     WHEREAS, Plaintiff have agreed to give Defendants a one-week extension, until
9 October 2, 2008, to respond to the FAC;

10     IT IS THEREFORE STIPULATED AND AGREED by the parties that the final day for
11 Defendants to respond to the FAC is continued until October 2, 2008.

12     Respectfully,

13 Dated: September 24, 2008    FENWICK & WEST LLP

By: /s/ JEDEDIAH WAKEFIELD
    Jedediah Wakefield

Attorneys for Defendants CHORDIANT SOFTWARE, INC., STEVEN R. SPRINGSTEEL and DEREK P. WITTE

19 Dated: September 24, 2008    By: /S/ ANTONIO L. CORTÉS
    Antonio L. Cortés

Attorney for Plaintiffs NETBULA, LLC and DONGXIAO YUE

| | |
|---|---|
| 1 | **ATTORNEY ATTESTATION** |
| 2 | Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this |
| 3 | document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within |
| 4 | this e-filed document. |

/S/ JEDEDIAH WAKEFIELD
Jedediah Wakefield

26257/00401/LIT/1292049.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION CONTINUING TIME
TO RESPOND TO THE FAC                       5                            C-08-00019-MJJ