1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
3  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
4  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Defendants
   CHORDIANT SOFTWARE, INC.,
9  DEREK P. WITTE, and STEVEN R. SPRINGSTEEL

10 **[ADDITIONAL PARTY APPEARS ON
   SIGNATURE PAGE]**

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; and STEVEN R. SPRINGSTEEL, an individual,<br><br>Defendant. | Case No.  C-08-00019-JW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

STIPULATION RE LEAVE TO FILE
SECOND AMENDED COMPLAINT                                             C-08-00019-JW

WHEREAS, Plaintiffs Netbula, LLC and Dongxiao Yue (collectively "Plaintiffs") filed and served their First Amended Complaint ("FAC") on September 8, 2008;

WHEREAS, the FAC's Third and Fourth Causes of Action allege claims for Unfair Competition and Accession and Confusion of Property, respectively (collectively, the "State Law Claims") against Defendant Chordiant Software, Inc. ("Chordiant");

WHEREAS, counsel for the parties have conferred regarding whether the FAC's State Law Claims are preempted by the Copyright Act;

WHEREAS, Plaintiffs have agreed to file a Second Amended Complaint ("SAC"), which withdraws the State Law Claims, and all prayers for relief based thereon;

IT IS THEREFORE STIPULATED AND AGREED by and between the parties that Plaintiffs may file the SAC, a true and correct copy of which is submitted herewith as Exhibit A.

Respectfully,

Dated: September 30, 2008          FENWICK & WEST LLP

By: /s/ JEDEDIAH WAKEFIELD
Jedediah Wakefield

Attorneys for Defendants CHORDIANT SOFTWARE, INC., STEVEN R. SPRINGSTEEL and DEREK P. WITTE

Dated: September 30, 2008          By: /S/ ANTONIO L. CORTÉS
Antonio L. Cortés

Attorney for Plaintiffs NETBULA, LLC and DONGXIAO YUE

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiffs shall file the Second Amended Complaint as a separate docket entry on or before **October 31, 2008.**

Dated: October 22, 2008          By: James Ware
The Honorable James Ware
United States District Court Judge

STIPULATION RE LEAVE TO FILE SECOND AMENDED COMPLAINT          1          C-08-00019-JW