United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netbula, LLC, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>Chordiant Software, Inc., et al.,<br><br>    Defendants. | NO. C 08-00019 JW<br><br>**ORDER RE: SUBMISSION OF EXTRA COPIES PURSUANT TO CIV. L.R. 5-1(b)** |

On April 6, 2009, the parties are scheduled to appear for a hearing on Defendants' Motion for Summary Judgment. (See Docket Item No. 104.) Accordingly, the Court orders Defendants to submit a binder containing extra copies for chambers of all the papers submitted by both parties regarding Defendants' Motion for Summary Judgment, including all declarations and attached exhibits, and Defendants' reply brief and any accompanying declarations and exhibits. Defendants shall submit the extra copies to the Office of the Clerk **no later than March 24, 2009 at 3 p.m.**

Dated: March 23, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com
Mary Elizabeth Milionis Mmilionis@Fenwick.com

Dated:  March 23, 2009             Richard W. Wieking, Clerk

                                   By:    /s/ JW Chambers
                                          **Elizabeth Garcia**
                                          **Courtroom Deputy**