1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  MARY E. MILIONIS (CSB NO. 238827)
   *mmilionis@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Defendants
   CHORDIANT SOFTWARE, INC.,
9  DEREK P. WITTE, and STEVEN R. SPRINGSTEEL

10 **[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; and STEVEN R. SPRINGSTEEL, an individual,<br><br>Defendant. | Case No.  C-08-00019-JW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION ON THE TIME FOR EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [PROPOSED] ORDER TO EXTEND TIME
FOR COMPLETING EXPERT DISCLOSURES

C-08-00019-JW

1  WHEREAS, on May 29, 2009, the Court entered an Order [Dkt. No. 137, "Stipulation and
2  Order"] granting leave for Plaintiffs Netbula LLC, ("Netbula") and Dongxiao Yue ("Plaintiffs")
3  to file a fourth amended complaint and modifying dates accordingly from the Court's Scheduling
4  Order of [Dkt. No. 97, "Original Scheduling Order"] in this action;

5  WHEREAS, Plaintiffs filed and served a fourth amended complaint in this action on May
6  29, 2009 adding additional claims for copyright infringement based on Defendants' allegedly
7  infringing use of Netbula's software product called "JRPC" which raises new and different issues
8  from the prior focus of the complaint which had concerned Defendants' allegedly infringing use
9  of Netbula's PowerRPC software;

10  WHEREAS on July 9, 2009 the Court entered an Order [Dkt. No. 142] Denying
11  Defendants' Motion for Summary Judgment on Defendants' "license-based defense" finding of
12  fact regarding whether Plaintiffs granted or intended to grant an express or implied license to
13  Chordiant Software, Inc. for use of the PowerRPC software;

14  WHEREAS the Court's May 29, 2009 Stipulation and Order amended and reset the
15  following dates in this action:

16
   (a) Close of All Discovery:                          October 30, 2009-08-24
17 (b) Last Date for Hearing on Dispositive Motions:    December 14, 2009 at 9 a.m.
   (c) Preliminary Pretrial Conference:                 September 28, 2009 at 11 a.m.
18 (c) Preliminary Pretrial Conference Statement:       September 18, 2009

19

20  WHEREAS pursuant to the Court's May 29, 2009 Stipulation and Order, in connection
21  with the Original Scheduling Order, the deadlines for presenting opening expert witness
22  testimony is August 28, 2009 (or 63 days before the close of discovery), the deadlines for
23  presenting rebuttal expert witness testimony is September 11, 2009 (or 49 days prior to the
24  discovery cutoff), and the last day available for a noticed hearing set on any party's motion to
25  exclude any expert or any proposed testimony of an expert is October 26, 2009 [Original
26  Scheduling Order ¶ 4-7];

27  WHEREAS counsel for the parties agreed on July 24, 2009 that additional time would be
28  necessary for completing expert disclosures and agreed to a reciprocal 2-week extension for such

STIP. & [PROPOSED] ORDER TO EXTEND TIME
FOR COMPLETING EXPERT DISCLOSURES        -2-                                    C-08-00019-JW

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  dates;

2  WHEREAS in light of the new issues introduced in the litigation by the fourth amended
3  complaint and the Court's denial of Defendants' motion for summary judgment, and in light of
4  the significant efforts extended by both parties in propounding and responding to requests for
5  discovery, the parties agree that in the interests of justice and to allow for adequate preparation of
6  expert testimony on the claims and defenses at issue in the action, additional time is necessary for
7  the parties to complete opening and rebuttal expert disclosures and that such additional time will
8  not cause any delay this action or any other deadlines in this action;

9  THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court
10 ORDER as follows:

11 1)  continue the deadline for each party to make opening expert disclosures under Rule
12     26(a)(2)(b) to October 2, 2009;
13 2)  continue the deadline for each party to make rebuttal expert disclosures under Rule
14     26(a)(2)(b) to October 16, 2009; and
15 3)  the last date for any hearing on any party's motion to exclude any expert or any proposed
16     testimony of shall be  December 14, 2009 at 9 a.m.

Respectfully,

Dated: September 2, 2009           FENWICK & WEST LLP

By:   /s/ Jedediah Wakefield
            Jedediah Wakefield

Attorneys for Defendants CHORDIANT
SOFTWARE, INC., STEVEN R. SPRINGSTEEL
and DEREK P. WITTE

By:        /s/ Antonio L. Cortés
             Antonio L. Cortés
Dated: September 2, 2009

Attorney for Plaintiffs NETBULA, LLC and
DONGXIAO YUE

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Dated: September 21, 2009

_____
The Honorable James Ware
United States District Court Judge

## ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

_____
/S/ Jedediah Wakefield
Jedediah Wakefield

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO