**Counsel listed on signature page**  *ORDER E-FILED 10/1/2009*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE, | Case No. C-08-00019-JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING HANDLING OF SOURCE CODE |
| v. | |
| CHORDIANT SOFTWARE, INC., STEVEN R. SPRINGSTEEL AND DEREK P. WITTE, | |
| Defendants. | |

Plaintiff Netbula, LLC and Dongxiao Yue, and Defendants Chordiant Software, Inc., Steven R. Springsteel, and Derek P. White submit the following Stipulation and Proposed Order concerning the handling of source in this case.

1. Any party producing source code in this action shall produce it in its native electronic form.

2. If a disclosing party wishes to produce electronic copies of source code in an encrypted form, the disclosing party shall use PGP Desktop encryption (version 9.9 or more recent), or such other publicly available encryption product as the parties may agree in writing prior to production, and shall provide the decryption key to the receiving party.

3. Source code produced in this case in encrypted form and any electronic copies thereof shall be kept encrypted when not being reviewed, and the decryption key shall be kept

STIPULATION RE HANDLING
OF SOURCE CODE

1  separately from the disk or other media containing the encrypted code.  When providing a copy of
2  such source code to an Expert, the copy shall be encrypted, and sent via FedEx or hand delivery
3  with the decryption key transmitted separately.

4      4.    Source code produced in this case shall not be reviewed on computers that are
5  connected to a network (wirelessly or otherwise).

6      5.    Outside counsel for the receiving party and the receiving party's designated
7  expert(s) may each make one electronic copy of source code for review.  In addition, outside
8  counsel and designated Experts may generate printouts of source code or excerpts thereof for use
9  in depositions or Court proceedings in this action.  The Protective Order entered in this matter on
10 February 2, 2009 remains in effect.

11 IT IS SO STIPULATED:

13 Dated: September 21, 2009        FENWICK & WEST LLP

15 By:    /s/ Jedediah Wakefield
    Jedediah Wakefield

16 LAURENCE F. PULGRAM (CSB NO. 115163)
17 *lpulgram@fenwick.com*
   JEDEDIAH WAKEFIELD (CSB NO. 178058)
18 *jwakefield@fenwick.com*
   FENWICK & WEST LLP
19 555 California Street, 12th Floor
   San Francisco, CA  94104
20 Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350

21 Attorneys for Defendants
   CHORDIANT SOFTWARE, INC., STEVEN R.
22 SPRINGSTEEL and DEREK P. WITTE

STIPULATION RE HANDLING OF SOURCE CODE     2

| | |
|---|---|
| Dated: September 16, 2009 | LAW OFFICES OF ANTONIO L. CORTÉS |
| | By: _____ /S/ _____ |
| |             Antonio L. Cortés |
| | LAW OFFICES OF ANTONIO L. CORTÉS |
| | Antonio L. Cortés (CSB No. 142356) |
| |   *corteslaw@comcast.net* |
| | 528 Wisteria Way |
| | San Rafael, CA  94903 |
| | Telephone:  (415) 256-1911 |
| | Facsimile:  (415) 351-1919 |
| | Attorneys for Plaintiffs NETBULA, LLC and DONGXIAO YUE |

**PURSUANT TO STIPULATION,**

IT IS SO ORDERED  **The Stipulated Protective Order (as amended by the court) entered on March 6, 2009 remains in effect.**

Dated: _____ October 1 _____, 2009

~~Honorable James Ware~~
~~United States District Judge~~

Howard R. Lloyd
United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE HANDLING OF SOURCE CODE      3

**PURSUANT TO GENERAL ORDER 45(X)**

I hereby attest that I have on file all consents to filing indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: September 21, 2009                FENWICK & WEST LLP

                                         By:            /S/
                                                  Jedediah Wakefield

                                         Attorneys for Defendants
                                         CHORDIANT SOFTWARE, INC., STEVEN R.
                                         SPRINGSTEEL and DEREK P. WITTE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO