*E-FILED 10-15-2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>    Plaintiffs,<br>  v.<br><br>CHORDIANT SOFTWARE, INC., STEVEN R. SPRINGSTEEL, and DEREK P. WITTE,<br><br>    Defendants. | No. C08-00019 JW (HRL)<br><br>**INTERIM ORDER RE DEFENDANTS' MOTION TO SEAL DOCUMENTS**<br><br>[Re: Docket No. 173] |

Defendants move to seal (1) Exhibits B-D to the Declaration of Jedediah Wakefield filed in support of defendants' reply brief re their "Motion to Compel Plaintiffs to Allow Access to Archived Web Pages" and (2) portions of the Wakefield Declaration that discuss those exhibits. Sealing is requested because plaintiffs reportedly claim that the information in question is confidential. Plaintiffs, however, have not filed a declaration establishing that the information is sealable as required by Civil Local Rule 79-5. Although the information in question could be made a part of the public record, see Civ. L.R. 79-5(d), the court will give plaintiffs another opportunity to explain why sealing is warranted. Accordingly, **no later than October 19, 2009**, plaintiffs shall file declaration(s) by appropriate person(s) establishing that the designated information is sealable.

SO ORDERED.

Dated:   October 15, 2009



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:08-cv-00019-JW Notice has been electronically mailed to:

2 Albert L. Sieber asieber@fenwick.com

3 Antonio Luis Cortes corteslaw@comcast.net

4 Jedediah Wakefield jwakefield@fenwick.com, docketcalendarrequests@fenwick.com, rjones@fenwick.com

5 Laurence F. Pulgram lpulgram@fenwick.com, mknoll@fenwick.com

6 Liwen Arius Mah lmah@fenwick.com, docketcalendarrequests@fenwick.com, jphan@fenwick.com, kragab@fenwick.com, rjones@fenwick.com

7 Mary Elizabeth Milionis dgarrett@fenwick.com, MMilionis@Fenwick.com

8 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.