LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
MARY E. MILIONIS (CSB NO. 238827)
*mmilionis@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
CHORDIANT SOFTWARE, INC.,
DEREK P. WITTE, and STEVEN R. SPRINGSTEEL

**[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; and STEVEN R. SPRINGSTEEL, an individual,<br><br>Defendant. | Case No.  C-08-00019-JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANT STEVEN SPRINGSTEEL** |

STIP. & [PROPOSED] ORDER DISMISSING
DEFENDANT STEVEN SPRINGSTEEL

C-08-00019-JW

Plaintiffs Dongxiao Yue and Netbula, LLC ("Plaintiffs") and Defendants Chordiant Software, Inc. ("Chordiant"), Steven Springsteel, and Derek Witte ("Defendants"), hereby stipulate and agree as follows, pursuant to Federal Rule of Civil Procedure 41:

(1) Plaintiffs' claims against Steven Springsteel, only, in this action shall be dismissed with prejudice, all parties to bear their own fees and costs with respect to such claims;

(2) All claims by Plaintiffs against Chordiant or Derek Witte, and any rights of Plaintiffs or Chordiant or Derek Witte for attorneys' fees or costs related to such claims, are expressly preserved and not affected by this stipulation.

Respectfully,

Dated: November 4, 2009          FENWICK & WEST LLP

By:   /s/ Jedediah Wakefield
          Jedediah Wakefield

Attorneys for Defendants CHORDIANT SOFTWARE, INC., STEVEN R. SPRINGSTEEL and DEREK P. WITTE

By:        /s/ Antonio L. Cortés
            Antonio L. Cortés

Dated: November 4, 2009

Attorney for Plaintiffs NETBULA, LLC and DONGXIAO YUE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 9 , 2009

_____
The Honorable James Ware
United States District Court Judge

STIP. & [PROPOSED] ORDER DISMISSING DEFENDANT STEVEN SPRINGSTEEL      -2-      C-08-00019-JW

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

/S/ Jedediah Wakefield
Jedediah Wakefield