**\*E-FILED 11-17-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>  Plaintiffs,<br>   v.<br><br>CHORDIANT SOFTWARE, INC., STEVEN R. SPRINGSTEEL, and DEREK P. WITTE,<br><br>  Defendants._____/ | No. C08-00019 JW (HRL)<br><br>**ORDER RE NOVEMBER 2, 2009 ORDER TO SHOW CAUSE**<br><br>[Re:  Docket No. 209] |

This court previously issued an Order to Show Cause and the set the matter for hearing on November 17, 2009. Based on plaintiffs' response, the parties agreed at the hearing that the matter is a non-issue. Accordingly, the Order to Show Cause is now discharged.

SO ORDERED.

Dated:  November 17, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:08-cv-00019-JW Notice has been electronically mailed to:

2  Albert L. Sieber asieber@fenwick.com

3  Antonio Luis Cortes corteslaw@comcast.net

4  Jedediah Wakefield jwakefield@fenwick.com, dlacykusters@fenwick.com, docketcalendarrequests@fenwick.com, rjones@fenwick.com, rmarton@fenwick.com

5

6  Laurence F. Pulgram lpulgram@fenwick.com, mknoll@fenwick.com

7  Liwen Arius Mah lmah@fenwick.com, docketcalendarrequests@fenwick.com, jphan@fenwick.com, kragab@fenwick.com, rjones@fenwick.com

8  Mary Elizabeth Milionis MMilionis@Fenwick.com, cprocida@fenwick.com

9  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28