*E-FILED 12-22-2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>     Plaintiffs,<br>  v.<br><br>CHORDIANT SOFTWARE, INC., STEVEN R. SPRINGSTEEL, and DEREK P. WITTE,<br><br>     Defendants. | No. C08-00019 JW (HRL)<br><br>**ORDER (1) GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSIVE LETTER; AND (2) CLARIFYING DECEMBER 16, 2009 ORDER**<br><br>[Re: Docket No. 349] |

This court is in receipt of defendants' December 18, 2009 and plaintiffs' responsive letter of the same date re this court's December 16, 2009 "Order Granting In Part and Denying in Part Plaintiffs' Motion to Compel" (Docket No. 345). Having considered both letters, this court supplements and clarifies its December 16, 2009 order with respect to defendants' revenue spreadsheets as follows:

Plaintiffs' motion to compel the production of documents underlying defendants' revenue spreadsheets is denied. With respect to revenue allocation, it appears that underlying documents do not exist. (<u>See, e.g.</u>, Kitchen Decl. ISO Defendants' Sur-Reply). Plaintiffs have not otherwise convincingly demonstrated that defendants failed to satisfy their reasonably construed discovery obligations.

Dated:   December 22, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-00019-JW Notice has been electronically mailed to:

Albert L. Sieber asieber@fenwick.com

Antonio Luis Cortes corteslaw@comcast.net

Jedediah Wakefield jwakefield@fenwick.com, dlacykusters@fenwick.com, docketcalendarrequests@fenwick.com, rjones@fenwick.com, rmarton@fenwick.com

Laurence F. Pulgram lpulgram@fenwick.com, mknoll@fenwick.com

Liwen Arius Mah lmah@fenwick.com, docketcalendarrequests@fenwick.com, jphan@fenwick.com, kragab@fenwick.com, rjones@fenwick.com

Mary Elizabeth Milionis MMilionis@Fenwick.com, cprocida@fenwick.com

Ryan Jared Marton rmarton@fenwick.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2