United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dongxiao Yue, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>Chordiant Software, Inc., et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | NO. C 08-00019 JW<br><br>**ORDER MODIFYING TRIAL SCHEDULE IN ADVANCE OF THE FINAL PRETRIAL CONFERENCE** |

On September 24, 2009, the Court issued a Preliminary Pretrial Conference Scheduling Order which provided the parties with a trial schedule set to begin April 6, 2010. (Docket Item No. 154.) The Court provided the parties 7 half-day sessions and included a footnote stating: "At the Final Pretrial Conference, the Court reserves the right to fold the afternoon sessions into morning sessions (9:00 a.m. - 12:00 p.m.) thus creating full days for trial." Since the setting of the trial schedule in September, the Court's calendar now allows the Court to fold in the sessions to create full days for trial. However, since there is an older case scheduled at the same time and that case is set to proceed on April 6, the Court delays this trial for two weeks. Accordingly, the Court modifies the trial schedule as follows:

**TRIAL SCHEDULE**

| | |
|---|---|
| **Jury Selection** | April 27, 2010 at 9 a.m. |
| **Session 1**<br>**Sessions 2-7** | April 27, 2010, 1 p.m. - 4 p.m.<br>April 28-30, 2010, 9 a.m. - 12 p.m.; 1 p.m. - 4 p.m. |
| **Argue & Submit** | May 4, 2010 at 9 a.m. |
| **Jury Deliberations** | May 4, 2010 - May 7, 2010 |

In light of this modification, the Court continues the Final Pretrial Conference from March 22, 2010 to **April 12, 2010 at 11 a.m.**

Dated: March 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
David M. Lacy Kusters dlacykusters@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com
Mary Elizabeth Milionis Mmilionis@Fenwick.com
Peter Michael Shimamoto pshimamoto@bwgfirm.com
Peter Wayne Ross pross@bwgfirm.com
Ryan Jared Marton rmarton@fenwick.com

**Dated:  March 17, 2010**                              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**