United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dongxiao Yue, et al., | NO. C 08-00019 JW |
| Plaintiffs, v. | **SECOND ORDER MODIFYING TRIAL SCHEDULE** |
| Chordiant Software, Inc., et al., | |
| Defendants. | |

Due to the Court's unavailability on Wednesday, April 28, 2010 for the morning session of trial, and Thursday, April 29, 2010 for the afternoon session of trial, the Court modifies the trial schedule as follows:

**TRIAL SCHEDULE**

| **Jury Selection** | **April 27, 2010 at 9 a.m.** |
|---|---|
| **Session 1** | **April 27, 2010, 1 p.m. - 4 p.m.** |
| **Session 2** | **April 28, 2010, 1 p.m. - 4 p.m.** |
| **Session 3** | **April 29, 2010, 9 a.m. - 12 p.m.** |
| **Sessions 4-5** | **April 30, 2010, 9 am. - 12 p.m., 1 pm - 4 p.m.** |
| **Sessions 6-9** | **May 4 - May 5, 2010, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m.** |
| **NO SESSION** | **May 6-7, 2010** |
| **Argue & Submit** | **May 11, 2010 at 9 a.m.** |
| **Jury Deliberations** | **May 11 - May 14, 2010, as needed.** |

Dated:  April 26, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
David M. Lacy Kusters dlacykusters@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com
Mary Elizabeth Milionis Mmilionis@Fenwick.com
Peter Michael Shimamoto pshimamoto@bwgfirm.com
Peter Wayne Ross pross@bwgfirm.com
Ryan Jared Marton rmarton@fenwick.com

Dated: April 26, 2010                            Richard W. Wieking, Clerk

                                                 By:     /s/ JW Chambers
                                                         Elizabeth Garcia
                                                         Courtroom Deputy