1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  MARY E. MILIONIS (CSB NO. 238827)
   *mmilionis@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: (415) 875-2300
7  Facsimile: (415) 281-1350

8  Attorneys for Defendant
   CHORDIANT SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:08-cv-00019-JW (HRL)<br><br>**CHORDIANT'S AMENDED PROPOSED VERDICT FORM**<br><br>Trial Date:   April 27, 2010<br>Time:         9:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:        The Honorable James Ware |

Defendant Chordiant Software, Inc. ("Chordiant" or "Defendant") hereby respectfully requests that the following verdict form be submitted to the jury. Chordiant makes this submission without waiver to its current, prior or forthcoming objections to the Court's Proposed Closing Jury Instructions and Motions for Judgment as a Matter of Law.

Submitted by:

Dated: May 10, 2010                    FENWICK & WEST LLP

                                                         By:   */s/ Laurence F. Pulgram*
                                                                        Laurence F. Pulgram

Attorneys for Defendant
CHORDIANT SOFTWARE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CHORDIANT'S AMENDED PROPOSED
VERDICT FORM                                                    CASE NO. 5:08-CV-00019-JW (HRL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 5:08-cv-00019-JW (HRL)<br><br>**VERDICT FORM**<br><br>Trial Date:　　April 27, 2010<br>Time:　　　　9:00 a.m.<br>Courtroom:　　8, 4th Floor<br>Judge:　　　　The Honorable James Ware |

**VERDICT FORM**

We, the jury in the above-captioned matter, find as follows:

**QUESTION 1:** Did Plaintiffs prove that Defendant copied works covered by valid copyrights in its Java products?

Yes:____          No:____

**QUESTION 2:** Did Plaintiffs prove that Defendant copied works covered by valid copyrights in its Windows products?

Yes:____          No:____

*If you answered "no" to Question 2, proceed to Question 13.*

**Windows Products Prior to the 2004 Upgrade**

**QUESTION 3:** Did Plaintiffs prove Chordiant Software, Inc. (as opposed to Chordiant Software International, Ltd.) used the Windows Software Development Kit to develop Chordiant Marketing Director prior to the 2004 Upgrade?

Yes:____          No:____

*If "yes," then proceed to Question 4.  If "no," then there is no copyright*
*infringement for Windows in this period and you should proceed to Question 6.*

**QUESTION 4:** If you answered "yes" to Question 3, did Defendant prove Plaintiffs ratified that Chordiant Software, Inc. was entitled to the rights under the 2000 License with Prime Response, Ltd.?

Yes:____          No:____

VERDICT FORM                                  1                      CASE NO. 5:08-CV-00019-JW (HRL)

*If "yes," then there is no copyright infringement in this period, and you should proceed to Question 6. If "no," proceed to Question 5.*

**QUESTION 5:** If you answered "no" to Question 4, state the amount of actual damages Plaintiffs have proven for copyright infringement for the use by Chordiant Software, Inc. of the Windows Software Development Kit and Netbula Distributable Files for Windows prior to the 2004 Upgrade.

$_____

*Proceed to question 8, skipping questions 6 and 7.*

**QUESTION 6:** Did Plaintiffs prove that Defendant exceeded the 1,000 unit limit for the Netbula Distributable Files for Windows and/or exceeded the one user on one computer limit on copies of the Software Development Kit prior to the 2004 Upgrade?

Yes:____     No:____

*If "yes," proceed to Question 7. If "no," proceed to Question 8.*

**QUESTION 7:** If you answered "yes" to Question 6, state the amount of contract damages Plaintiffs have proven for:

(a) any number of copies made by Chordiant Software, Inc. of the Windows Software Development Kit in excess of one user on one computer:

$_____;

(b) any number of units distributed by Chordiant Software, Inc. prior to the 2004 Upgrade, of Netbula Distributable Files for Windows that are beyond 1,000 units:

$_____.

**Windows Products After the 2004 Upgrade**

**QUESTION 8:** Did Plaintiffs prove Chordiant Software, Inc. used the Windows Software Development Kit to develop Chordiant Marketing Director after the 2004 Upgrade?

Yes:____ No:____

*If "no," there is not copyright infringement for this time period. Proceed to Question 11.*

**QUESTION 9:** Did Defendant prove it had an express or implied license from Plaintiffs under the 2004 Upgrade?

Yes:____ No:____

*If "yes," then there is no copyright infringement for this period, and you should proceed to Question 11. If "no," proceed to Question 10.*

**QUESTION 10:** If you answered "no" to Question 9, state the amount of actual damages Plaintiffs have proven for copyright infringement for the use of the Windows Software Development Kit and Netbula Distributable Files for Windows after the 2004 Upgrade.

$_____.

*Proceed to question 12, skipping questions 11.*

VERDICT FORM 3 CASE NO. 5:08-CV-00019-JW (HRL)

**QUESTION 11:** State the amount of any contract damages Plaintiffs have proven for Defendant's use, after the 2004 Upgrade, of:

    (a) any number of copies made by Chordiant Software, Inc. of the Windows Software Development Kit in excess of one user on one computer :

$$\$\underline{\qquad\qquad};$$

    (b) any number of units distributed by Chordiant Software, Inc. of Netbula Distributable Files for Windows that are beyond 1,000 units:

$$\$\underline{\qquad\qquad}.$$

### Windows Products for All Periods

**QUESTION 12:** Only if you answered "no" to Question 4 and/or Question 9, state the amount, if any, of profits from Chordiant Marketing Director you found attributable to the infringement of Netbula's copyright in the Windows works.

$$\$\underline{\qquad\qquad\qquad}$$

### Damages Calculation for the the Java Software Development Kit and Netbula Distributable Files for Java

*If you answered "yes" to Question 1, proceed to Question 13, otherwise skip over Questions 13 and 14.*

**QUESTION 13:** State the amount of actual damages Plaintiffs have proven for copyright infringement of the Java Software Development Kit and the Netbula Distributable Files for Java.

$$\$\underline{\qquad\qquad\qquad}$$

VERDICT FORM         4         CASE NO. 5:08-CV-00019-JW (HRL)

**QUESTION 14:** State the amount, if any, of profits from Chordiant Marketing Director you have found attributable to the infringement of Netbula's copyright in the Java works.

$_____

DATED this \_\_\_\_\_ day of May 2010.

_____
Presiding Juror