LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendant
CHORDIANT SOFTWARE, INC

ANTONIO L. CORTÉS
Attorney At Law (SBN 142356)
528 Wisteria Way
San Rafael, Ca 94903
Tel: 415.256.1911
Fax: 415.256.1919
Email: corteslaw@comcast.net

BROWNE WOODS GEORGE LLP
Peter W. Ross (SBN 109741)
Peter M. Shimamoto (SBN 123422)
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Tel: 310.274.7100 / Fax: 310.275.5697
Email: pross@bwgfirm.com
              pshimamoto@bwgfirm.com

Attorneys for Plaintiffs
NETBULA, LLC and DONGXIAO YUE

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
5/20/2010

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>    Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation,<br><br>    Defendant. | Case No.  5:08-cv-00019-JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE AND BRIEFING SCHEDULE RE PLAINTIFFS' MOTION FOR PREJUDGMENT INTEREST**<br><br>Date:         June 28, 2010<br>Time:        9:00 am<br>Courtroom: 8, 4th Floor<br> Judge:           The Hon. James Ware |

STIPULATION AND [PROPOSED] ORDER
RE PLAINTIFFS' MOTION FOR                    -1-                    CASE NO. 5:08-CV-00019-JW (HRL)
PREJUDGMENT INTEREST

WHEREAS Plaintiffs Dongxiao Yue and Netbula, LLC ("Plaintiffs") filed a motion for prejudgment interest through the Court's ECF system on May 19, 2010 (Doc. 482);

WHEREAS Plaintiffs intended that the motion be a regularly noticed motion pursuant to Civil Local Rule 7-2, and therefore noticed the hearing date for June 28, 2010, which was more than 35 days after the date the motion was filed;

WHEREAS Plaintiffs efiled their motion as a "Motion for Miscellaneous Relief" because there was no category in the ECF system's options for motions for prejudgment interest;

WHEREAS the parties agree that Plaintiffs' motion should be treated as a regularly noticed motion pursuant to Civil Local Rule 7-2, including with respect to the briefing schedule and hearing date;

NOW THEREFORE, IT IS STIPULATED AND AGREED by and between the parties hereto that Plaintiffs' motion for prejudgment interest shall be treated as a regularly noticed motion pursuant to Civil Local Rule 7-2, that the hearing date shall be on **July 12, 2010 at 9:00 AM.**

Dated: May 20, 2010           FENWICK & WEST LLP

                              By:      /s/ Jedediah Wakefield
                                       Jedediah Wakefield

                              Attorneys for Defendant
                              CHORDIANT SOFTWARE, INC.

Dated:  May 20, 2010          ANTONIO L. CORTES

                              BROWNE WOODS GEORGE LLP
                                Peter W. Ross
                                Peter M. Shimamoto

                              By:      /s/ Peter M. Shimamoto
                                       Peter M. Shimamoto

                              Attorneys for Plaintiffs
                              DONGXIAO YUE and NETBULA, LLC

STIPULATION AND [PROPOSED] ORDER
RE PLAINTIFFS' MOTION FOR                    -2-              CASE NO. 5:08-CV-00019-JW (HRL)
PREJUDGMENT INTEREST

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

3  Dated:  May 20, 2010

_____
The Honorable James Ware
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE PLAINTIFFS' MOTION FOR      -3-      CASE NO. 5:08-CV-00019-JW (HRL)
PREJUDGMENT INTEREST

# ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: May 20, 2010          FENWICK & WEST LLP

By:     /s/ Jedediah Wakefield
        Jedediah Wakefield

Attorneys for Defendant
CHORDIANT SOFTWARE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE PLAINTIFFS' MOTION FOR           -4-           CASE NO. 5:08-CV-00019-JW (HRL)
PREJUDGMENT INTEREST