LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
MARY E. MILIONIS (CSB NO. 238827)
*mmilionis@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
CHORDIANT SOFTWARE, INC.

**[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; and STEVEN R. SPRINGSTEEL, an individual,<br><br>Defendants. | Case No.  5:08-cv-00019-JW (HRL)<br><br>**STIPULATION AND [~~PROPOSED~~]  ORDER CLARIFYING AND SETTING POST-TRIAL BRIEFING DEADLINES** |

1  WHEREAS on June 4, 2010 (Docket No.499), the Court set July 19, 2010 at 9 A.M. for
2  hearing Defendant's Motions for Judgment as a Matter of Law (Docket Nos. 457, 465, 466, 467,
3  468, 469), Defendant's Equitable Defenses of Laches, Estoppel and Acquiescence (Docket
4  No. 474), Plaintiffs' Motion for Award of Prejudgment Interest (Docket No. 482), and Plaintiffs'
5  anticipated Motion for Fees for Failure to Admit under Federal Rule of Civil Procedure 37(c)(2);

6  WHEREAS on June 4, 2010 (Docket No. 499), the Court also ordered all briefing for the
7  above Motions to be completed on or before June 30, 2010;

8  WHEREAS the Parties desire to clarify and set the schedule for filing oppositions and
9  replies to the above Motions;

10  WHEREAS the Parties also desire to set a briefing schedule for Plaintiffs' anticipated
11  Motion for Fees for Failure to Admit under Federal Rule of Civil Procedure 37(c)(2);

12  WHEREAS the Parties' proposed schedule does not alter the Court's June 30, 2010
13  deadline for all briefing;

14  THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court
15  ORDER as follows:

16  1) Plaintiffs' Motion for Fees for Failure to Admit, if any, must be filed on or before
17  **June 9, 2010**.

18  2) All oppositions to Defendant's Motions for Judgment as a Matter of Law (Docket
19  Nos. 457, 465, 466, 467, 468, 469), Defendant's Equitable Defenses of Laches, Estoppel and
20  Acquiescence (Docket No. 474), Plaintiffs' Motion for Award of Prejudgment Interest (Docket
21  No. 482), and Plaintiffs' Motion for Fees for Failure to Admit, if any, must be filed on or before
22  **June 23, 2010**.
23  / / /
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER
CLARIFYING & SETTING POST-TRIAL         -2-         CASE NO. 5:08-CV-00019-JW (HRL)
BRIEFING DEADLINES

3) All replies for the above Motions must be filed on or before **June 30, 2010**, consistent with the schedule set by the Court's June 4, 2010 order (Docket No. 499).

Respectfully,

Dated: _June 7, 2010                FENWICK & WEST LLP

By: /s/ Jedediah Wakefield
        Jedediah Wakefield

Attorneys for Defendants CHORDIANT SOFTWARE, INC., STEVEN R. SPRINGSTEEL and DEREK P. WITTE

By: /s/ Antonio L. Cortés
        Antonio L. Cortés

Dated: _June 7, 2010

Attorney for Plaintiffs NETBULA, LLC and DONGXIAO YUE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____June 14,____, 2010

_____
The Honorable James Ware
United States District Court Judge

STIPULATION & [PROPOSED] ORDER
CLARIFYING & SETTING POST-TRIAL        -3-        CASE NO. 5:08-CV-00019-JW (HRL)
BRIEFING DEADLINES

## **ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

/S/ Jedediah Wakefield
Jedediah Wakefield

STIPULATION & [PROPOSED] ORDER CLARIFYING & SETTING POST-TRIAL BRIEFING DEADLINES     -4-     CASE NO. 5:08-CV-00019-JW (HRL)