LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
CHORDIANT SOFTWARE, INC. and DEREK WITTE

[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE,<br><br>    Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC., et al.,<br><br>    Defendants. | Case No.  5:08-cv-00019-JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PEGASYSTEMS INC. FOR DEFENDANT CHORDIANT SOFTWARE, INC., AND CONTINUING HEARING DATE ON OBJECTION TO REPORT AND RECOMMENDATION** |

STIPULATION & [PROPOSED] ORDER SUBSTITUTING PARTY AND CONTINUING HEARING    -1-    CASE NO. 5:08-CV-00019-JW (HRL)

**SUBSTITUTION OF PEGASYSTEMS INC. FOR CHORDIANT SOFTWARE, INC.**

WHEREAS named Defendant Chordiant Software, Inc. has recently completed its merger with Pegasystems Inc.;

WHEREAS Pegasystems Inc. and Chordiant Software, Inc. filed a certificate of merger with the Commonwealth of Massachusetts on May 28, 2010;

WHEREAS Pegasystems Inc. and Chordiant Software, Inc. filed a certificate of ownership and merger with the Delaware Secretary of State on May 28, 2010 and the Delaware Secretary of State certified the effective date of the certificate of ownership was May 31, 2010;

WHEREAS Chordiant Software, Inc. is no longer a separate going concern and the surviving entity is known as Pegasystems Inc.;

WHEREAS Chordiant Software, Inc. has filed a Certificate of Surrender with the California Secretary of State, endorsed by the California Secretary of State on January 29, 2011;

WHEREAS the parties have agreed to the substitution of Defendant Chordiant Software, Inc. with Pegasystems Inc. pursuant to Federal Rule of Civil Procedure 25;

**CONTINUING POTENTIAL HEARING ON REPORT AND RECOMMENDATION**

WHEREAS Magistrate Judge Lloyd issued a Report and Recommendation recommending that Defendant Derek Witte be awarded attorneys' fees as a prevailing party on December 17, 2010 (Dkt. No. 594);

WHEREAS Plaintiffs filed an objection and motion for de novo review of Magistrate Judge Lloyd's Report and Recommendation on December 31, 2010, with a noticed hearing date of March 7, 2011 (Dkt. No. 596);

WHEREAS Defendant Derek Witte filed a response to that objection on January 18, 2011 pursuant to Federal Rule of Civil Procedure 72 (Dkt. No. 599);

WHEREAS the Parties have agreed to a mediation, currently scheduled for March 30, 2011;

WHEREAS the Parties have conferred and believe that mediation will be more effective if the Parties continue any hearing date on Plaintiffs' objection to Magistrate Judge Lloyd's Report and Recommendation;

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court ORDER as follows:

1) Defendant Chordiant Software, Inc. is hereby substituted with Pegasystems Inc. pursuant to Federal Rule of Civil Procedure 25.

2) Any hearing date on Plaintiffs' objection to Magistrate Judge Lloyd's Report and Recommendation (Dkt. No. 596) shall be continued to April 25, 2011.

Respectfully,

Dated: February __, 2011      FENWICK & WEST LLP

By:  */s/ Jedediah Wakefield*
     Jedediah Wakefield

Attorneys for Defendants CHORDIANT SOFTWARE, INC. and DEREK P. WITTE

By:  */s/ Antonio L. Cortés*
     Antonio L. Cortés

Dated: February __, 2011

Attorney for Plaintiffs NETBULA, LLC and DONGXIAO YUE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __February 17__, 2011

_____
The Honorable James Ware
United States District Court Chief Judge

STIPULATION & [PROPOSED] ORDER
SUBSTITUTING PARTY AND                -3-              CASE NO. 5:08-CV-00019-JW (HRL)
CONTINUING HEARING

## ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

>                              */s/ Jedediah Wakefield*
>                                 Jedediah Wakefield

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & [PROPOSED] ORDER SUBSTITUTING PARTY AND CONTINUING HEARING          -4-          CASE NO. 5:08-CV-00019-JW (HRL)