LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
PEGASYSTEMS INC. and DEREK WITTE

**[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC and DONGXIAO YUE, <br><br>Plaintiffs,<br><br>v.<br><br>CHORDIANT SOFTWARE, INC.[1], et al.,<br><br>Defendants. | Case No.  5:08-cv-00019-JW (HRL)<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AND RELEASING DEPOSITED FUNDS |

---

[1] On February 17, 2011, the Court entered an order whereby Pegasystems Inc., as successor-in-interest to Chordiant Softare, Inc., was substituted as the defendant pursuant to Federal Rule of Civil Procedure 25.  *See* Dkt. No. 605.

STIPULATION & [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AND RELEASING DEPOSITED FUNDS        -1-         CASE NO. 5:08-CV-00019-JW (HRL)

1    WHEREAS on or about November 15, 2010, in lieu of posting a supersedeas bond,
2    Pegasystems Inc. ("Pegasystems"), the successor-in-interest to Chordiant, deposited a cashier's
3    check in the amount of $1,843,457.80 with the Clerk of the Court and for the benefit of Chordiant
4    (Dkt. No. 589);
5    WHEREAS on or about November 17, 2010, the Court entered an Order approving the
6    deposit in lieu of a supersedeas bond and stayed execution of the judgment in this action pending
7    appeal (Dkt. No. 591);
8    WHEREAS the November 17 Order further instructed the "Clerk of the Court [to] deposit
9    the cashier check and hold on to the funds subject to further order of the Court";
10   WHEREAS on or about February 17, 2011, the Court entered an order whereby
11   Pegasystems was substituted in for Chordiant pursuant to Federal Rule of Civil Procedure 25
12   (Dkt. No. 605);
13   WHEREAS the parties have reached a settlement that fully resolves the issues between
14   the parties.
15   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Netbula, LLC
16   and Dongxiao Yue (collectively, "Plaintiffs") and Defendants Pegasystems Inc., formerly
17   Chordiant Software, Inc., and Derek Witte (collectively, "Defendants"), by and through their
18   respective undersigned counsel, that (1) the Judgment entered in this action shall be deemed
19   satisfied; (2) the award of costs to Plaintiffs shall be deemed satisfied; and (3), pursuant to
20   Federal Rule of Civil Procedure 41(a)(2), any and all remaining claims, including the claim
21   reflected in the Court's report and recommendation [Dkt. No. 594] asserted in the above-
22   captioned matter be and hereby are DISMISSED WITH PREJUDICE, each party to bear its own
23   attorneys' fees and costs.
24   Additionally, THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT TO
25   ORDER the Clerk of the Court to issue a cashier's check in the name of Pegasystems Inc. in the
26   amount of $1,843,457.80 plus any interest accrued since that amount was deposited by
27   Pegasystems Inc. on November 15, 2010, such check to issue forthwith after entry of dismissal of
28   this action by the Court.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & [PROPOSED] ORDER
DISMISSING ACTION WITH PREJUDICE                -2-                CASE NO. 5:08-CV-00019-JW (HRL)
AND RELEASING DEPOSITED FUNDS

SO STIPULATED

Dated: April 13, 2011          FENWICK & WEST LLP

By:      /s/ Jedediah Wakefield
                Jedediah Wakefield

Attorneys for Defendants PEGASYSTEMS INC. and DEREK P. WITTE

By:      /s/ Antonio L. Cortés
                Antonio L. Cortés

Dated: April 13, 2011

Attorney for Plaintiffs NETBULA, LLC and DONGXIAO YUE

## ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

        /s/ Jedediah Wakefield
           Jedediah Wakefield

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April __21__, 2011

        /s/ James Ware
        The Honorable James Ware
        United States District Court Judge

26257/00401/SF/5334742.1

STIPULATION & [PROPOSED] ORDER
DISMISSING ACTION WITH PREJUDICE      -3-      CASE NO. 5:08-CV-00019-JW (HRL)
AND RELEASING DEPOSITED FUNDS